```
 1  Scott A. Brandt-Erichsen
    Borough Attorney
 2  Ketchikan Gateway Borough
    344 Front Street
 3  Ketchikan, Alaska   99901
    (907) 228-6635
 4
 5
                   IN THE UNITED STATES DISTRICT COURT
 6
               FOR THE DISTRICT OF ALASKA AT KETCHIKAN
 7
 8   CAROLYN L. THOMAS
 9   Plaintiffs,                        Case No. 5:06-CV-00001
                                        (JWS)
10   vs.
     KETCHIKAN GATEWAY BOROUGH and
11   ROY ECKERT, in his individual
     and official capacity.
12                                      ENTRY OF APPEARANCE
     Defendants
13
14
15
16
        SCOTT A. BRANDT-ERICHSEN, Borough Attorney, hereby enters
17
     his appearance on behalf of the Ketchikan Gateway Borough, in the
18
     above-captioned matter, and requests that all notices, pleadings,
19
     and other documents be served upon the Borough at its address at
20
     344 Front Street, Ketchikan, Alaska 99901.
21
22
23
24
```

1    **DATED** at Ketchikan, Alaska, this 14th day of March, 2006.

2

3                                           **KETCHIKAN GATEWAY BOROUGH**

4

5                                           By: /s/Scott A Brandt-Erichsen
                                                Scott A. Brandt-Erichsen
                                                Borough Attorney
6                                               ABA No. 8811175

7

8   I certify that a true and correct copy of the foregoing
    was served via E-mail, fax, to the individuals listed
    below on this 14th day of March, 2006.

9

        Terry A. Venneberg
10      Attorney at Law
        1126 Highland Avenue, Suite 101
11      Bremerton, Washington 98377
        Fax:  (253)377-4614

12

13

14

15  By: /s/ Scott A. Brandt-Erichsen
        Scott A. Brandt-Erichsen
16

17

18

19

20

21

22

23

24  *Caroly Thomas v. KGB, Roy Eckert*
    *5:06-CV-00001 (JWS)*
    ENTRY OF APPEARANCE-