Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KETCHIKAN GATEWAY BOROUGH )<br>and ROY ECKERT, in his individual )<br>and official capacity. )<br>)<br>Defendants. )<br>) | Case No. 5:06-cv-00001-JWS |

ANSWER

Defendants Ketchikan Gateway Borough (KGB) and Roy Eckert (Eckert) answer the Complaint as follows:

ANSWER
Page 1
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS

1. Admit that Thomas is living in Oregon and is competent to maintain this lawsuit. The allegation that Thomas has become an Oregon resident is denied for lack of information.

2. Admit.

3. Admit.

4. This paragraph sets forth legal contentions rather than factual allegations.

5. Admit date of hire. Remaining allegations denied.

6. Denied.

7. Admit only that Eckert agreed to allow plaintiff to work from Oregon on negotiations for two union contracts. Any further allegations are denied.

8. Except as admitted in paragraph number 7, all allegations denied.

9. Admit that Eckert told employees, both before and after Thomas' departure, that Thomas voluntarily resigned and would only be working on the negotiations described in paragraph number 7. All further allegations are denied.

10. Admit that the personnel code was amended. The amendment speaks for itself. All further allegations are denied.

11. Denied.

12. Defendants restate all admissions and denials.

13. Denied.

ANSWER
Page 2
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS

    14.    Denied.

    15.    Denied.

    16.    Denied.

    17.    Denied.

    18.    Defendants restate all admissions and denials.

    19.    Denied.

    20.    Denied.

    21.    Denied.

    22.    Denied.

## FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Eckert enjoys immunity from the 42 USC § 1983 claims.

## THIRD AFFIRMATIVE DEFENSE

As the disclosed agent of a known principal, Eckert has no individual liability for contract or promissory estoppel claims.

ANSWER
Page 3
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS

## FOURTH AFFIRMATIVE DEFENSE

Grievance issues must be appealed to State of Alaska Superior Court.

## FIFTH AFFIRMATIVE DEFENSE

Failure to exhaust grievance procedures.

## SIXTH AFFIRMATIVE DEFENSE

After acquired evidence would have justified Thomas' termination without regard to whether she resigned or was terminated previously.

WHEREFORE, defendants request that the Court dismiss the Complaint with prejudice and award defendants such costs and attorney fees as this Court finds appropriate.

DATED this 13th day of April, 2006, in Anchorage, Alaska.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

ANSWER
Page 4
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS

CERTIFICATE OF SERVICE

I hereby certify that on this 13th
day of April 2006 a copy of the
foregoing Answer was served
electronically and
by regular U.S. Mail on:

Scott Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901

Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337

Terry A. Venneberg
1126 Highland Avenue, Ste. 101
Bremerton, Washington 98337


s/Mark A. Sandberg

ANSWER
Page 5
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS