Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

CAROLYN L. THOMAS,            )
                              )
    Plaintiff,              )
                              )
vs.                           )
                              )
KETCHIKAN GATEWAY BOROUGH,    )
and ROY ECKERT, in his individual )
and official capacity;        )
                              )
    Defendants.             )
_____)   Case No. 5:06-cv-00001-JWS

## MOTION FOR EXTENSION OF TIME TO EXCHANGE EXPERT DISCLOSURES

COMES NOW plaintiff, by and through counsel, and moves this court for an order extending the time for exchanging expert disclosures, pursuant to Rule 26(a)(2). The Scheduling and Planning Order in this matter provides that plaintiff shall make expert disclosures on or before September 1, 2006, and the defendants shall make expert disclosures on or before September 29, 2006; plaintiff requests that an additional two weeks be allowed to both plaintiff and defendants, such that expert disclosures for the plaintiff would be due on or before September 15, 2006, and expert disclosures for the defendants would be due on October 13, 2006. No previous extensions of these deadlines have been sought or obtained. Counsel for defendants has indicated that he has no objection to this request.

MOTION FOR EXTENSION OF TIME TO EXCHANGE EXPERT DISCLOSURES - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

DATED this 15th day of August, 2006

FRIEDMAN, RUBIN & WHITE
Attorneys for Plaintiff

By: /s/ Michael N. White
    Michael N. White
    Alaska Bar No. 7910087

DATED this 15th day of August, 2006.

By: /s/ Terry A. Venneberg
    Terry A. Venneberg
    Alaska Bar No. 8706056
    Attorney for Plaintiff

MOTION FOR EXTENSION OF TIME TO EXCHANGE EXPERT DISCLOSURES - Page 2

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566