Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KETCHIKAN GATEWAY BOROUGH, and ROY ECKERT, in his individual and official capacity;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:06-cv-00001-JWS |

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME
TO EXCHANGE EXPERT DISCLOSURES

Having considered plaintiff's Motion for Extension of Time to Exchange Expert Disclosures, together with all responses and objections thereto,

IT IS ORDERED that the Motion for Extension of Time is GRANTED. Plaintiff's expert disclosures under Rule 26(a)(2) shall be due on or before September 15, 2006; defendants' expert disclosures under Rule 26(a)(2) shall be due on or before October 13, 2006.

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO EXCHANGE
EXPERT DISCLOSURES - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

1
2        DATED this ____ day of _____, 2006
3
4        _____
5        John W. Sedwick
         United States District Court Judge
6
7
8
...
28

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO EXCHANGE

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566