Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KETCHIKAN GATEWAY BOROUGH ) | |
| and ROY ECKERT, in his ) | |
| individual and official ) | |
| capacity. ) | |
| ) | |
| Defendants. )Case No. 5:06-cv-00001-JWS | |
| ) | |

KETCHIKAN GATEWAY BOROUGH AND ROY ECKERT'S FINAL AND EXPERT
WITNESS LIST

Ketchikan Gateway Borough and Roy Eckert, by and through counsel, hereby submit their Final and Expert Witness List as follows:

KGB Discovery Responses
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS

    1.    Carolyn Thomas
         c/o Terry A. Venneberg
         1126 Highland Avenue, Suite 101
         Bremerton, Washington 98337
         (360) 377-3566
         Privilege Applies

Ms. Thomas is the plaintiff in this matter and is expected to testify regarding her employment with Ketchikan Borough which is the subject of this litigation.

    2.    Roy Eckert
         c/o Sandberg, Wuestenfeld & Corey
         Mark A. Sandberg, Esq.
         701 W 8th Avenue, Ste. 1100
         Anchorage, Alaska 99501
         (907) 276-6363
         Privilege Applies

Mr. Eckert is expected to testify regarding Ms. Thomas' employment with the Ketchikan Borough which is the subject of this litigation.

    3.    Holly Rosendin, Human Resources
         c/o Sandberg, Wuestenfeld & Corey
         Mark A. Sandberg, Esq.
         701 W 8th Avenue, Ste. 1100
         Anchorage, Alaska 99501
         (907) 276-6363
         Privilege Applies

Ms. Rosendin is expected to testify regarding Ms. Thomas' employment with the Ketchikan Borough which is the subject of this litigation.

    4.    A.E. Hall, Administrative Services Director
           c/o Sandberg, Wuestenfeld & Corey
           Mark A. Sandberg, Esq.
           701 W 8th Avenue, Ste. 1100
           Anchorage, Alaska 99501
           (907) 276-6363
           Privilege Applies

Mr. Hall is expected to testify regarding Ms. Thomas' employment with the Ketchikan Borough which is the subject of this litigation.

    5.    Steve Corporon, Asst. Borough Manager
           c/o Sandberg, Wuestenfeld & Corey
           Mark A. Sandberg, Esq.
           701 W 8th Avenue, Ste. 1100
           Anchorage, Alaska 99501
           (907) 276-6363
           Privilege Applies

Mr. Corporon is expected to testify regarding Ms. Thomas' employment with the Ketchikan Borough which is the subject of this litigation.

    6.    Cindy Montgomery, Human Resources
           c/o Sandberg, Wuestenfeld & Corey
           Mark A. Sandberg, Esq.
           701 W 8th Avenue, Ste. 1100
           Anchorage, Alaska 99501
           (907) 276-6363
           Privilege Applies

KGB Discovery Responses
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS

Ms. Montgomery is expected to testify regarding Ms. Thomas' employment with the Ketchikan Borough which is the subject of this litigation.

    7.    Maureen Crosby, CPA, Comptroller
           c/o Sandberg, Wuestenfeld & Corey
           Mark A. Sandberg, Esq.
           701 W 8th Avenue, Ste. 1100
           Anchorage, Alaska 99501
           (907) 276-6363
           Privilege Applies

Ms. Crosby is expected to testify regarding Ms. Thomas' employment with the Ketchikan Borough which is the subject of this litigation.

    8.    Mike Carney
           c/o Sandberg, Wuestenfeld & Corey
           Mark A. Sandberg, Esq.
           701 W 8th Avenue, Ste. 1100
           Anchorage, Alaska 99501
           (907) 276-6363
           Privilege Applies

Mr. Carney is a member of the Grievance Committee and is expected to testify regarding his knowledge of Ms. Thomas' employment issues with the Ketchikan Borough which are the subject of this litigation.

9.  Mike Houts
    c/o Sandberg, Wuestenfeld & Corey
    Mark A. Sandberg, Esq.
    701 W 8th Avenue, Ste. 1100
    Anchorage, Alaska 99501
    (907) 276-6363
    Privilege Applies

Mr. Houts is a member of the Grievance Committee and is expected to testify regarding his knowledge of Ms. Thomas' employment issues with the Ketchikan Borough which are the subject of this litigation.

10. Eugene Martin
    c/o Sandberg, Wuestenfeld & Corey
    Mark A. Sandberg, Esq.
    701 W 8th Avenue, Ste. 1100
    Anchorage, Alaska 99501
    (907) 276-6363
    Privilege Applies

Mr. Martin is a member of the Grievance Committee and is expected to testify regarding his knowledge of Ms. Thomas' employment issues with the Ketchikan Borough which are the subject of this litigation.

11. Gavin Charrier
    c/o Sandberg, Wuestenfeld & Corey
    Mark A. Sandberg, Esq.
    701 W 8th Avenue, Ste. 1100
    Anchorage, Alaska 99501
    (907) 276-6363
    Privilege Applies

Mr. Charrier is a member of the Grievance Committee and is expected to testify regarding his knowledge of Ms. Thomas' employment issues with the Ketchikan Borough.

12. Scott Brandt-Erichsen
    c/o Sandberg, Wuestenfeld & Corey
    Mark A. Sandberg, Esq.
    701 W 8th Avenue, Ste. 1100
    Anchorage, Alaska 99501
    (907) 276-6363
    Privilege Applies

Mr. Brandt-Erichsen is Borough Attorney. Much of what Mr. Brandt-Erichsen knows is protected by privilege, but he also has factual knowledge of the sequence of events relating to the claims of Ms. Thomas.

13. George Lybrand
    c/o Sandberg, Wuestenfeld & Corey
    Mark A. Sandberg, Esq.
    701 W 8th Avenue, Ste. 1100
    Anchorage, Alaska 99501
    (907) 276-6363
    Privilege Applies

Mr. Lybrand is expected to testify regarding his knowledge of Ms. Thomas' employment issues with the Ketchikan Borough.

14. Lee Wilson - Expert
    c/o Sandberg, Wuestenfeld & Corey
    Mark A. Sandberg, Esq.
    701 W 8th Avenue, Ste. 1100
    Anchorage, Alaska 99501
    (907) 276-6363

Mr. Wilson, or a substitute for Mr. Wilson, will offer opinions regarding the demands of a job like the Ketchikan Gateway Borough Human Relations/Safety Officer job and whether that job could realistically be done long distance.

    15.    John Finch, Ph.D. - Expert Economist
            c/o Sandberg, Wuestenfeld & Corey
            Mark A. Sandberg, Esq.
            701 W 8th Avenue, Ste. 1100
            Anchorage, Alaska 99501
            (907) 276-6363

Dr. Finch may be called to testify regarding any wage loss issues and/or provide rebuttal testimony to any expert economist testimony presented by plaintiff.

    16.    All witnesses identified by all other parties.

    17.    All witnesses necessary to authenticate and/or establish the foundation for any documents.

    18.    All witnesses identified in further discovery.

    19.    Any witness whose deposition is taken in connection with this lawsuit. The areas of testimony will be consistent with their testimony.

    20.    All necessary surrebuttal witnesses.

DATED this 8th day of September, 2006, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2006 a copy of the foregoing was served electronically on:

Scott Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901

Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337

Terry A. Venneberg
1126 Highland Avenue, Ste. 101
Bremerton, Washington 98337


s/Mark A. Sandberg

KGB Discovery Responses
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS