# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: Terry Venneberg  
1126 Highland Avenue  
Bremerton, WA

Case Number: 5:06-cv-00001-JWS  
Case Title: FMI v. Global Seafoods  
Docket No: 10

Document Title: Witness List

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

<u>LR 3.1 Papers to Accompany Filing</u>  
___(a) Cover Sheet missing

___OTHER (see comments)

<u>LR 10.1 Form of Pleading</u>  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

*******************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

<u>FRCP 5(d) Serving & Filing Pleadings and Other Papers</u>  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed

___ Pursuant to Court Order  
___ OTHER (see comments)

<u>28:1914(a) Filing Fee</u>  
___Returned for Filing Fee <u>or</u> waiver of fees

<u>FRCP 10 Form of Pleading</u>  
___(a) Returned Complaint - Names of Parties not listed

*******************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

<u>LR 10.1 Form of Pleading</u>  
___(e) First page information missing (see comments below)  
___(f) Document is not signed

___ OTHER (see comments)

<u>LR 5.1 Proof of Service</u>  
 **XX**  No proof of service on the document filed

*******************************************************************************************

**Comments:** _____

Name: LC                Date: 9/8/06

Distribution:  
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Revised: April, 2004