Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KETCHIKAN GATEWAY BOROUGH ) | |
| and ROY ECKERT, in his ) | |
| individual and official ) | |
| capacity. ) | |
| ) | |
| Defendants. ) | Case No. 5:06-cv-00001-JWS |
| ) | |

## **MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Defendants Ketchikan Gateway Borough (KGB) and Roy Eckert (Eckert) move the Court for an Order granting partial summary judgment on each of the following grounds:

1.   Carolyn Thomas (Thomas) does not possess a valid claim under 42 U.S.C. § 1983 against either KGB or Eckert; and

2.   Eckert is immune from this § 1983 claim; and

3.   Thomas does not possess a valid promissory estoppel claim against KGB under Alaska law.

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

These motions are supported by the attached Memorandum and Exhibits.

DATED this 30th day of October, 2006, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 30th
day of October, 2006 a copy of the
foregoing discovery responses
was served by regular U.S. Mail on:

Scott Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901

Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337

Terry A. Venneberg
1126 Highland Avenue, Ste. 101
Bremerton, Washington 98337

s/ Mark A. Sandberg

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Motions for Partial Summary Judgment
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS
Page 2 of 2