Carolyn Thomas v. Ketchikan Gateway Borough and Roy Eckert
Case No. 5:06-cv-00001-JWS


MEMORANDUM IN SUPPORT OF MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Index to Exhibits


Exh. #      Description

A.      Deposition of Carolyn Thomas

B.      Deposition of Roy Eckert

C.      Deposition of Scott Brandt-Erichsen

D.      Job Description (P00054 – 57)

E.      Thomas e-mail dated 06/29/05 (P00001)

F.      Eckert Memorandum dated 08/05/05 (KB 330-31)

G.      Thomas letter dated 08/05/05 (P 00015-18)

H.      Thomas letter dated 08/12/05 (P00032 – 33)

I.      Ordinance 1369 (P00136 – 138)

J.      Eckert letter dated 09/26/05 (P00034)

K.      Thomas letter dated 10/07/05 (P00039)

L.      Eckert letter dated 10/13/05 (P00040)

M.      Eckert letter dated 10/21/05 (KB 062)

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363