IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

- - - - - - - - - - - - - - - - - - - - - - - - - - -

CAROLYN L. THOMAS,

    Plaintiff,

vs.    No. 5:06-cv-00001-JWS

KETCHIKAN GATEWAY BOROUGH
and ROY ECKERT, an individual
and official capacity,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION UPON ORAL EXAMINATION OF

CAROLYN THOMAS

- - - - - - - - - - - - - - - - - - - - - - - - - - -

9:05 a.m.

June 20, 2006

1601 Fifth Avenue, Suite 860

Seattle, Washington

Zel D. Gonce, CCR     1601 Fifth Avenue, Suite 860
(CCR No. 2458)        Seattle, WA  98101

Moburg & Associates - Seattle, WA (206) 622-3110

Exhibit A
Page 1 of 43

Thomas v. Ketchikan Gateway Borough   6/20/06                                    Carolyn Thomas

---

Page 2

```
 1
 2            APPEARANCES
 3   APPEARING FOR THE PLAINTIFF:
 4       TERRY A. VENNEBERG
         Attorney at Law
 5       1126 Highland Avenue
         Suite 101
 6       Bremerton, WA 98337
 7
     APPEARING FOR THE DEFENDANTS:
 8
         MARK A. SANDBERG
 9       Attorney at Law
         SANDBERG, WUESTENFELD & COREY
10       701 West 8th Avenue
         Suite 1100
11       Anchorage, AK 99501
12
13              * * * * *
14
15
```

Page 3

```
 1
 2              EXHIBIT INDEX
 3   EXHIBIT NO.    DESCRIPTION         PAGE
 4   (NO EXHIBITS WERE MARKED)
 5
 6
 7
 8
              EXAMINATION INDEX
 9
     BY MR. SANDBERG:       PAGES: 4-101
10
```

Exhibit  A
Page 2 of 43

---

Page 4

```
 1   CAROLYN THOMAS,           having been first duly
 2                    sworn upon oath by the
 3                    Notary, testified as
 4                    follows:
 5
 6              EXAMINATION
 7   BY MR. SANDBERG:
 8       Q.  Will you state your name, please?
 9       A.  Carolyn Thomas.
10       Q.  How old are you, Ms. Thomas?
11       A.  62.
12       Q.  What's your date of birth?
13       A.  4-12-44.
14       Q.  Are you presently working?
15       A.  No.
16       Q.  Have you held a regular job since leaving
17   the Ketchikan Gateway Borough?
18       A.  No.
19       Q.  Where do you live?
20       A.  Wallowa, Oregon.
21       Q.  And for those of us who live in Alaska,
22   help me --
23       A.  Spell it?
24       Q.  Yeah, spell it and help me out.  Where is
25   that?
```

Page 5

```
 1       A.  W-A-L-L-O-W-A, Wallowa.  It's a Nez Perce
 2   word for "fish trap."  It's in the northeast corner of
 3   Oregon.
 4       Q.  Have you lived in Wallowa since leaving
 5   your employment with the Borough of Ketchikan?
 6       A.  Yes.
 7       Q.  Okay.  And what's your address in Wallowa?
 8       A.  71735 Dougherty Loop.
 9       Q.  Do you own a house in Wallowa?
10       A.  Not yet.
11       Q.  What's that mean?  Are you buying one?
12       A.  We're building.
13       Q.  I see.  How long have you owned property in
14   Wallowa?
15       A.  Since -- I'm not sure I know exactly how to
16   answer that because it's not that simple.
17       Q.  Okay.  Well, then, answer any way you're
18   comfortable with.
19       A.  Where the property -- where we are building
20   our house?
21       Q.  Yes.
22       A.  I have owned for a couple of months
23   probably.  Three months.
24       Q.  Okay.  In the summer of 2005 did you own
25   any property in Wallowa?
```

2 (Pages 2 to 5)

Thomas v. Ketchikan Gateway Borough   6/20/06                                  Carolyn Thomas

Page 6

1   A. I was a co-owner, yes.
2   Q. With whom?
3   A. With my siblings.
4   Q. Okay. And you were co-owner with your
5 siblings of what?
6   A. 2800 acres.
7   Q. Is that a family ranch or farm?
8   A. Yes.
9   Q. How long has that been the family ranch or
10 farm?
11   A. Portions of it for over a hundred years.
12 Portions of it for 54 years.
13   Q. Okay. Were you raised there?
14   A. Yes.
15   Q. And is the family ranch different from the
16 property where you're building your house? I'm not
17 trying to make this hard; I'm just trying to
18 understand.
19   A. Can we take a break because I'm really
20 confusing him?
21   Q. Yes. You are. That would be fine.
22   A. Would that be all right?
23   Q. Yes. You can take a break anytime you
24 want.
25   (Off the record.)

Page 7

1   Q. (By Mr. Sandberg) While we were off record
2 you were explaining to me your family's ownership
3 arrangements regarding property in Wallowa. And could
4 you briefly summarize for me what you just said.
5   A. There are two individual pieces of
6 property. One is called the home place. That's where
7 my parents purchased that 54 or 55 years ago. That's
8 where their home was and still is. All the buildings
9 are there. That piece of property has been deeded to
10 me, and that's where we are building our house.
11   The other property, which we call the hill
12 pasture, is 2800 acres of timbered pasture land that is
13 about a mile and a half from there. I am an inheritor
14 of my father's trust. And that's my connection with
15 that piece of property.
16   Q. But the home place is where you're
17 presently erecting a house?
18   A. Yes.
19   Q. Okay. And that's how big?
20   A. The piece is 31 acres.
21   Q. So you are building a house on a 31 acre
22 parcel?
23   A. Yes, that's correct.
24   Q. And that 31 acre parcel is owned by you and
25 your husband or just you?

Page 8

1   A. Just me.
2   Q. Okay. And how long has that 31 acre parcel
3 been owned by just you?
4   A. A couple of months.
5   Q. So you did not own that 31 acre parcel in
6 the summer of 2005?
7   A. No.
8   Q. Who owned the 31 acre?
9   A. My mother.
10   Q. Okay. When did you contract for building
11 of your house?
12   A. I haven't.
13   Q. Oh, I misunderstood. I thought you were
14 already building a home?
15   A. No. No.
16   Q. You are contemplating?
17   A. We are going to; we haven't started it.
18   Q. Oh, okay.
19   So where are you living now?
20   A. We're living with my mother.
21   Q. Okay. And for the last several months you
22 have been the owner of a 31 acre parcel then?
23   A. Yes.
24   Q. Okay. And you're contemplating building a
25 house on that but if I went to that 31 acre parcel I

Page 9

1 wouldn't see evidence of home building?
2   A. You would see where we're putting the drain
3 field.
4   Q. Okay. But I wouldn't see, say, a framed-in
5 house or something?
6   A. No, no.
7   Q. In the summer of 2005 were you individually
8 the owner of any property in Wallowa, Oregon?
9   A. No.
10   Q. In the summer of 2005 were you the owner of
11 a property in Ketchikan?
12   A. Yes.
13   Q. And what did you own in Ketchikan in the
14 summer of 2005?
15   A. What did we own?
16   Q. Right.
17   A. The place we live on and property on Valnor
18 (sp).
19   Q. You own a home in Ketchikan still?
20   A. Yes.
21   Q. And what's the address of your home in
22 Ketchikan?
23   A. 257 Pond Reef Road.
24   Q. Have you tried to sell your home in
25 Ketchikan?

Exhibit A
Page 3 of 42

3 (Pages 6 to 9)

MOBURG & ASSOCIATES    1601 Fifth Avenue, Suite 860    Seattle, WA 98101
Court Reporters           206-622-3110              Fax 206-343-2272
85e52045-9de4-4003-8f0a-6dd5572f9b70

Thomas v. Ketchikan Gateway Borough   6/20/06                                    Carolyn Thomas

Page 10

1   A.   No.
2   Q.   Do you have any plans to sell your home in
3   Ketchikan?
4   A.   Not at this time.
5   Q.   Okay. Well, that's enough about houses
6   then.
7        Let's talk about your work experience. I
8   have a copy of your resume which is Plaintiff's 50,
9   P50.
10       And I should put on the record how we are
11  handling documents. This morning we're only going to
12  be looking at documents that one side or the other has
13  produced in their initial disclosures and therefore
14  they all have Bates numbers on them. Rather than mark
15  them individually as exhibits, I'm simply going to
16  refer to them by the Bates number.
17       And so, for example, the first thing we
18  should be looking at is Plaintiff's -- or P50 which
19  appears to be the first page of a resume or job
20  application with the Ketchikan Gateway Borough,
21  correct?
22  A.   Yes.
23  Q.   Okay. Prior to coming to work for the
24  Ketchikan Gateway Borough can you sort of summarize for
25  me what your H.R. experience would have been? In other

Page 11

1   words --
2   A.   I worked for Louisiana Pacific.
3   Q.   And I know that -- I know it's in here but
4   generally how long did you work for Louisiana Pacific?
5   A.   About 13 years.
6   Q.   During that entire thirteen years were you
7   the head of the H.R. Department?
8   A.   No. I was assistant.
9   Q.   Did you ever become the head of the H.R.
10  Department?
11  A.   Umm, we didn't have H.R. then. It was
12  called Industrial Relations. I was the head of the
13  personnel portion.
14  Q.   Okay.
15  A.   But I had an immediate supervisor who was
16  head of the department.
17  Q.   And that person was who?
18  A.   Clyde Johnson.
19  Q.   Do you have formal training of any kind in
20  H.R. functions or personnel functions?
21  A.   Yes. You want to know what it is?
22  Q.   Please.
23  A.   Sorry.
24  Q.   That's okay.
25  A.   I attend a number of -- are you talking

Page 12

1   about college?
2   Q.   Well, any kind of normal training.
3   A.   Because that answer is no.
4   Q.   I'll take whatever you got.
5   A.   I attended a number of workshops, intensive
6   workshops where -- or work sessions, I don't remember
7   what they were called -- duration of several days, the
8   whole week. There were trainers who were brought on
9   site. That's the kind of training I've had.
10  Q.   Okay. And I know we have a personnel
11  business form for you somewhere in here, but generally
12  when did you start with the Ketchikan Gateway Borough?
13  A.   March 29th, 2004.
14  Q.   And what was your job at the time you
15  started with the Ketchikan Gateway Borough?
16  A.   Human Resources Manager.
17  Q.   Did you ever have any other job during your
18  tenure with the Ketchikan Gateway Borough?
19  A.   No.
20  Q.   To whom did you report --
21  A.   Roy Eckert.
22  Q.   -- in your job?
23       And Mr. Eckert is the --
24  A.   Borough manager.
25  Q.   And he's the individual whom you've sued in

Page 13

1   this lawsuit?
2   A.   Yes.
3   Q.   Okay. Take a look at Plaintiff's 54, if
4   you would. What are we looking at?
5   A.   We're looking at a job description for
6   human resources manager.
7   Q.   And is that the job that you had when you
8   were with the Ketchikan Gateway Borough?
9   A.   Probably.
10  Q.   Have you ever seen this piece of paper
11  before?
12  A.   Yes.
13  Q.   Okay. Would you have seen it before you
14  had the job?
15  A.   Yes.
16  Q.   Okay. So you understood that this was the
17  job for which you were applying and that you were
18  expected to perform?
19  A.   Yes.
20  Q.   Okay. Now, before we go through the rest
21  of the documents, I just want to make sure I understand
22  one of your basic contentions or maybe your central
23  contention in this lawsuit, and that is that you were
24  authorized to do this job that we're seeing described
25  at page 54 remotely from Oregon?

4 (Pages 10 to 13)

MOBURG & ASSOCIATES   1601 Fifth Avenue, Suite 860    Seattle, WA 98101
Court Reporters           206-622-3110           Fax 206-343-2272
85e52045-9de4-4003-8f0a-6dd5572f9b70