Thomas v. Ketchikan Gateway Borough    6/20/06                                    Carolyn Thomas

Page 62

1   Q. Does that mean you would have left or you
2   expected to leave during 2005 --
3   A. Probably.
4   Q. -- otherwise?
5       So if Mr. Eckert hadn't authorized you to
6   work remotely, your expectation was you were going to
7   quit sometime during the year 2005?
8   A. Possibly.
9   Q. How about probably? Do you know?
10  A. No, I said possibly.
11  Q. What's this mean then, "Otherwise, I would
12  not have left until at least December"?
13  A. Well, I wouldn't have. I would not have
14  left until in June.
15  Q. Maybe I'm wrong, but I thought earlier this
16  morning you told me your mother's situation required
17  you to be down in Oregon by the summer of 2005?
18  A. My husband has spent the last three summers
19  in Oregon taking care of Mother and we would have
20  continued that.
21  Q. So if Mr. Eckert hasn't authorized you to
22  work remotely what would you have done?
23  A. I would probably have stayed in Ketchikan
24  longer.
25  Q. If Mr. Eckert had not authorized you to

Page 63

1   work remotely would you still be working in Ketchikan
2   today?
3   A. I can't answer that question. I truly
4   can't. I can't give you a definitive answer on that.
5   I probably would still be in Ketchikan using my PTO,
6   going back and forth.
7   Q. I thought that earlier this morning when we
8   were discussing how this all came up it had come up
9   because you had gone to Mr. Eckert and told him that
10  you had to leave?
11  A. I did. The word I used was "needed."
12  Q. Right.
13  A. But you're asking me to speculate on "what
14  ifs," and I can't do that.
15  Q. Well, in February of 2005, you went to
16  Mr. Eckert and told him that you needed to leave your
17  employment --
18  A. Yes.
19  Q. -- to go to Oregon?
20      MR. VENNEBERG: Wait until he finishes
21  his question.
22      THE WITNESS: Sorry.
23  Q. (By Mr. Sandberg) That's how this all got
24  started, right?
25  A. Yes.

Page 64

1   Q. Take a look at 11 if you would.
2       What are we looking at here?
3   A. This is an editorial in the Ketchikan Daily
4   News. I received a phone call telling me this was in
5   the paper and I called the Ketchikan Daily News and
6   asked them to e-mail it to me and they did.
7   Q. And Ms. Markel is a reporter?
8   A. Yes.
9   Q. Take a look a number twelve. What are we
10  looking at?
11  A. Well, this is the newspaper article that
12  was in the paper.
13  Q. In this article Mr. Eckert is quoted as
14  saying he expected you to wrap up your work and be done
15  by around August 1st?
16  A. Uh-hmm. It's what it says.
17      MR. VENNEBERG: I'm just objecting to
18  the extent that the article speaks for itself. But go
19  ahead.
20  Q. (By Mr. Sandberg) And that, I take it, was
21  not your understanding?
22  A. No.
23  Q. So at 13 and 14 we've seen exchange of
24  e-mails.
25  A. Yes.

Page 65

1   Q. These relate to the articles we've just
2   been looking at?
3   A. Yes.
4   Q. To your recollection when was the first
5   time you told Mr. Eckert that he was wrong and you
6   didn't expect that your job was going to wrap up on
7   August 1st, 2005?
8   A. Umm, I don't know that Roy and I ever had
9   another conversation after this article came out.
10  Q. Period? I mean ever?
11  A. I don't know that we did.
12  Q. Okay. So --
13  A. He would not return my phone calls and he
14  wouldn't answer my e-mails. So I don't know if we
15  had -- we probably had a conversation when I went back
16  to Ketchikan.
17  Q. So whatever was discussed between you and
18  Mr. Eckert after these articles came out we should find
19  a record of in writing somewhere because that's how you
20  communicated after the articles came out?
21  A. That's not exactly what I said.
22  Q. Okay. Please correct me.
23  A. You asked me if I had a conversation. I
24  don't know if Roy and I ever spoke again except the
25  last time I was in Ketchikan.

Exhibit A
Page 17 of 43                                    17 (Pages 62 to 65)

Thomas v. Ketchikan Gateway Borough  6/20/06                          Carolyn Thomas

Page 66

1    Q. Well, I think the original question was --
2 I mean, we have an article at twelve where Roy Eckert
3 says Carolyn's job is going to end around August 1st,
4 right?
5    A. Uh-hmm.
6    Q. And my next question to you was, when did
7 you tell him he was wrong, that you disagreed with that
8 statement?
9    A. I don't know.
10   Q. After these articles came out how many
11 times do you remember talking to Mr. Eckert either in
12 person or on the telephone?
13   A. Once in person when I was in Ketchikan.
14   Q. And when was that?
15   A. It was in August.
16   Q. Of 2005?
17   A. Yes.
18   Q. And what did you discuss during your
19 conversation in August of 2005 with Mr. Eckert?
20   A. Whether or not I was returning to
21 Ketchikan.
22   Q. And who said what?
23   A. We did -- our conversation is covered in
24 these -- I was in Ketchikan to present the union
25 contracts to the assembly.

Page 67

1    Q. Okay.
2    A. And Roy came during the break in the
3 assembly meeting. Roy came back and said, "Are you in
4 town?"
5       And I said, "It would appear so."
6       And he wanted to know if I would be coming
7 into the office and I said yes. I finally walked into
8 his office without an invitation because I needed to
9 talk to him and he wouldn't talk to me.
10   Q. Okay. After these articles came out in the
11 Ketchikan paper, did you have any discussions with
12 Mr. Eckert that we haven't talked about so far?
13   A. I don't think so.
14   Q. So after these articles came out in the
15 Ketchikan paper, we should find whatever communication
16 between you and Ecker in writing either in an e-mail or
17 a letter?
18   A. Yes. And I think --
19   Q. I'm just trying to narrow our universe a
20 little bit here.
21   A. I think it's right here (indicating).
22   Q. What's right where?
23   A. I think the communication after the
24 articles in the newspaper are right here.
25      MR. VENNEBERG: When you say "right

Page 68

1 here," you'll have to identify for the record what
2 you're pointing to.
3      THE WITNESS: Good idea. I'm sorry.
4 I think if we go to -- okay. These are not in
5 chronological order, are they?
6    Q. (By Mr. Sandberg) Pretty much, not
7 perfectly but pretty much. That's why we're using
8 yours instead of mine.
9    A. You were dependent on me to have them in
10 chronological order?
11   Q. Yours are closer to chronological order
12 than mine.
13   A. July 18th -- these were not printed out in
14 the right order, were they?
15      July 15th, I had been trying to get ahold
16 of Roy on the phone. He wasn't returning my calls.
17      And then I called again and Holly said Roy
18 needs to talk to you. Joanna Markel was just in. And
19 so Roy took that phone call and told me it was up to me
20 whether or not I talked to her. He said: But she's
21 not trying to do anything but cause problems.
22      As it turned out she was trying to call me
23 while I was talking to him. And then she left a voice
24 mail. I called her back.
25      And I sent an e-mail to Roy letting him

Page 69

1 know. Thirteen is the e-mail I sent to Roy. The
2 thirteen at the top is Roy's reply.
3    Q. Okay.
4    A. I don't think I ever talked to him on the
5 phone again.
6    Q. There is one -- we'll go a little out of
7 order here but it's 74. In October of 2005 --
8    A. Yes.
9    Q. There's a letter dated October 21st, 2005
10 to you from Mr. Eckert that begins with the words:
11 Thank you for meeting with me telephonically on October
12 19th.
13   A. And I apologize for my last statement to
14 you. I'm well aware of this one. This is true. We
15 have this but I --
16   Q. Okay. So there was one in October 19th?
17   A. Yeah, but we didn't discuss anything.
18   Q. Okay. I'm just trying to --
19   A. I'm sorry.
20   Q. Before we get to who said what, I've got to
21 know how many times you talked. That's all.
22      Now, there is -- at 15 we have a letter
23 written by you, correct? 15 to 18?
24   A. Yes.
25   Q. And the one, two, three, four, fifth

Exhibit __A__
Page 18 of 43                                18 (Pages 66 to 69)

Thomas v. Ketchikan Gateway Borough   6/20/06                     Carolyn Thomas

Page 70

1  paragraph it says: After being told all these
2  different things by several different employees I
3  called you?
4     A.  Uh-hmm.
5     Q.  Okay. So I've made a bit of a mark of
6  this. And let me start on June the 6th, on the day
7  that you left Ketchikan on the 5:00 o'clock jet. And I
8  don't need to know who said what to whom yet. All I
9  want to understand is, after you get on the plane and
10 you fly south on June the 6th, how many more
11 conversations you have with Roy Eckert.
12         There was one on June the 7th, correct,
13 that you're telling us about here?
14    A.  If that's what it says.
15    Q.  It says "I called you."
16    A.  Okay. I called him on June the 7th.
17    Q.  Okay. And there's one conversation when
18 you're in Ketchikan in August. And there's one
19 conversation in October that we know about because we
20 just saw a letter.
21    A.  True.
22    Q.  Okay.
23    A.  I agree.
24    Q.  So I've got three conversations after June
25 the 7th between you and Mr. Eckert?

Page 71

1     A.  And there were a few more than that.
2     Q.  Okay.
3     A.  But I cannot tell you when they were
4  specifically.
5     Q.  Of the few more than that can you tell me
6  how many more and put them in a month?
7     A.  No.
8     Q.  Let's go through these conversations then.
9  On the -- at 15 --
10    A.  Okay.
11    Q.  -- it says: After being told all these
12 different things by several different employees I
13 called you. Then it goes on: You assured me I had my
14 job as long as I wanted it.
15        Is that --
16    A.  That's a true statement.
17    Q.  Okay. Do you recall the words Mr. Eckert
18 used?
19    A.  You have this job for as long as you want
20 it. And I was in the tire store in Seattle getting new
21 tires on my pickup. And it was the assistant manager
22 who called me and told me that Roy had made this
23 announcement in a staff meeting.
24    Q.  The announcement that your job would be
25 ending at some point in the summer?

Page 72

1     A.  Uh-hmm.
2         MR. VENNEBERG: Is that yes? You need
3  to say yes or no for the record.
4         THE WITNESS: Yes. I'm sorry.
5     Q.  (By Mr. Sandberg) Okay. Then in that same
6  paragraph it relates a conversation with Mr. Salazar?
7     A.  Yes.
8     Q.  And generally who said what in that
9  conversation?
10    A.  Were you in this paragraph (indicating).
11    Q.  The same one, the fifth one down.
12    A.  When I talked to Roy he told me that Mike
13 Salazar was really upset that I had taken all the
14 personnel files. And I assured Roy I had not taken
15 personnel files. In fact, I took two bankers boxes out
16 of my office, the majority of which was personal
17 effects as in dead people, right? Personal items from
18 my office.
19        Because Giselle Denton was going to be
20 moving into that office. I had talked to her and
21 anything in there that she wanted I left, like office
22 supplies.
23        Anyway, I took two small bankers boxes out
24 of my office. Roy said that Mike Salazar was really
25 upset that I had taken personnel files.

Page 73

1         I called Mike. Mike said he hadn't said
2  anything of the kind. He also told me that he probably
3  wouldn't have allowed me to keep my job indefinitely.
4  But he wasn't the Borough manager and it wasn't his
5  call. And that is in this letter.
6         Roy denied having told anyone I had
7  resigned. But practically everybody in the staff
8  meeting told me he had said that. And Roy also told
9  Scott Brandt-Ericksen, who is the Borough attorney,
10 that I had given him a letter of resignation. But when
11 Scott asked him for copy of it, Roy couldn't produce
12 it.
13    Q.  And I take it no such letter ever existed?
14    A.  And I have never given Roy a letter of
15 resignation. I mean, it's just -- what was your
16 question? When's the last time I talked to him? You
17 know, I honestly cannot tell you that, sir.
18    Q.  Actually, the question was related to your
19 conversation with Mr. Salazar, but let me ask a
20 different one. Go to the fourth page of this, page 18.
21    A.  Okay.
22    Q.  In the one, two, third paragraph down are
23 the words "I will tender my resignation under the
24 following conditions. If the conditions are accepted I
25 will sign a document to be prepared by the Borough

Exhibit A
Page 19 of 43

19 (Pages 70 to 73)

MOBURG & ASSOCIATES   1601 Fifth Avenue, Suite 860   Seattle, WA 98101
Court Reporters              206-622-3110              Fax 206-343-2272

85e52045-9de4-4003-8f0a-6dd5572f9b70