Thomas v. Ketchikan Gateway Borough    6/20/06                    Carolyn Thomas

---

**Page 86**

1  talked about so far about --
2      A.  As I remember what he said, that is
3  probably correct.
4      Q.  That people weren't starting at Step A,
5  that they were starting somewhere else on the scale?
6      A.  That was his contention, yes, I believe so.
7      Q.  And that people were being jumped more than
8  two pay grades?
9      A.  Yes.
10      Q.  Okay.  And he offered some evidence here
11  concerning those two issues, correct?
12          MR. VENNEBERG:  I would just object to
13  the characterization as evidence.
14          THE WITNESS:  I don't know.
15      Q.  (By Mr. Sandberg)  Okay.  Well, let's take
16  a look at some of them.  Go to KB108.
17      A.  Okay.
18      Q.  We are looking at a letter at KB108 dated
19  June --
20      A.  Wait a minute.  I'm in the wrong -- sorry.
21      Q.  That's okay.
22      A.  Okay.
23      Q.  It says we're looking at a letter from you
24  to Mr. Guzman?
25      A.  Guzman.

---

**Page 87**

1      Q.  Dated June the 4th, 2004, and announcing or
2  congratulating him on being offered a job with KGB.
3  Correct?
4      A.  Yes.
5      Q.  And the first thing it says in the second
6  paragraph is that he's being offered employment as
7  airport law enforcement supervisor at pay grade 74P.
8          Is that correct?
9      A.  Yes.
10      Q.  If you recall, why was he started at P
11  rather than starting at A or B?
12      A.  Because that's where Roy told me to start
13  him.
14      Q.  Were those instructions verbal or written?
15      A.  They were verbal.
16      Q.  And do you recall why Roy said start him as
17  a P or a --
18      A.  Because he was extremely well qualified.
19      Q.  In any event, your recollection is that the
20  decision to start Mr. Guzman as a 74P pay grade was
21  made by Mr. Eckert?
22      A.  Yes.
23      Q.  Okay.  Was Mr. Guzman being offered a
24  nonunion job?
25      A.  Yes.

---

**Page 88**

1      Q.  Would you agree that most non
2  representative employees ordinarily started out at a
3  pay grade something A?
4      A.  No.
5      Q.  That was not normal practice?
6      A.  No.
7      Q.  They started out within a pay grade at
8  whatever letter was deemed appropriate?
9      A.  Commensurate with their abilities and
10  skills, yes.
11      Q.  And who would normally make that decision?
12      A.  The finance director or the Borough
13  manager.
14      Q.  And they would tell you what was the
15  appropriate pay grade for the individual being hired?
16      A.  Or we'd -- yeah.
17      Q.  So was it a common practice then to start
18  at some other letter than A or B?  A would be a
19  probationary, correct?
20      A.  Not necessarily, no.
21      Q.  Oh, okay.
22      A.  Because the probationary period is there no
23  matter what.
24      Q.  In any event, so back to my prior question
25  before I interrupted myself which is, was it then a

---

**Page 89**

1  common practice to start people somewhere in the middle
2  of the alphabet?
3      A.  I'm inclined to say yes.  But there aren't
4  a lot of hires at supervisory levels in a period of the
5  year, a little over the year which is how long I was
6  there.
7      Q.  In any event, you would have been
8  instructed rather than being the person who would be
9  making the decision about what was the appropriate pay
10  grade?
11      A.  Yes.
12      Q.  So let's go, for example, to KB118, okay?
13      A.  Okay.
14      Q.  Now we've got a new person, Mr. Hull?
15      A.  Yes.
16      Q.  And if we look at 119 Mr. Hull is starting
17  work as a 90G?
18      A.  Yes.
19      Q.  Who made the decision to start Mr. Hull as
20  a 90G?
21      A.  I do believe this decision was made by the
22  Board.  He is the fire chief for a service area.
23      Q.  By the board of what?
24      A.  By the service area board of directors.
25  They have their own budget but they cannot -- any fire

---

Exhibit      A

Page 23 of 43

23 (Pages 86 to 89)

Thomas v. Ketchikan Gateway Borough   6/20/06                    Carolyn Thomas

---

**Page 90**

1  department employee has to work for the Borough.
2      Q.  Was the decision to start Mr. Hull as a 90G
3  made by you?
4      A.  No.
5      Q.  At KB119 I see the signature of Mr. Eckert
6  by CET.  Does that mean that you signed Mr. Eckert's
7  name to this form?
8      A.  That's by CLT.
9          Yes, I did.
10     Q.  I'm sorry.  I thought that was an E.
11     A.  That's all right.
12     Q.  It's CLT?
13     A.  Yes.  Yes, I did on this particular
14  document.
15     Q.  And did Mr. Eckert authorize that on this
16  particular document or was that simply a standing
17  arrangement?
18     A.  I was authorized to sign from him on the
19  standing arrangement.
20     Q.  Go to KB121 if you would.
21     A.  Okay.
22     Q.  We see an individual -- we see a PAF
23  dealing with an individual named Wayne Paulsen.
24     A.  Yes.
25     Q.  P-A-U-L-S-E-N?

---

**Page 91**

1      A.  Yes.
2      Q.  And Mr. Paulsen being hired as a temporary
3  full-time something, Fawn Mountain project manager. 1
4  don't know what that means.  Can you tell me?
5      A.  The Borough built a new grade school called
6  Fawn Mountain School and Wayne was hired as project
7  manager.
8      Q.  And he is being started as a 39 double L?
9      A.  Yes.
10     Q.  Once again, who made the decision to start
11  this?
12     A.  Roy Eckert.
13     Q.  Was that decision made by you?
14     A.  By me?
15     Q.  Yeah.
16     A.  No.  I didn't have any authority for that
17  kind of decision.
18     Q.  Go to the next page, if you would, which is
19  marked KB12, although it's hard to find on there.
20         It should be a PAF dealing with a lady
21  named Amy Larvick, L-A-R-V-I-C-K?
22     A.  Okay.  I have a correct page.
23     Q.  And once again it appears Ms. Larvick is
24  being hired at this time, at the time of the PAF?
25     A.  Yes.

---

**Page 92**

1      Q.  And her pay grade appears to be 45 either I
2  or L?
3      A.  I.
4      Q.  I?
5      A.  Yes.
6      Q.  Once again, who made the decision to start
7  Ms. Larvick as a 45-I?
8      A.  I would imagine that was made by the
9  finance director, because this is a hire into his
10  department.
11     Q.  And that would be Mr. Houts?
12     A.  Yes.
13     Q.  H-O-U-T-S?
14     A.  Yes.
15     Q.  KB23 is a PAF dealing with someone named
16  Angela Vanover, V-A-N-O-V-E-R?
17     A.  Yes.
18     Q.  And she is being moved from a 45-I to a
19  45-S pay grade, correct?
20     A.  Yes.
21     Q.  Let's see.  J, K, L, M, N, O, P, Q, R, S --
22  it's about ten steps?
23     A.  Yes.
24     Q.  Who made the decision to jump Angela
25  Vanover ten steps in pay grade?

---

**Page 93**

1      A.  The finance department.
2      Q.  So that would be Mr. Houts?
3      A.  He's the ultimate authority there, yes.
4      Q.  Did you make the decision?
5      A.  No.
6      Q.  Did you -- this would be a nonunion
7  position, correct?
8      A.  This is --
9      Q.  Or would it be APEA?
10     A.  It's non union.
11     Q.  I'm sorry, it says union?
12     A.  Now, wait a minute.  No.
13     Q.  It does.  I apologize.
14     A.  That's the union position, yes.
15     Q.  The box for union is checked.  I apologize.
16     A.  Yes.
17     Q.  Okay.  At any time did you ever discuss
18  with Mr. Eckert or Mr. Houts the fact that ordinances
19  are union contracts limited how far a person could be
20  jumped without changing their job description or
21  classification?  Did that issue ever come up?
22     A.  No.
23     Q.  KB124 is a PAF dealing with Charlanne
24  Heath?
25     A.  Charlanne.

---

Exhibit    A
Page 24 of 43

24  (Pages 90 to 93)

Thomas v. Ketchikan Gateway Borough    6/20/06                    Carolyn Thomas

---

Page 94

1    Q.  Charlanne.  Ms. Heath is your daughter?
2    A.  Yes.
3    Q.  And she is being jumped from 74 D to 74 J?
4    A.  Yes.
5    Q.  Which is -- let's see, E, F, G, H, I -- six
6  steps in the pay grade?
7    A.  Yes.
8    Q.  Who made the decision to jump Charlanne six
9  steps in the pay grade?
10    A.  Umm, her supervisor.
11    Q.  And who is that person?
12    A.  Her immediate supervisor is Maureen Crosby.
13    Q.  So the decision to jump Charlanne six steps
14  would have been made by Maureen Crosby?
15    A.  Yes, or the finance director.
16    Q.  Did you have any input in this decision?
17    A.  Absolutely not.
18    Q.  And the finance director, as we discussed,
19  was Mr. Houts?
20    A.  In November --
21    Q.  Actually it appears -- I see Roy was
22  sitting over there?
23    A.  I believe at that time it was Al Hull, and
24  possibly Al was gone.  I took this to Roy for signature
25  because I wasn't going to sign it until he approved it

---

Page 95

1  because she's my daughter.
2    Q.  Okay.  So it appears Ms. Crosby signed it
3  first and then Mr. Eckert signed it and then you did?
4    A.  Probably.  I know I was last.  And based on
5  the dates I'd say you're correct.
6    Q.  At KB125 we're looking at a PAF for an
7  employee named Brenda Von Bjork?
8    A.  Yes.
9    Q.  And the change here is to jump Ms. Von
10  Bjork from grade 45 P to 45 Q.  It appears there's a
11  couple things crossed out there but it looks like the
12  final change is 45 Q?
13    A.  Yes.
14    Q.  Did you have any part in this decision?
15    A.  No.
16    Q.  At KB126 we're looking at a PAF for Greg
17  Bjork?
18    A.  Yes.
19    Q.  And Mr. Bjork is being jumped from 75 I to
20  75 double K?
21    A.  Yes.
22    Q.  Did you have any part in this decision?
23    A.  No.
24    Q.  Is this the same fellow we talked about
25  with the laptop previously?

---

Page 96

1    A.  The IT guy I referred to him as?
2    Q.  Yes.
3    A.  Yes.
4    Q.  As long as we're here, let's take a
5  somewhat circuitous route and stop looking at our forms
6  for a minute.
7        What was the story of the laptop?  I mean,
8  what happened?  Who said what to whom?  What kind of
9  laptop are we talking about?
10        I mean, I know there was -- like you asked
11  me:  Why would they give me a laptop.  I just want to
12  know what kind of laptop were you given, by whom, who
13  authorized it, who said what?
14    A.  Roy said:  Can you get an Internet there,
15  and I said yes.  And he said we need to get you a
16  laptop and then you can bring it back and forth.  And
17  he told Greg to get the laptop.
18    Q.  What kind of laptop are we talking about?
19    A.  It's a Dell.  I don't remember what it is.
20    Q.  What does "get the laptop" mean?
21    A.  It means -- he orders that, yes.  Greg is
22  in charge of all the --
23    Q.  So it doesn't mean go to the warehouse.
24  It's order one from a vendor?
25    A.  Yes.

---

Page 97

1    Q.  And in that case do you know who the vendor
2  was?
3    A.  No.
4    Q.  Okay.  Do you know -- I asked you whether
5  you made the decision to jump Greg from 75 I to 75
6  double K --
7    A.  No.  Roy did.  He works for Roy.
8    Q.  That's what I was going to ask.  Who did
9  make the decision, if you know?  It would be
10  Mr. Eckert?
11    A.  Yes.
12    Q.  Since you were terminated by Ketchikan have
13  you looked for work?
14    A.  In the human resources area, yes.
15    Q.  How about any work?  In other words, tell
16  me from the time you were terminated by Ketchikan
17  Gateway Borough to today, tell me what you have done to
18  search for employment.
19    A.  I've looked for human resources positions.
20    Q.  And have you filled out job applications?
21    A.  No.  There are no positions open.
22    Q.  Have you submitted any application anywhere
23  with anybody since you were terminated by the
24  Ketchikan?
25    A.  No.

Exhibit ___A___
Page 25 of 43

25  (Pages 94 to 97)