Thomas v. Ketchikan Gateway Borough  6/20/06                                Carolyn Thomas
                                                                                  Page 1

**A**
abilities 88:9
able 41:4 49:24 99:15
above-named 107:12
absence 99:3 100:5 101:13
absolutely 16:11 37:1 53:11 57:2 94:17
acceptable 33:17
accepted 73:24
access 100:21
accessible 19:25
accident 56:8
accidents 56:6
ACCOMPANYI... 106:6
accountable 21:14
accurate 103:8
acre 7:21,24 8:2,5,8 8:22,25
acres 6:6 7:12,20
act 43:5
action 42:10 74:1 74:20,22 104:15 104:17
ad 77:23 83:17 84:22
added 20:18
additional 58:25
address 5:7 9:21
adequately 26:17
adjusters 29:3
Administer 59:1
administers 47:8
administration 24:21
advantageous 26:3
advise 81:13
affixed 105:7
ago 7:7 81:22
agree 70:23 88:1

agreement 41:15 41:22 61:21 99:4 99:22 100:6 101:14
agreements 41:21 41:24
ahead 29:14 31:2 60:17 64:19
ahold 68:15
airport 53:7,7 87:7
AK 2:11 107:17
Al 94:23,24
Alaska 1:2 4:21 32:13
aleck 30:4
allow 18:1
allowed 73:3
alphabet 89:2
Amy 91:21
Anchorage 2:11 107:17
and/or 103:8
Angela 92:16,24
announcement 71:23,24
announcing 87:1
annually 35:6
answer 5:16,17 12:3 18:2,17 19:20 24:15 32:21 35:4 41:4 45:12 52:19 60:23,24 63:3,4 65:14 76:13 98:20
answered 18:11 26:17
answers 104:24
anticipate 47:21 54:12
anybody 22:12 97:23
anytime 6:23 34:13 42:15
anyway 37:24

54:12 72:23
APEA 32:13 93:9
apologize 69:13 93:13,15
appear 67:5
appeared 43:11
APPEARING 2:3 2:7
appears 10:19 50:18 91:23 92:1 94:21 95:2,10
application 10:20 97:22
applications 97:20
applying 13:17
appraisal 47:10,11 50:25
appropriate 88:8 88:15 89:9 105:3
approval 41:16
approved 94:25
April 14:11 18:8,21
area 52:25 89:22 89:24 97:14
areas 24:1
argument 42:22
arrangement 24:17 38:10 60:8 76:20 90:17,19
arrangements 7:3 75:16 105:2
arrived 18:15
article 64:11,13,18 65:9 66:2
articles 65:1,18,20 66:10 67:10,14,24
aside 85:25 98:10 99:13,18,20 100:3
asked 36:17 38:24 46:18 59:19 64:6 65:23 73:11 96:10 97:4 99:20,25
asking 63:13 77:8 84:7 85:21

assembly 21:9 25:22 34:9 66:25 67:3
assigned 48:22
Assist 51:20
assistance 47:16 48:3,8
assistant 11:8 53:20 71:21
Associates 1:25 106:1,24 107:1,21 107:25
Association 32:13
assured 71:13 72:14
attempts 61:15
attend 11:25
attended 12:5 25:21,25
attending 28:14
attorney 2:4,9 26:5 73:9 74:1,6,19 104:14,15
attractions 98:25
August 64:15 65:7 66:3,15,19 70:18 74:21 77:13 78:2 78:16 79:5,6,11 79:12,22,23 80:3 81:19
authority 78:17,19 79:3,7 85:19 91:16 93:3
authorization 21:5
authorize 14:4 90:15
authorized 13:24 21:10,13,19 59:20 62:5,21,25 76:5,9 83:10 85:17,18 90:18 96:13
authorizing 21:1
available 78:6
Avenue 1:17,22 2:5

2:10 106:2 107:2 107:7,16
aware 17:1,5 21:1 69:14
a.m 1:15

**B**
B 87:11 88:18
back 16:20 20:1,5 24:7 51:6 61:2 63:6 65:15 67:3 68:24 79:17 88:24 96:16
backup 59:18
bad 99:12
ballpark 98:21 101:3
bankers 72:15,23
bargaining 33:5 41:13
based 95:4
basic 13:22
basically 41:20 50:21 75:4
basis 26:8
batched 35:10
Bates 10:14,16
began 26:25
beginning 38:24
begins 69:10 79:12
behalf 85:1
believe 17:4 18:12 19:1,1,12 55:23 76:7,15 81:14 86:6 89:21 94:23
benefits 58:10
best 14:7 15:17 21:8 35:4 39:18 39:21
bet 43:23
better 14:21 23:6 34:14
big 7:19 14:20 53:15 59:8

**bills** 26:3
**birth** 4:12
**birthday** 44:1
**bit** 67:20 70:5
**bites** 16:7
**Bjork** 95:7,10,17
   95:19
**blame** 44:4
**board** 89:22,23,24
**Boatmen's** 32:14
**Boise** 45:7,14
**bolts** 42:3
**Borough** 1:7 4:17
   5:5 10:20,24
   12:12,15,18,24
   13:8 17:16 20:16
   20:19 21:9 22:21
   25:12,22 26:4,5
   30:19 31:6,11
   34:9 41:16 44:1
   48:13 52:11,25
   57:25 73:4,9,25
   74:2,19,20,23
   75:20,21 77:11,15
   78:6,7,13 80:14
   81:4 83:11 84:5
   85:1 88:12 90:1
   91:5 97:17 107:9
**Borough's** 24:22,24
**boss** 78:24
**bottom** 33:15,16
   78:10
**bound** 23:18 24:12
   24:13
**box** 93:15
**boxes** 72:15,23
**Brandt-Ericksen**
   26:6 73:9
**break** 6:19,23
   34:12,16 40:24
   67:2 77:3 98:6
**Bremerton** 2:6
   105:14 107:8
**Brenda** 95:7

**briefly** 7:4
**bring** 96:16
**Brotherhood** 32:15
**brother-in-law**
   45:14
**brought** 12:8
**budget** 48:25 89:25
**budgeted** 48:20
**building** 5:12,19
   6:16 7:10,21 8:10
   8:14,24 9:1 46:22
   53:4,8,15,19,21
   58:15,19
**buildings** 7:8
**built** 91:5
**bullet** 47:14 49:14
   54:14 55:24 56:24
   58:25
**business** 12:11
**buy** 75:20,21
**buying** 5:11

---
                C
---
**C** 2:2 104:1,1
**call** 7:11 26:9 54:8
   64:4 68:19,22
   73:5
**called** 7:6 11:12
   12:7 23:15 49:1,2
   49:3 53:17 64:5
   68:17,24 70:3,15
   70:16 71:13,22
   73:1 91:5
**calls** 60:16 61:12
   65:13 68:16 84:10
**capacity** 1:8 61:22
**care** 53:18 62:19
   84:18
**Carolyn** 1:4,12 4:1
   4:9 51:12,14
   103:20 107:10
**Carolyn's** 66:3
**carry** 24:15
**Cascade** 45:7,14

**case** 97:1
**casters** 53:23
**cause** 68:21 82:15
**cc** 107:23
**CCR** 1:22,22
   103:25 106:20
   107:22
**central** 13:22
**certain** 23:17 37:20
   48:25
**certainly** 27:3 28:7
   31:19 37:6 59:23
   79:1
**certify** 104:4
**CET** 90:6
**cetera** 47:10
**chair** 53:22
**change** 26:14 41:19
   42:15 76:9,16,17
   95:9,12
**changed** 15:21
**changes** 42:8,17
   103:8 106:5
**changing** 93:20
**characterization**
   86:13
**charge** 96:22
**Charlanne** 93:23
   93:25 94:1,8,13
**chart** 49:6,9 78:20
**check** 31:14
**checked** 93:15
**chief** 31:5 89:22
**chronological** 68:5
   68:10,11
**circuitous** 96:5
**circumstances** 61:1
**city** 30:15
**claim** 47:19 55:3
**claims** 54:15,21
**class** 22:22
**classes** 44:25
**classification** 93:21
**closed** 14:21

**closer** 68:11
**CLT** 90:8,12
**Clyde** 11:18
**college** 12:1
**come** 15:8 17:16,18
   18:5 22:1,24
   26:13 31:7 35:16
   36:14 37:20 41:2
   43:4,14,15 44:19
   44:24 53:17 55:4
   55:19 60:21 61:2
   63:8 93:21
**comfortable** 5:18
   55:12,13
**coming** 10:23 17:2
   20:1 37:24 53:25
   67:6 98:11,25
   99:8 101:15
**Commensurate**
   88:9
**Commission**
   105:15
**committee** 83:18
**common** 88:17
   89:1
**communicated**
   65:20
**communication**
   67:15,23 81:7
**comp** 25:24 29:3
   47:19
**companies** 28:25
   44:18
**company** 44:24
   45:15
**compensation**
   49:15 50:7 51:8
   51:24
**complainant** 55:3,5
**complaining** 43:22
**complaints** 43:24
   56:12
**complete** 15:10
**completed** 25:8

**complicated** 48:1
**computer** 15:2
   31:14 39:12
**concern** 37:17,25
   40:23 41:13
**concerned** 38:1
   40:22 41:18 75:11
**concerning** 86:11
**concerns** 40:3 41:8
   41:9 42:3,6
**concluded** 102:5
**conclusion** 60:22
   84:10
**conclusions** 84:7
**conditions** 73:24,24
   74:14
**conduct** 57:16 58:2
**conducted** 57:10
**conducts** 57:6,22
**conference** 31:13
**confidential** 37:3
   37:19 38:2 42:18
   42:21,25 54:10
**confidentiality**
   37:5,16 38:8,22
   39:9,13 40:1,4,8
**confirm** 50:22
**confused** 14:25
   31:9 38:18
**confusing** 6:20
   16:19 36:16
**confusion** 23:19
**congratulating**
   87:2
**connection** 7:14
**consisted** 37:15
**contact** 31:12 61:16
**contemplated**
   22:25
**contemplating** 8:16
   8:24 20:7 26:21
   28:3
**contending** 85:25
**contention** 13:23

86:6
**contentions** 13:22
**context** 14:16
**continue** 29:10
  61:22 74:17 75:5
  78:5 79:25 82:23
**continued** 62:20
**contract** 8:10 32:24
  33:1 41:14 56:23
  75:3 76:5 98:13
**contracts** 15:11,19
  23:18,21,24 26:10
  33:1,10 34:5
  58:10 66:25 93:19
**conversation** 14:17
  14:23 15:5,6
  18:13 39:2 42:5
  65:9,15,23 66:19
  66:23 70:17,19
  72:6,9 73:19
  80:20
**conversations** 15:7
  19:3,8 39:3,25
  40:11,15 70:11,24
  71:8 80:18
**coordination** 24:20
  29:15
**copy** 10:8 43:9
  73:11 80:10 83:17
  85:6,9 99:8
  101:25 107:12
**Corey** 2:9 107:16
**corner** 5:2
**corporate** 45:22
**correct** 7:23 10:21
  21:20 27:1 28:8
  33:23 34:21 37:3
  37:6 59:21,25
  65:22 69:23 70:12
  78:2,14,21 79:13
  80:1,4,8 81:15
  85:1,20 86:3,11
  87:3,8 88:19
  91:22 92:19 93:7

95:5 104:23
**correction** 103:10
  106:7 107:12,13
  107:14
**corrections** 103:9
  106:5 107:19
**correctly** 78:8
  80:16
**cost** 20:18 99:18
**costs** 99:20
**counsel** 77:16
  104:14,16,25
  107:19
**COUNTY** 103:4
  104:3
**couple** 5:22 8:4
  17:6 83:18 95:11
**course** 25:20 35:2
  59:16
**Court** 1:1 106:1
  107:1
**COVER** 106:6
**coverage** 47:18
**covered** 66:23
  84:20
**co-owner** 6:1,4
**create** 101:1
**Crosby** 94:12,14
  95:2
**crossed** 95:11
**crying** 26:15 43:18
**curiosity** 45:9
**current** 61:22

--- **D** ---

**D** 1:22 94:3 103:1
  103:25 106:20
  107:22
**daily** 26:8 32:11
  37:14 64:3,5
**date** 4:12 14:6,8
  18:6 21:12,18
  107:5,10
**dated** 50:25 69:9

78:1 79:11 80:7
  86:18 87:1 103:13
**dates** 95:5
**daughter** 94:1 95:1
**day** 18:23 25:3,4,5
  25:8 26:25 34:17
  37:15,23,24 70:6
  101:16 103:13
  105:7
**days** 12:7 26:8 35:9
  107:14
**day-to-day** 24:21
  24:23
**dead** 72:17
**deal** 55:11 83:12
**dealing** 27:7 90:23
  91:20 92:15 93:23
**dealt** 48:1 54:1
**December** 61:24
  62:12
**decide** 78:5
**decided** 60:13
  76:18
**decision** 19:2 80:13
  81:3,11,18,19
  87:20 88:11 89:9
  89:19,21 90:2
  91:10,13,17 92:6
  92:24 93:4 94:8
  94:13,16 95:14,22
  97:5,9
**declare** 103:6
**declined** 77:15
**deeded** 7:9
**deemed** 88:8
**Defendants** 1:9 2:7
**definitive** 63:4
**delayed** 22:9
**deleted** 39:17
**delivery** 105:2
**Dell** 96:19
**denied** 73:6
**Denton** 72:19
**department** 11:7

11:10,16 26:11
  48:17 49:2,3,7,11
  51:20 54:2 59:2,8
  90:1 92:10 93:1
**departments** 29:16
**departure** 14:20
  20:22,25 22:19
  24:3 38:6 40:16
  41:10 57:8
**depended** 25:18
  35:11 52:25
**dependent** 20:9
  68:9
**depending** 53:12
**Depends** 24:25
**deponent(s)** 107:12
  107:13
**deposition** 1:11
  102:4 103:7
  104:10,19,22
  105:3 107:12,13
  107:19
**depositions** 99:17
**DEPOSITION(S)**
  107:10,10
**describe** 15:17
**described** 13:24
  16:10
**describing** 15:5
**description** 3:3
  13:5 21:22 59:9
  93:20
**desk** 52:10
**destroy** 43:6
**details** 40:15,17
**determined** 16:5
**develop** 48:3 58:2
**developing** 48:7
  51:21
**develops** 47:15
  57:22
**difference** 14:18,21
  42:19
**different** 6:15

28:16 29:15 33:7
  46:23 48:6 54:5
  58:15 70:2,2
  71:12,12 73:20
  81:7
**differently** 24:4
**direct** 15:23
**direction** 104:12
**director** 88:12 92:9
  94:15,18
**directors** 89:24
**disagreed** 66:7
**discharging** 77:1
**disclosures** 10:13
**discrimination**
  54:16,21
**discuss** 40:7 60:21
  66:18 69:17 93:17
**discussed** 16:2,6
  18:25 19:14,14
  29:5 37:12,16
  39:8 40:16 60:10
  65:17 80:12 82:20
  94:18
**discussing** 18:16
  30:20 32:12 37:2
  39:2,24 63:8
**discussion** 16:10,14
  18:20 82:22
**discussions** 18:21
  67:11
**DISTRICT** 1:1,2
**document** 73:25
  74:18 90:14,16
**documents** 10:11
  10:12 13:21 38:3
  42:25 61:5
**doing** 15:16 16:2
  22:16 50:11 54:9
  81:24 82:3,6,23
  98:7
**double** 91:8 95:20
  97:6
**doubts** 44:9