Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KETCHIKAN GATEWAY BOROUGH | ) |
| and ROY ECKERT, in his | ) |
| individual and official | ) |
| capacity. | ) |
| | ) |
| Defendants. | ) Case No. 5:06-cv-00001-JWS |
| | ) |

**NOTICE OF CONTINUATION OF EXHIBITS FOR MEMORANDUM IN SUPPORT OF PARTIAL MOTIONS FOR SUMMARY JUDGMENT**

Attached hereto is the continuation of exhibits for Defendants' Memorandum in Support of Partial Motions for Summary Judgment.

1. Exhibit A-11
2. Exhibit A-12
3. Exhibit A-13
4. Exhibit A-14
5. Exhibit B-1

6. Exhibit B-2

7. Exhibit B-3

8. Exhibit B-4

9. Exhibit B-5

10.   Exhibit B-6

DATED this 31st day of October, 2006, in Anchorage, Alaska.

s/ Mark A. Sandberg  
701 W 8th Avenue, Ste. 1100  
Anchorage, Alaska 99501  
Phone: (907) 276-6363  
Fax: (907) 276-3528  
E-Mail: msandberg@aol.com  
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2006 a copy of the foregoing discovery responses was served by regular U.S. Mail on:

Scott Brandt-Erichsen  
Borough Attorney  
Ketchikan Gateway Borough  
344 Front Street  
Ketchikan, Alaska 99901

Michael N. White  
Friedman, Rubin & White  
1126 Highland Avenue  
Bremerton, Washington 98337

Terry A. Venneberg  
1126 Highland Avenue, Ste. 101  
Bremerton, Washington 98337

s/ Mark A. Sandberg