Dougherty 5:8
downtown 25:15
drain 9:2
drink 31:13
DSL 100:8,19
  101:11
duly 4:1 104:8
duration 12:7
duties 75:6
duty 76:25

**E**

E 2:2,2 90:10 94:5
  104:1,1
earlier 47:12 59:19
  62:15 63:7 80:19
  82:5,7,18
early 14:11 38:6
Ecker 67:16
Eckert 1:7 12:21
  12:23 14:3,4
  16:12,15,22 17:4
  17:9,11,23 18:10
  18:25 19:5,7 21:6
  21:13,19 37:12,13
  49:21 59:13,21,23
  60:2,6,11,13 61:1
  62:5,21,25 63:9
  63:16 64:13 65:5
  65:18 66:2,11,19
  67:12 69:10 70:11
  70:25 71:17 74:22
  76:5,9 77:10,14
  78:1,4,12,21
  79:11 80:7,25
  82:11 84:5 87:21
  90:5,15 91:12
  93:18 95:3 97:10
  99:23 101:14
Eckert's 61:21 90:6
editorial 64:3
effect 15:24
effective 48:5
effects 72:17

either 17:22 19:7
  27:17 36:8 38:11
  43:4 46:6 58:13
  60:10 66:11 67:16
  85:17 92:1
Electrical 32:16
electrician 53:17
electronically
  38:12
element 37:20
else's 33:12
emergencies 56:1,3
employee 27:9 35:5
  35:6 36:21,24
  42:20 47:15 48:3
  48:7,10 51:21
  56:16 57:22 76:24
  90:1 95:7 104:13
  104:15
employees 22:20
  25:11 26:12,15
  27:25 30:18 32:13
  43:18,23 44:6
  45:2,15 47:17
  56:6 57:23,24
  58:4,4,8 61:13
  70:2 71:12 75:11
  85:17 88:2
employer 47:1
employment 5:5
  17:7,15 61:22
  63:17 75:5 78:5
  87:6 97:18
Enclosed 107:12
ends 81:17
enforcement 87:7
entire 11:6 79:21
  84:23
entirely 84:4
entities 44:18
entitled 42:20
entity 30:14 42:23
erecting 7:17
Eric 53:8

Esq 107:6,15,23
essential 47:7
Essentially 77:9
et 47:10
evaluated 35:5,6
evaluation 49:22
  49:23 50:13
evaluations 22:8
  26:11,12 34:20
  35:2,15 36:13,13
  36:21 42:13 43:4
  47:12
evasive 35:12
event 87:19 88:24
  89:7
eventually 98:23
everybody 73:7
evidence 9:1 84:2
  86:10,13
exact 14:5,8 18:6
exactly 5:15 65:21
  100:11
examination 1:11
  3:8 4:6 104:7
  105:1
example 10:17 21:8
  34:24 89:12 99:17
exceptions 104:25
exchange 39:19,22
  64:23
excuse 14:24
exercising 83:2
EXHIBIT 3:2,3
exhibits 3:4 10:15
  85:3,6
existed 73:13
exit 57:24
expand 52:19
expect 14:5 29:24
  36:18 65:6
expectation 17:15
  20:15 23:1,8,14
  43:1,2,10 57:15
  60:15 62:6 77:14

expected 13:18
  30:2 34:4 36:1,2
  37:10 52:22 56:25
  62:2 64:14
expecting 54:3
expenses 98:11,17
  99:4,23 100:3,25
  101:11,12
experience 10:7,25
expires 105:15
explain 24:14 26:21
  82:15
explained 23:21
  58:13,16
explaining 7:2
expressed 41:8,10
expressing 42:3
extent 47:5 64:18
  76:11 84:10
extra 100:14
extremely 87:18
e-mail 19:24 20:4
  28:5 32:3,8 43:5
  44:2,3 54:11
  61:17 64:6 67:16
  68:25 69:1 106:3
  107:3
e-mailed 36:9
  39:16
e-mailing 37:11
e-mails 25:6,6
  26:25 27:1,3
  31:14 39:19 64:24
  65:14

**F**

F 94:5 103:1,1
  104:1
face 27:19,19 29:9
  29:9 31:25 32:1
  32:18,18 33:18,18
  33:21,21 48:8
  55:21,21 56:18,18
  57:2,2

facetious 43:20
facetiously 37:14
face-to-face 27:16
  27:25 30:21
facilities 28:7,12
  52:11
facility 53:6
fact 22:12 48:1
  54:7 72:15 93:18
Fair 59:6
familiar 25:12
family 6:7,9,15
  16:23 17:5
family's 7:2
far 59:4 67:12 84:7
  86:1 93:19
farm 6:7,10
father's 7:14
Fawn 91:3,6
fax 15:2 38:11
  39:11 43:5 106:3
  107:3
faxed 36:8
faxing 37:10
February 16:17,18
  16:20,22 17:8,14
  17:19,21 63:15
  77:18
feel 52:19
fellow 95:24
felt 23:19 24:1
  41:23 44:6 75:14
  83:9
field 9:3 52:15
fifth 1:17,22 50:6
  51:23 56:24 69:25
  72:11 106:2 107:2
figure 51:2
file 36:4 38:4 99:16
filed 56:14 99:14
  101:17
files 72:14,15,25
filing 105:3
fill 35:18

filled 58:14,15,18 97:20
final 81:11,18,19 95:12 101:16
finally 67:7
finance 49:11 88:12 92:9 93:1 94:15 94:18
financially 104:16
find 14:19 19:15 50:13 65:18 67:15 78:9 81:14 91:19
fine 6:21 18:19 34:14 41:1 55:10 77:5
finish 18:2 31:3
finishes 63:20 74:11
fire 89:22,25
first 4:1 10:17,19 14:13 18:5 34:20 36:17 44:3 47:8 49:21 54:18 55:2 58:1 65:4 74:3 78:8,14 80:1,15 87:5 95:3
fish 5:2
five 35:13
five-minute 98:5
flight 75:8
Flip 57:21
flippant 29:23
floor 46:19
flown 29:16
fly 70:10
follow 31:19
followed 26:3 31:18
following 73:24
follows 4:4
foregoing 104:10 105:1
form 12:11 35:18 35:21 42:10 76:21

90:7 104:11
formal 11:19 22:13 22:22
forms 36:2 42:18 96:5
forth 63:6 96:16
forwarded 107:14
forwarding 80:10
foundation 76:21
foundational 80:23
four 15:11 16:4 21:25 35:12 50:6 50:8 69:25 76:19
fourth 54:14 73:20
framed-in 9:4
free 52:19 101:10
Frequently 48:9 54:11
Friday 81:12
front 32:20 74:4
full 104:23
full-time 48:20 91:3
function 24:5 27:16 27:19,25 36:7 37:9 48:4 55:17 57:1
functions 11:20,20 24:21,23 26:22 29:6 35:2 47:8,9 56:3 82:6
furnish 85:9

### G

G 94:5
Gateway 1:7 4:17 10:20,24 12:12,15 12:18 13:8 17:16 21:9 22:21 25:12 48:13 84:5 97:17 107:9
gears 84:4,21
generalization 35:8
generalized 28:19

generally 11:4 12:11 19:22 61:18 72:8 82:2 85:15 85:16,24
generated 42:15 51:7
getting 71:20
Giselle 72:19
give 14:5,8,16 18:6 33:11,14 40:15 44:25 45:11 50:23 60:23 63:4 96:11
given 73:10,14 96:12 104:18
go 13:20 16:16,20 17:3,10,12 20:5 21:22 26:19,20 31:2 41:16 47:3 51:6 60:17 61:5,7 63:19 64:18 68:4 69:6 71:8 73:20 83:6,13,20 85:15 86:16 89:12 90:20 91:18 96:23 98:6 100:13
goes 25:1 71:13 80:11
going 8:17 10:11,15 17:2,10,12,25 18:16 20:10 21:24 22:15 23:1,10 25:8,18 27:12 28:4,10 30:23 31:6,24 32:5 34:6 34:13,17 36:7 37:9 38:4 40:13 40:19 41:20 42:4 47:7,21 52:15 53:16 54:18 55:4 55:17 58:20 59:24 60:19 61:15 62:6 63:6 65:6 66:3 72:19 74:13 78:18 80:4 94:25 97:8

Gonce 1:22 103:25 106:20 107:22
good 45:12 60:23 60:24 68:3 77:2
Gosh 51:4
government 25:24 30:12,13,21 42:23 44:18 46:6
grade 85:19 87:7 87:20 88:3,7,15 89:10 91:5 92:1 92:19,25 94:6,9 95:10
grades 86:8
grand 59:7
Greg 95:16 96:17 96:21 97:5
grievance 56:13 83:3
grievances 56:11 56:23 84:12
gritty 33:20
guess 99:1
guessing 101:7
guy 96:1
Guzman 86:24,25 87:20,23

### H

H 94:5
half 7:13
hall 79:3
hand 105:6
handle 18:16 27:22 54:3
handled 26:22 38:1 53:20,23 58:20
handling 10:11
handwriting 50:22
handwritten 50:20
happen 27:4 29:12 36:7 40:20 43:19 60:19
happened 23:9

60:15 96:8
harassment 23:14 54:15,21
hard 6:17 52:22 91:19
hat 52:22
head 11:7,9,12,16 17:2 33:6 54:2
heading 47:7
headquarters 45:23
hear 41:9
hearing 77:23 83:18,20,25 84:2 84:22,25 85:7,13
Heath 93:24 94:1
held 4:16 85:13
help 4:22,24 14:17 47:17
helped 75:16
HEREOF 105:6
hereunto 105:6
hesitate 26:19
high 100:21
Highland 2:5 107:7
hill 7:11
hire 58:11,12,20 77:17 92:9
hired 74:6 88:15 91:2,6,24
hires 89:4
hiring 47:9 98:10
hoc 77:23 83:17 84:22
Holly 36:8 39:14 43:7,12,14 48:19 48:24 58:13,22,24 68:17
home 7:6,8,16 8:14 9:1,19,21,24 10:2 25:8 46:1,14,21 46:21 101:1
honestly 73:17
hope 51:4

Thomas v. Ketchikan Gateway Borough   6/20/06
Carolyn Thomas
Page 6

| | | | | |
|---|---|---|---|---|
| hopefully 33:16 | improve 101:2 | intensive 12:5 | jet 70:7 | KB121 90:20 |
| hour 34:14 | inappropriate 85:18 | intent 81:11,18 | Joanna 68:18 | KB124 93:23 |
| house 5:9,20 6:16 7:10,17,21 8:11 8:25 9:5 100:23 | incident 52:9 54:7 54:9 | intention 77:16 | job 4:16 10:19 12:14,17,22 13:5 13:7,14,17,24 | KB125 95:6 |
| | | interaction 33:19 55:21 | | KB126 95:16 |
| | inclined 89:3 | interested 104:16 | 15:25 21:22,25 | KB131 85:12 |
| houses 10:5 | including 47:9 104:24 | interesting 22:7 | 22:9 25:11 26:11 | KB23 92:15 |
| Houts 92:11 93:2 93:18 94:19 | | interestingly 43:24 45:12 | 26:12 29:12 31:16 34:20 35:1,15 | KB55 85:12 |
| | inconvenienced 30:2 | | | keep 39:16 41:24 43:9 73:3 |
| huge 14:18 | | International 32:15 | 36:13,13,20 42:4 | kept 53:16 101:13 |
| Hull 89:14,16,19 90:2 94:23 | incurred 98:17 | Internet 96:14 100:21 101:7 | 43:4 44:8 45:25 46:25 47:7,11 | Ketchikan 1:2,7 4:17 5:5 9:11,13 |
| human 12:16 13:6 22:1 28:18 35:3 35:25 56:11 59:1 59:7 75:12 97:14 97:19 98:2 | indefinitely 73:3 | | 50:11 51:11 58:25 | 9:19,22,25 10:3 |
| | INDEX 3:2,8 | interpreting 24:25 | 59:9 61:2 65:6 | 10:20,24 12:12,15 |
| | indicated 103:9 104:20 | interrupted 23:4 88:25 | 66:3 71:14,19,24 73:3 75:6,7,7 | 12:18 13:8 14:9 17:16 20:1,5,8,10 |
| | indicating 51:19 67:21 72:10 | interviews 57:24 | 82:23,24 87:2,24 | 20:13 21:9 22:21 |
| hundred 6:11 | | investigate 56:14 | 93:20 97:20 | 24:7 25:12 27:15 |
| husband 7:25 62:18 | individual 1:7 7:5 12:25 21:5 54:25 88:15 90:22,23 | investigates 56:11 | jobs 23:22 | 28:13 29:16 30:8 |
| | | Investigation 54:15 | Johnson 11:18 | 34:6 39:1 40:12 |
| H-O-U-T-S 92:13 | | invitation 67:8 | July 68:13,15 107:5 | 44:24 47:24 48:13 |
| H.R 10:25 11:7,9 11:11,20 14:19 15:16 18:16 38:20 44:11 45:1,5,7,16 45:20 46:3,24 47:2 48:13,20,23 49:1,7 56:3 81:24 | individually 9:7 10:15 | involve 31:24 33:18 34:18 52:14 84:16 | jump 92:24 94:8,13 95:9 97:5 | 54:6,17,20 55:19 |
| | individuals 84:13 | | | 55:22 56:2,19,21 |
| | Industrial 11:12 | involved 20:19 31:4 | jumped 86:7 93:20 94:3 95:19 | 57:1,16 60:25 |
| | industry 46:6 | in-house 57:7,10 | | 61:3 62:23 63:1,5 |
| | information 42:21 55:4,15 82:14 98:24 | issue 17:18 18:4,9 18:24 22:24 26:9 37:21 38:7,22 39:12 53:11,12,13 53:21 54:13 93:21 | jumps 85:18 | 64:3,5 65:16,25 |
| | | | June 1:16 14:9 17:13,16 20:22,25 21:4 22:11,19,25 26:22 29:8 30:24 32:7 33:22 34:6 36:12 38:6,9 47:22 59:11,24 60:25 62:14 70:6 70:10,12,16,24 79:1 86:19 87:1 105:8 | 66:13,21,24 67:11 |
| | | | | 67:15 70:7,18 |
| | inherited 7:13 | | | 75:8,17 79:17,20 |
| | initial 10:13 16:11 26:14 35:22 36:3 | | | 80:1,12 81:1,12 |
| I | | | | 81:19,25 83:20 |
| IBU 32:14 | | issues 15:14,16 17:5 25:7 26:6 27:7 31:23 37:16 38:8 40:7,18 48:9 53:6,24 54:7 83:11 86:11 | | 84:5 97:12,16,24 107:9 |
| IBW 32:15 34:3 | initially 54:1 | | | |
| Idaho 45:21 | Inland 32:14 | | | KGB 30:14 36:21 36:24 49:6 87:2 |
| idea 15:8 37:13,14 37:23 39:1 56:9 59:5 68:3 74:8,15 | input 94:16 | | | |
| | inspect 52:11 | | | kind 11:19 12:2,9 22:5 25:17 28:15 28:20,23 38:10 43:25 46:1 47:20 49:6 53:21 54:12 59:12 73:2 91:17 96:8,12,18 98:1 98:24 |
| | installed 100:19 | | | |
| ideally 55:8 | instance 15:11 29:5 | item 47:14 51:23 57:22 61:20 | K | |
| identify 68:1 | instructed 89:8 | | K 92:21 95:20 97:6 | |
| ifs 63:14 | instructions 87:14 106:6 | items 72:17 85:11 100:4 101:4 | KB108 86:16,18 | |
| imagine 92:8 | | | KB118 89:12 | |
| immediate 11:15 94:12 | insurance 25:23 28:25 47:18,18 | J | KB119 90:5 | |
| | | J 92:21 94:3 | KB12 91:19 | |
| immediately 45:13 | intend 79:25 | January 77:18 | | |
| important 24:2 37:6 41:23 55:14 | intended 24:15 | | | kinds 28:16 33:7 |