82:2
KING 104:3
knew 16:17 31:7
　44:15 45:13 59:23
know 5:15 11:3,3
　11:21 12:10 14:24
　16:1 18:13 19:24
　19:25 20:1 25:2,2
　25:2 26:7 30:18
　38:2 40:24 41:20
　41:25 43:8,24
　44:11,15,16,21
　45:11,24,25 46:24
　48:19 49:1 53:24
　54:25 55:14 56:5
　61:14 62:9 65:8
　65:11,14,24 66:9
　67:6 69:1,21 70:8
　70:19 73:17 75:7
　77:19 79:24 84:8
　84:11 86:14 91:4
　95:4 96:10,12
　97:1,4,9 99:14
　100:1
knowledge 17:21
　21:8 36:22 49:5
known 16:15

　　　　L
L 1:4 91:8 92:2,21
labor 101:9
lack 14:21
lacked 78:17,19
lady 91:20
land 7:12
language 56:9
laptop 75:18,21,21
　95:25 96:7,9,11
　96:12,16,17,18,20
larger 85:19
Larvick 91:21,23
　92:7
law 2:4,9 87:7
lawsuit 13:1,23

98:11 99:2,5,6,10
　99:15,18,20
lawsuits 26:6 31:23
　99:16 101:17
lawyer 75:1 77:17
　98:11 101:20
Lawyers 99:15
layout 25:13
leaching 17:23
leave 39:11 41:1
　62:2 63:10,16
　99:17
leaving 4:16 5:4
　17:15 57:24
left 14:9 18:7 33:22
　36:19,20 39:1
　40:12 48:2 55:18
　58:20 59:12 60:11
　60:25 61:14,23
　62:1,12,14 68:23
　70:7 72:21 75:8
　75:20
legal 74:1,18,20,22
　77:16 84:7,10
legislation 31:18,19
legislature 26:2
letter 67:17 69:9,22
　70:20 73:5,10,13
　73:14 75:2 77:9
　78:1 79:10,16,19
　79:21 80:6,24
　81:21 82:10 86:18
　86:23 88:8,18
　106:6
letting 68:25
let's 10:7 21:22
　26:20 31:17 47:3
　49:25 50:17 51:6
　58:1 61:5,7 71:8
　74:17 83:13 84:21
　86:15 89:12 92:21
　94:5 96:4 98:5
　100:13
levels 89:4

lied 76:1
lights 53:16
likes 23:5
limited 93:19
line 24:19 31:20
　33:15,16 34:24
　50:6 100:7,8,14
　100:19 101:11
　106:5,7
lines 22:1
list 25:1 26:18 33:8
　34:17,19 42:7
　43:17
literally 75:8
little 31:9 49:25
　59:19 67:20 69:6
　83:5 89:5
live 4:19,21 9:17
lived 5:4 47:23
lives 45:20
living 8:19,20
　26:24 61:23
locate 49:24
located 49:7
long 5:13 6:9 8:2
　11:4 15:21,21
　17:4 39:15 59:13
　60:3 61:14 71:14
　71:19 89:5 96:4
longer 62:24 79:7
　83:10
look 13:3 21:25
　22:8 25:4 33:2
　54:19 55:1 56:15
　61:10 64:1,9
　78:20 86:16 89:16
looked 23:10 81:21
　97:13,19 98:1
looking 10:12,18
　13:4,5 50:17,19
　50:20 51:23 61:11
　61:20 64:2,10
　65:2 78:1 79:10
　80:6 81:8 85:11

86:18,23 95:6,16
　96:5 100:10
looks 95:11
Loop 5:8
lot 19:18 25:6
　26:16 28:16 29:6
　44:5 57:19 89:4
Louisiana 11:2,4
　44:23 45:4
lumber 45:19
lunch 43:25
L-A-R-V-I-C-K
　91:21

　　　　M
M 92:21
machine 15:2
Mackie 53:8
mail 38:11 43:5
　68:24
maintain 48:3 49:9
　58:2
maintaining 37:5
　39:8 48:7
maintains 47:15
　57:22
maintenance 53:13
major 47:8 53:24
majority 72:16
making 29:23 89:9
　101:13
management 24:22
　24:24 33:4 48:24
manager 12:16,24
　13:6 14:20 22:2
　35:3,25 45:16,20
　53:3,7,20 71:21
　73:4 88:13 91:3,7
managers 45:1,8
manager's 48:22
　48:23 49:4
March 12:13 77:18
mark 2:8 10:14
　70:5 107:15,23

marked 3:4 51:16
　51:16 91:19
Markel 64:7 68:18
Masters 32:14
Mates 32:14
matter 22:4 88:23
Maureen 94:12,14
mayor 30:15,15
mean 5:11 15:16
　18:24 22:13 23:5
　29:23 32:20 34:23
　35:23 36:2 37:10
　37:14 44:21 47:16
　50:22 53:19 54:24
　55:9 56:5,12 58:2
　59:3,16 62:1,11
　65:10 66:2 73:15
　75:13 90:6 96:7
　96:10,20,23 98:23
　99:6,9,12
meaning 41:12
means 56:9,13 91:4
　96:21
meant 27:8 50:10
meet 32:18 33:3,6
　82:16
meeting 67:3 69:11
　71:23 73:8 82:17
　82:21
meetings 25:20,22
　28:14,15,17,20,21
　28:21,23 29:8,17
　30:7,21
members 23:23
memo 79:22 81:5
　83:9
met 25:23 28:25
　29:3 32:24
middle 55:25 89:1
Mike 72:12,24 73:1
　73:1
mile 7:13
mill 45:19 53:9
mind 23:7 24:17

| | | | | |
|---|---|---|---|---|
| 41:19 76:10,16,17 84:5,14<br>mine 37:17 68:8,12 74:10<br>minor 53:14,15<br>minute 40:25 86:20 93:12 96:6<br>misunderstood 8:13<br>MM 32:14<br>Moburg 1:25 106:1 106:24 107:1,21 107:25<br>MoburgReportin... 106:3 107:3<br>moments 81:22<br>money 98:12 99:3,7 99:7,14,15,21,22 100:4,5,9<br>Monitor 49:15<br>monitoring 49:17 51:11 52:7,14 54:3<br>monitors 50:7 51:7 51:24<br>month 14:9 18:7 35:13 71:6 101:5 101:8<br>months 5:22,23 8:4 8:21 17:6 35:7,7 35:14<br>morning 10:11 59:19 62:16 63:7 82:7 84:15<br>mother 8:9,20 22:24 62:19<br>mother's 62:16<br>motions 104:25<br>Mountain 91:3,6<br>move 16:23 56:10 75:17<br>moved 36:7 76:4,8 92:18 98:16<br>moving 15:14 | 72:20 79:17 98:17 99:4,23 100:3 101:11<br>multiple 18:21 39:3<br>mutual 41:13<br><br>**N**<br><br>N 2:2 92:21<br>name 4:8 90:7<br>named 90:23 91:21 92:15 95:7<br>narrow 67:19<br>nature 53:12<br>nearly 98:4<br>necessarily 56:20 88:20<br>necessary 20:6<br>need 16:1 32:20 40:24 44:7 52:17 52:18 54:25 55:7 70:8 72:2 78:6 81:10 96:15<br>needed 20:2 23:14 23:15,16 63:11,16 67:8 80:13 81:3 83:9,12<br>needs 33:9 51:22 55:16 68:18 79:19 79:24<br>negotiated 26:10 32:24,25 33:1<br>negotiating 15:20 15:21 33:4,5,7,10 33:12,13 34:5<br>negotiations 33:23 57:2<br>negotiator 33:14<br>never 18:13 22:24 24:12,13 32:24 33:1 46:21 52:22 73:14<br>new 29:5 35:6 57:22 58:4,4,8,11 58:12,19 60:8 | 71:20 80:10 85:17 89:14 91:5<br>News 64:4,5<br>newspaper 64:11 67:24<br>Nez 5:1<br>nitty 33:20<br>non 88:1 93:10 99:2,5<br>nonunion 57:23 87:24 93:6<br>normal 12:2 88:5<br>normally 88:11<br>northeast 5:2<br>Notary 4:3 104:5 105:13<br>notes 98:6<br>notification 54:11<br>notify 107:19<br>November 50:25 94:20<br>number 10:16 11:25 12:5 61:20 64:9 85:3<br>numbers 10:14 51:3 101:3<br>numerous 61:12,15<br>nuts 42:3<br><br>**O**<br><br>O 92:21<br>oath 4:2<br>object 76:11 84:9 86:12<br>objecting 64:17<br>objection 76:23<br>objections 104:24<br>obligation 76:25<br>October 69:7,9,11 69:16 70:19 81:12 81:24 82:16<br>offer 55:10 82:13 83:24 84:2<br>offered 85:3 86:10 | 87:2,6,23<br>office 14:22 15:9 31:25 46:1,20,20 46:25 48:22,23,24 49:4 67:7,8 72:16 72:18,20,21,24 75:17 79:2 82:8 100:9 101:1,9<br>officer 22:2 35:3<br>offices 25:11,12,25 78:7,13<br>official 1:8 105:7<br>officially 53:5<br>Oh 8:13,18 17:8 18:3 19:20 22:11 28:23 34:13 51:15 81:9 88:21<br>okay 5:7,17,24 6:4 6:13 7:19 8:2,10 8:18,21,24 9:4 10:5,23 11:14,24 12:10 13:3,13,16 13:20 14:11 15:8 16:7,14,25 17:2,8 17:11 18:9,24 19:10,20 20:15,20 22:11,14,23 23:5 24:14 25:5 26:23 27:24 28:23 29:11 29:21 30:10 31:1 31:17 32:4,17 33:25 34:8,23 35:9,15 36:1,6 37:18 38:18,23 39:2 40:3,3 45:9 46:15,17,23 47:3 47:14 49:12,13 50:3,5,12,15 51:15 52:7,21 53:2 54:24 55:24 56:10 57:3,6,15 58:18,23 59:6,23 65:12,22 67:1,10 68:4 69:3,16,18 | 70:5,16,17,22 71:2,10,17 72:5 73:21 74:16 75:23 75:25 76:8 77:25 78:11 79:5,10,23 80:6,22 83:2,7 84:21 86:10,15,17 86:21,22 87:23 88:21 89:12,13 90:21 91:22 93:17 95:2 97:4 98:15 99:10 100:3,12,16 100:18 101:3,6,16 101:19<br>old 4:10<br>once 15:22 26:24 28:4,11 30:20 31:9 36:4,16 37:9 40:1,16 45:17 52:2 66:13 91:10 91:23 92:6<br>one-person 48:17<br>on-site 52:23<br>open 15:15 97:21<br>operations 59:1<br>opinion 23:16 33:14 42:19 74:24 75:3<br>opportunity 82:14 104:18<br>opposed 46:1<br>oral 1:11 76:5 100:5<br>order 68:5,10,11,14 69:7 75:18 96:24<br>ordering 101:22<br>orders 96:21<br>ordinance 80:10<br>ordinances 93:18<br>ordinarily 42:18 88:2<br>ordinary 34:17<br>Oregon 4:20 5:3 9:8 13:25 16:1,16 |

17:10,12 18:14
19:2 20:16 26:24
28:11 29:13 33:22
36:7,10,12,14,20
36:25 37:9 38:11
40:1 42:4 43:2,3,9
44:9 45:7,17 54:4
55:18 58:21 59:12
62:17,19 63:19
76:4,8 98:16
103:2
**organization** 24:20
  49:6
**organizational**
  78:20
**orientated** 58:4
**orientation** 57:23
  58:3,5
**orientations** 58:2
**orienting** 58:8
**original** 39:13 66:1
  107:19
**originate** 38:13
**outcome** 104:17
**outstanding** 50:11
  52:2
**out-of-pocket**
  101:12
**overworked** 45:2
**owned** 5:13,22 7:24
  8:3,8 45:20
**owner** 8:22 9:8,10
**ownership** 7:2
**o'clock** 70:7

        **P**
**P** 2:2,2 32:14 87:10
  87:17 92:21 95:10
**Pacific** 11:2,4
  44:24 45:4
**packet** 58:11,12,16
  58:20
**PAF** 42:9,12,15
  43:11 90:22 91:20

91:24 92:15 93:23
95:6,16
**PAFs** 42:13,18
**page** 3:3 10:19
  13:25 21:23 47:5
  50:4,5,18,19
  51:17 54:14 61:10
  73:20,20 74:18
  77:8 91:18,22
  106:5,7 107:13,14
  107:14
**PAGES** 3:9
**paper** 13:10 17:22
  32:3 34:21 64:5
  64:12 67:11,15
  81:8
**paperwork** 58:14
**paragraph** 70:1
  72:6,10 73:22
  78:4,10 79:15,16
  87:6
**parcel** 7:22,24 8:2
  8:5,22,25
**parents** 7:7
**parks** 53:7
**parlance** 78:23
**part** 29:12 31:16
  34:14 37:25 45:14
  51:11 54:6 95:14
  95:22
**participated** 83:22
**particular** 54:13
  90:13,16
**parties** 104:14,21
**parts** 44:8
**party** 44:1
**pass** 47:6
**pasture** 7:12,12
**Paulsen** 90:23 91:2
**pay** 26:14 42:8,16
  42:21 77:15 85:19
  86:8 87:7,20 88:3
  88:7,15 89:9 92:1
  92:19,25 94:6,9

**paying** 20:12,16
**pays** 77:10
**penalty** 103:6
**people** 16:9 25:25
  29:9 30:12,13,21
  31:7 32:18 44:11
  44:15,19,24 45:3
  45:4,5,25 46:24
  48:12 53:10 58:18
  61:18 72:17 86:4
  86:7 89:1
**Perce** 5:1
**perfectly** 68:7
**perform** 13:18 15:3
  29:6 46:24 57:1
**performance** 47:10
  47:11 50:25
**performed** 48:4
**performing** 35:2
  42:4 76:24
**Performs** 57:24
**period** 57:24 60:7
  65:10 88:22 89:4
**perjury** 103:6
**permission** 61:21
**person** 11:17 21:12
  21:18 27:3 28:8
  31:19 45:23 52:23
  66:12,13 75:18
  77:1 80:21 89:8
  89:14 93:19 94:11
**personal** 72:16,17
**Personally** 44:13
**personnel** 11:13,20
  12:10 15:13 24:22
  24:24 29:6 36:4
  36:24 38:11 42:10
  42:16 47:9 72:14
  72:15,25
**phone** 15:3 19:25
  20:5 27:14,22
  28:5 32:8,16,19
  32:23 44:2 48:2
  54:8 56:18,19

61:12 64:4 65:13
68:16,19 69:5
84:23 100:7,14
101:5,11
**physical** 38:3
**physically** 30:7
  31:25 36:13,14
**picked** 22:7
**pickup** 71:21
**picture** 27:12 30:23
  55:17
**pictured** 32:7
**picturing** 21:24
  29:11 30:6 36:6
  37:8 58:19
**piece** 7:9,15,20
  13:10 34:21
**pieces** 7:5
**Pilots** 32:15
**place** 7:6,16 9:17
  30:7 105:3
**Plaintiff** 1:5 2:3
**Plaintiff's** 10:8,18
  13:3 61:11 77:8
**plan** 59:7
**plane** 70:9
**planning** 16:16
**plans** 10:2
**play** 37:21
**pleadings** 99:8
**please** 4:8 11:22
  33:11 34:12 40:25
  41:6 65:22 81:13
  82:16 101:24
  106:5 107:13,19
**plus** 107:12
**point** 24:16 47:15
  48:18 49:14 54:14
  55:24 56:25 58:25
  71:25 74:6 82:3
  83:6
**pointing** 68:2
**Pond** 9:23
**portion** 11:13 22:9

31:5
**Portions** 6:11,12
**position** 48:21 93:7
  93:14
**positions** 97:19,21
**positively** 15:15
**possession** 38:3
**possibilities** 21:17
**possible** 55:15
**possibly** 62:8,10
  94:24
**potluck** 44:1
**powerful** 59:8
**practical** 22:4
**practically** 73:7
**practice** 88:5,17
  89:1
**preference** 33:8
**preferenced** 44:4
**prefers** 32:2
**preparations** 25:21
**prepared** 73:25
  74:19
**present** 16:9 19:7
  33:8 39:5 66:24
  82:14
**presentation** 84:25
**Presenting** 34:9
**presently** 4:14 7:17
**pretty** 52:2 68:6,7
  84:20
**preview** 98:25
**previously** 95:25
**printed** 68:13
**printer** 75:19
**prior** 10:23 14:9,20
  17:1 20:22,25
  21:4 22:4,11,19
  25:8 31:6 38:6,9
  41:10 57:8 79:19
  80:24 88:24
**probably** 5:23 13:9
  15:16 17:6 18:18
  23:5 30:18 39:4