| | | | | |
|---|---|---|---|---|
| 40:14 45:11 62:3 62:9,23 63:5 65:15 73:2 80:20 86:3 95:4 101:8 **probationary** 60:7 88:19,22 **problem** 19:15,23 30:3 32:6 54:9,12 **problems** 16:23 68:21 **procedure** 38:15,20 56:22 83:3 **process** 33:10,14 33:18 55:1 56:15 58:3,3 **produce** 73:11 **produced** 10:13 **programmed** 75:19 **programs** 52:6 57:7,10 **progress** 14:22 15:14 **project** 91:3,6 **projects** 25:7 **promised** 61:1 75:4 **prompted** 26:9 **properly** 75:12 **property** 5:13,19 5:25 6:16 7:3,6,9 7:11,15 9:8,11,17 **protect** 44:7 **provide** 23:2 **provided** 45:4 46:25 56:22 75:14 83:17 **provides** 51:22 **providing** 22:20 **PTO** 63:5 **public** 32:13 42:23 104:5 105:13 **Pulp** 44:24 **purchased** 7:7 **purchasing** 29:5 **pure** 76:1 | **put** 10:10 14:17 71:6 100:7,8,14 101:3 **putting** 9:2 **P-A-U-L-S-E-N** 90:25 **P-162** 83:6 **P-33** 79:16 **p.m** 82:16 102:5 **P32** 79:10 **P50** 10:9,18 **P55** 49:14 <br><br>— Q — <br><br>**qualified** 87:18 **quarterly** 20:10,17 24:10,13 **question** 18:2,17 24:4 26:17 27:10 29:25 32:20 38:23 41:5 46:18,19,24 47:18,19,19,20 48:6 55:2 63:3,21 66:1,6 73:16,18 74:12 75:24 76:12 80:23 88:24 99:13 101:16 **questions** 24:15 25:7 83:18 101:21 104:24 **quick** 77:3 **quickly** 47:7 55:15 **quit** 61:13 62:7 **quite** 26:18 41:22 **quote** 15:23 80:25 **quoted** 64:13 **quotes** 76:23 <br><br>— R — <br><br>**R** 2:2 92:21 104:1 **raise** 40:18 **raised** 6:13 18:9 **ranch** 6:7,9,15 **reached** 19:1 | **read** 26:11 27:3 34:20 35:1,22 36:3 39:17 78:8 80:15 103:7 104:19 **reading** 25:5 35:15 **reads** 81:17 **really** 6:19 14:25 15:18 16:1 41:23 44:6 72:13,24 **reason** 29:22 31:2,3 31:4 45:12 77:1 106:5,7 **rec** 53:8 **recall** 40:17 42:1 71:17 87:10,16 **receive** 36:20 39:11 42:12 43:11 **received** 61:12 64:4 **receiving** 51:8 **recollection** 19:6 39:18,21 40:19 42:2 65:4 82:21 87:19 **record** 6:25 7:1 10:10 34:15 41:3 41:7 42:23 44:5,7 61:8,9 65:19 68:1 72:3 77:6,7 83:13 83:15,16 85:4 98:9 104:20 **records** 36:24 37:2 37:3 38:11 **recruiting** 47:9 **reduced** 104:11 **Reed** 53:15,19 58:14,19 **Reef** 9:23 **refer** 10:16 **referred** 96:1 **regard** 40:4 **regarding** 7:3 25:24 31:22 36:24 39:8,25 40:8,10 | 40:12,19 49:16 59:13 60:7 **regular** 4:16 **relate** 50:24 65:1 **related** 27:7 28:17 73:18 98:11 99:2 99:5,6,10 **relates** 72:6 **Relations** 11:12 **relative** 104:13,15 **relevant** 51:21 **relocated** 40:1 **remember** 12:6 53:25 57:9 66:11 86:2 96:19 **remembered** 14:23 **remodel** 100:9 101:11 **remodeling** 100:25 **remote** 45:7 **remotely** 13:25 15:4 16:2 17:18 18:5,10,15 21:2,5 21:10,13,19 22:5 24:6 27:13,21 40:9,10,19,21 44:12,20,25 45:5 59:14,20,24 60:4 60:14 62:6,22 63:1 **removed** 49:18 **repeat** 41:6 **reply** 69:2 **report** 12:20 53:10 54:10 78:13,21 **reporter** 64:7 101:22,25 102:2 106:20 **Reporters** 106:1 107:1 **reports** 52:9 54:8 106:19 **represent** 74:25 **representative** | 30:17 32:23 88:2 **representatives** 25:23 26:7 30:17 32:10 **represented** 75:12 **reps** 56:20 **request** 98:24 **require** 16:23 34:6 48:8 56:25 61:2 **required** 29:15 55:21 62:16 **reserve** 102:3 **reside** 45:1,16 **residence** 82:7,8 **resides** 45:23 **residing** 105:14 **resignation** 73:10 73:15,23 74:9 **resigned** 73:7 75:20 **resigning** 75:19 **resolution** 33:17 54:15 **resolved** 27:10 **resources** 12:16 13:6 22:2 28:18 35:3,25 56:12 59:1,8 75:12 97:14,19 98:2 **respond** 55:25 61:16 83:1 **responded** 82:25 **response** 79:12,18 79:21 81:14 **responsibilities** 49:16,19 **responsibility** 22:3 **responsible** 24:20 53:5 **rest** 13:20 99:11 101:9 **resume** 10:8,19 **retain** 82:23 **retaining** 107:19 **return** 34:6 56:25 |

| | | | | |
|---|---|---|---|---|
| 57:16 65:13 81:11 81:18 106:6 **returning** 20:7 66:20 68:16 80:14 81:4 **returns** 20:17 **review** 107:13 **right** 6:22 9:16 27:4 32:22 37:24 38:16 40:5 43:22 46:4 50:2 51:19 60:20 63:12,24 66:4 67:21,22,24 67:25 68:14 72:17 74:1,19,22 77:11 78:11 79:3 83:3 85:23 90:11 99:23 100:1 101:15 **risk** 16:19 53:3 **Road** 9:23 **role** 58:7 **room** 31:13 55:9 **Rosenden** 43:7 48:19 **roughly** 17:5 98:19 **route** 96:5 **routed** 35:24 **routine** 43:13 **Routinely** 25:5 **Roy** 1:7 12:21 14:3 14:24 18:22 21:12 21:15 22:9 37:13 37:23 41:15 48:19 49:10,21 59:20 61:13,14,16,21 65:8,24 66:2 67:2 67:3 68:16,17,19 68:25 69:1 70:11 71:22 72:12,14,24 73:6,8,11,14 83:9 87:12,16 91:12 94:21,24 96:14 97:7,7 **Roy's** 48:22 50:22 | 69:2 **RPR** 106:20 **RULE** 106:19,19 --- S --- **S** 2:2 92:21 **safety** 22:2 35:3 49:15,17,18 50:8 51:8,11,22,25 52:6,8,12,14,23 53:4,6,12,21,24 54:4 **Salazar** 72:6,13,24 73:19 **Sandberg** 2:8,9 3:9 4:7 7:1 18:4 34:16 41:4 46:15 46:16 52:21 60:20 61:10 63:23 64:20 68:6 72:5 74:13 76:18 77:4,7 83:13,16 84:11 85:23,24 86:15 98:4,10 101:24 107:15,16,23 **satisfactory** 43:11 **save** 103:8 **saw** 53:22 70:20 **Saxman** 30:15 **saying** 17:2 35:5 64:14 79:12 82:25 85:17,22 **says** 32:25 42:8 47:15 49:14 50:7 50:19 51:24 54:14 55:25,25 57:22 59:1 61:21 64:16 66:3 70:1,14,15 71:11 74:18 78:5 79:17 81:10 82:13 86:23 87:5 93:11 **scale** 86:5 **scanned** 36:8 **scanning** 37:11 | **scattered** 25:17 **schedule** 26:13 29:22,24 **scheduled** 25:21 29:14,18,20 **scheduling** 30:3 **school** 91:5,6 **score** 51:8 **Scott** 26:5,6 31:22 32:2,2,5,8 37:17 37:21 38:7,10,14 38:21,25 39:5,10 39:15,19,22,25 40:3,7,11,16,18 41:8,9,12 42:2,6 73:9,11 84:25 85:16 **Scott's** 31:25 37:25 **seal** 105:7 **search** 97:18 **Seattle** 1:18,22,25 71:20 106:2,24 107:2,25 **second** 49:14 57:21 83:14 87:5 **see** 5:13 9:1,2,4 19:23 30:25 31:15 31:17 35:7 47:8 49:25 50:8,16,17 51:7,23 83:2 90:5 90:22,22 92:21 94:5,21 98:6 106:19 **seeing** 13:24 **seek** 77:16 **seen** 13:10,13 64:23 78:21 **selects** 33:4,5 **sell** 9:24 10:2 **senator** 30:17 31:6 **send** 53:13 83:10 98:23 **sensitivity** 23:15 57:13 | **sent** 61:16 68:25 69:1 **sentence** 58:1 80:15 81:17 **separate** 46:22 **September** 41:17 78:7,13 79:20 80:1,7 **sequence** 83:5 **seriously** 75:6 **service** 89:22,24 **services** 75:13 **session** 26:2 **sessions** 12:6 **set** 99:13 105:6 **setting** 46:2 **sexual** 23:14 **sheet** 50:21 103:10 106:5,6,6 107:12 107:13,14 **shift** 84:4,21 **short** 34:12 **showed** 31:10 **SHOWING** 106:5 **shows** 45:17 **shredded** 38:2 **shredder** 38:5 **siblings** 6:3,5 **side** 10:12 33:8 **sides** 33:17 **sign** 26:14 43:14 73:25 74:18 90:18 94:25 104:19 106:5,6 107:13 **signature** 43:8,12 90:5 94:24 102:2 106:6,18 107:13 107:13,14 **signed** 15:12,19 33:24 41:14,23 90:6 95:2,3 107:14 **signing** 104:21 **simple** 5:16 76:2 | **simpler** 23:22 **simply** 10:15 22:24 30:5 41:16 74:13 90:16 **SINCERELY** 107:20 **sir** 73:17 **sit** 36:23 **site** 12:9 53:9 58:6 58:15 **sites** 25:11 **sitting** 94:22 **situation** 17:1 37:19 38:4 62:16 80:12 **six** 35:7,13 94:5,8 94:13 **sixty** 50:1 **skills** 88:10 **slash** 22:2 35:3 **small** 72:23 **smaller** 16:7 **smart** 30:4 **software** 29:5 **somebody** 37:10 56:6 **somewhat** 96:5 **sorry** 11:23 18:3,11 23:3 32:21 38:18 50:3,4 51:13 63:22 68:3 69:19 72:4 74:24 75:24 79:15 84:17 86:20 90:10 93:11 99:1 100:12 **sort** 10:24 57:17 **sound** 29:23 76:25 **south** 70:10 **sp** 9:18 **speaking** 55:14 **speaks** 64:18 **specific** 40:15,17 41:25 84:18 **specifically** 46:3 |

| | | | | |
|---|---|---|---|---|
| 71:4 | 39:13 41:2 | **supervisory** 23:12 | 15:13,15 18:20 | **they'd** 54:8 |
| **specifics** 54:25 | **stayed** 22:23,25 | 89:4 | 24:11 27:11 28:15 | **thing** 10:17 14:19 |
| 85:16 | 23:9 62:23 | **supplies** 72:22 | 28:24 33:25 34:20 | 27:6,24 28:6 |
| **speculate** 63:13 | **stenographically** | **suppose** 31:19 | 47:12 55:12 66:11 | 31:17 36:17 42:1 |
| **speculation** 60:16 | 104:11 | 60:13 76:18 | 68:23 96:9,18 | 42:7 43:17,20 |
| **speed** 100:21 | **step** 83:3 85:18 | **supposed** 24:17 | 99:6 | 47:8 53:14,15,16 |
| **spell** 4:23,24 | 86:4 | 42:25 75:24 | **talks** 48:11 | 55:2,14 59:8 |
| **spend** 23:16 98:12 | **steps** 92:22,25 94:6 | **sure** 5:15 13:21 | **Taylor** 53:8 | 75:15 87:5 |
| 99:15 | 94:9,13 | 18:1 21:16 27:8 | **teaching** 45:15 | **things** 15:10 18:16 |
| **spent** 18:22 23:20 | **stop** 18:18 46:10 | 34:13 38:21 78:9 | **team** 33:4,5,6 45:14 | 21:24 24:9 26:20 |
| 25:19 62:18 98:13 | 96:5 | 98:8 | **teams** 15:21 | 34:17 39:16 47:4 |
| 99:2,3,7,7,14,21 | **store** 71:20 | **surgeon** 15:4 | **telephone** 33:19 | 50:11 53:4 55:20 |
| 99:22 100:4,5,9 | **story** 96:7 | **surprised** 101:20 | 66:12 | 57:19 60:10 70:2 |
| 101:8 | **strictly** 43:13 | **sworn** 4:2 104:8 | **telephonic** 82:17,21 | 71:12 75:9 82:2,4 |
| **split** 48:24 | **strike** 24:3 40:9 | **system** 24:22,24 | **telephonically** 48:4 | 84:15 85:12,25 |
| **spoke** 19:18 26:7 | **stuck** 76:19,23 | 47:11 | 69:11 83:22 | 95:11 |
| 32:10 65:24 | **stuff** 84:18 85:25 | **systems** 47:10 | **tell** 16:22 17:11 | **think** 15:3,17 18:14 |
| **spring** 48:12 49:5 | **style** 33:12,13 | | 21:23 26:19 41:2 | 26:18 35:4 36:17 |
| **ss** 103:3 | **styles** 33:7 | **T** | 43:7,12,15 44:17 | 42:5,6,20 43:20 |
| **staff** 28:19,21,21 | **subject** 39:19,22 | **T** 103:1 104:1,1 | 50:21 52:5 54:8 | 44:3 48:22,24 |
| 31:5 71:23 73:7 | 74:14 | **take** 6:19,23 12:4 | 54:18 66:7 71:3,5 | 50:1 66:1 67:13 |
| **stairway** 53:17 | **submit** 35:19 | 13:3 16:7 30:7 | 73:17 77:9 78:17 | 67:18,21,23 68:4 |
| **stamp** 43:8,12 | **submitted** 97:22 | 33:11,15 50:10 | 79:3,7 81:3,7 | 69:4 74:21 76:16 |
| **standing** 53:22 | **sue** 77:10,14 | 53:18 58:1 64:1,9 | 88:14 91:4 97:15 | 77:18 80:17 84:19 |
| 90:16,19 | **sued** 12:25 | 64:20 73:13 77:3 | 97:17 98:15 | 84:19 101:7 |
| **start** 12:12 59:24 | **Suite** 1:17,22 2:5 | 86:15 96:4 98:5 | **telling** 51:12,14 | **thinking** 27:20 |
| 70:6 85:18 87:12 | 2:10 106:2 107:2 | **taken** 48:9 72:13 | 61:13 64:4 70:13 | 28:10 29:17 81:6 |
| 87:16,20 88:17 | 107:7,17 | 72:14,25 104:10 | 75:9 78:12 82:11 | **third** 47:14,14 |
| 89:1,19 90:2 | **summarize** 7:4 | 104:25 | **tells** 51:10 | 50:18 61:20 73:22 |
| 91:10 92:6 | 10:24 | **talk** 10:7 19:17 | **temporary** 91:2 | **thirteen** 11:6 69:1 |
| **started** 8:17 12:15 | **summary** 21:25 | 23:6 38:25 55:3,7 | **ten** 35:13 92:22,25 | 69:2 |
| 22:10 23:13,24 | **summer** 5:24 8:6 | 55:8,9 56:16 67:9 | **tender** 73:23 74:8 | **Thomas** 1:4,12 4:1 |
| 25:5 63:24 75:9 | 9:7,10,14 62:17 | 67:9 68:18 80:25 | **tenure** 12:18 54:20 | 4:9,10 103:20 |
| 87:10 88:2,7 91:8 | 71:25 | **talked** 16:3,5 18:22 | **term** 14:22 55:6 | 107:9,10 |
| **starting** 86:4,5 | **summers** 62:18 | 19:12 25:10,10 | **terminated** 82:12 | **thoroughly** 101:20 |
| 87:11 89:16 | **supervisor** 11:15 | 27:25 29:9 38:7 | 82:15 97:12,16,23 | **thought** 8:13 18:11 |
| **state** 4:8 30:16,17 | 27:9 35:17,18 | 38:21 40:12 47:6 | **terms** 81:6 | 24:5 38:19 62:15 |
| 30:18 31:5 45:17 | 48:10,11 51:21 | 57:3,9,12,12,20 | **Terry** 2:4 107:6 | 63:7 82:23 90:10 |
| 103:2 104:2,6 | 58:6,17 87:7 | 59:3 67:12 68:20 | **testified** 4:3 | **threatening** 56:6 |
| 105:14 | 94:10,12 | 69:4,21 72:12,20 | **testify** 104:8 | **threats** 54:16,21 |
| **statement** 66:8 | **supervisors** 16:6 | 73:16 80:19 82:7 | **testimony** 104:23 | **three** 5:23 16:4 |
| 69:13 71:16 | 19:13,15,16,18 | 82:17 84:6,13,15 | **Thank** 69:11 | 31:6 35:9,12,14 |
| **STATES** 1:1 | 22:18 23:13,17 | 86:1 95:24 | 101:19 | 50:6 61:20 62:18 |
| **stay** 15:19,22,25 | 25:10 61:19 | **talking** 11:25 15:10 | **thereof** 104:17 | 69:25 70:24 83:3 |