| | | | | |
|---|---|---|---|---|
| 101:4 | transcribed 104:20 | uh-huh 38:8 | v 103:1 107:9 | 5:7,9,14,25 7:3 |
| till 74:11 | 104:22 | ultimate 93:3 | vague 76:12 | 9:8 45:19 |
| timbered 7:12 | transcript 83:17 | Umm 11:11 14:5 | Valnor 9:17 | want 6:24 11:21 |
| time 10:4 12:14 | 101:23 104:11,23 | 27:9 35:4 37:23 | Vanover 92:16,25 | 13:21 25:2 41:1,2 |
| 14:17 15:21 18:22 | transferring 38:10 | 40:14 41:12 53:3 | variety 26:16 | 41:15 55:6,8 70:9 |
| 18:25 23:6,16,20 | trap 5:2 | 60:18 65:8 81:5 | vendor 96:24 97:1 | 71:19 82:13 84:8 |
| 25:19 29:14,18 | travel 20:12,16 | 94:10 | Venneberg 2:4 | 84:11 96:11 |
| 41:22 48:8 65:5 | 99:16 | understand 6:18 | 18:1 46:11 52:18 | wanted 15:22 19:24 |
| 65:25 73:16 77:2 | treated 42:24,25 | 13:21 21:17 23:24 | 60:16 63:20 64:17 | 19:24 20:1 22:9 |
| 77:22 80:11,13,25 | tried 9:24 | 24:16,18 30:5 | 67:25 72:2 74:11 | 38:20,21 67:6 |
| 84:23 85:4 91:24 | true 37:17 43:13 | 33:11 35:24 36:19 | 76:11,21 77:2 | 71:14 72:21 76:16 |
| 91:24 93:17 94:23 | 69:14 70:21 71:16 | 38:15 55:2 59:10 | 84:9 85:21 86:12 | wanting 77:1 |
| 97:16 100:18 | 75:10 103:7 | 70:9 75:1 76:9 | 98:8 101:21 102:1 | wants 33:9 |
| 105:1 | 104:23 | 78:16,19 79:6,6 | 102:3 107:6 | warehouse 96:23 |
| times 16:4 26:8 | truly 42:19 63:3 | 85:16 99:10,11,19 | venture 99:1 | Washington 1:18 |
| 66:11 69:21 | trust 7:14 37:20,21 | understanding | verbal 75:3 81:6 | 104:2,6 105:14 |
| tire 71:20 | 44:5 55:16 | 59:12 60:3,7 | 87:14,15 98:12 | wasn't 20:15 21:14 |
| tires 71:21 | truth 104:8,8,9 | 64:21 85:22 | 99:4,22 | 27:16 30:4 37:25 |
| today 36:23 63:2 | trying 6:17,17 | understood 13:16 | victim 55:5 | 37:25 40:21 60:14 |
| 97:17 98:12 99:8 | 21:16 24:16 30:4 | 23:17,21 76:4 | violence 54:16,22 | 68:16 73:4,4 75:7 |
| told 15:18 16:17 | 30:5 35:12,23 | union 15:11,19 | visit 24:10 28:12 | 76:19 94:25 |
| 17:9 19:4 20:3 | 36:18 51:2 67:19 | 23:18,23 26:10 | 30:16,19 31:7 | way 5:17 15:17 |
| 59:20 62:16 63:9 | 68:15,21,22 69:18 | 32:10,14,23,25 | visited 25:11,25 | 28:18 33:13 46:7 |
| 63:16 65:5 68:19 | 99:13,17 | 33:1,3,10,15 34:5 | 30:13 31:12 | 47:23 53:23 61:7 |
| 70:1 71:11,22 | try-out 60:7 | 34:5 56:20,22 | visiting 28:7 | Wayne 90:23 91:6 |
| 72:12 73:2,6,8,8 | Tuesday 28:22 | 57:23 66:24 93:10 | visits 24:13 | week 12:8 42:14 |
| 75:18 79:2,18,23 | Turn 49:12 77:25 | 93:11,14,15,19 | voice 40:3 68:23 | weeks 80:14 81:4 |
| 80:3,13 82:22 | turned 68:22 | unions 15:20 32:12 | volunteer 46:9,11 | Wendy 53:8 |
| 87:12 96:17 99:23 | twelve 35:7 64:9 | 33:25 41:21,24 | 52:17 | went 8:25 18:13 |
| tongue-tied 40:9 | 66:2 | unit 33:5 | Von 95:7,9 | 23:20 24:12 25:7 |
| top 69:2 | two 7:5 16:4 19:2,7 | UNITED 1:1 | vs 1:6 | 29:12 36:4,12 |
| totally 20:9 | 24:1 35:14 41:2 | units 41:13 | V-A-N-O-V-E-R | 39:10 41:7 43:1,3 |
| town 61:14 67:4 | 50:6 69:25 72:15 | universe 67:19 | 92:16 | 44:6 58:12 63:15 |
| tracking 44:22 | 72:23 73:22 80:14 | 84:12 | ——— W ——— | 65:15 77:7 82:4 |
| trail 32:3 | 81:4 84:12 85:25 | unofficially 53:5 | | weren't 22:20 |
| trainers 12:8 | 86:8,11 | unquote 76:24 | WA 1:22,25 2:6 | 30:25 41:20 86:4 |
| training 11:19 12:2 | typically 27:1 28:1 | upset 72:13,25 | 106:2,19,24 107:2 | West 2:10 107:16 |
| 12:9 22:1,3,5,8,10 | 31:24 56:17 | USCA 106:19 | 107:8,25 | we'll 56:10 69:6 |
| 22:12,13,15,20 | ——— U ——— | use 31:14 43:12 | wait 63:20 74:11 | we're 5:12 8:20 9:2 |
| 23:2,10,14,15 | | 55:6 | 86:20 93:12 | 10:11 13:5,24 |
| 24:5 44:19,25 | Uh-hmm 30:22 | usually 33:3 43:24 | waived 104:21 | 25:17 34:20 37:2 |
| 45:3,4 51:21,22 | 48:16 50:9 51:9 | 53:20 56:19 | waiving 74:1,19 | 39:24 42:22 44:17 |
| 52:6 57:7,10,13 | 57:5,14 64:16 | ——— V ——— | walked 67:7 | 54:9 68:7 78:1 |
| 57:17 | 66:5 70:4 72:1 | | Wallowa 4:20 5:1,4 | 79:10 80:6 83:5 |

Thomas v. Ketchikan Gateway Borough   6/20/06

Carolyn Thomas
Page 14

| | | | | |
|---|---|---|---|---|
| 85:11 86:23 95:6 95:16 96:4 98:6 101:19 **we've** 34:13 47:5 54:9 57:3,19 64:23 65:1 89:14 **When's** 73:16 **wish** 15:24 82:14 **witness** 18:3 46:13 52:20 60:18 63:22 68:3 72:4 76:15 76:22 86:14 104:7 104:18,21 105:6 **witnesses** 83:24 **word** 5:2 22:1 41:24 50:23 63:11 **words** 11:1 22:23 23:9 34:2 40:10 51:20 54:19 69:10 71:17 73:23 74:4 74:17 81:8 97:15 **work** 10:7,23 11:4 12:6 14:22 16:3,3 19:2,16 21:1,5,10 21:13,19,24 24:17 27:12 28:4,11 29:12 30:23 33:16 36:18,19 37:9 40:1,13 42:4 43:3 44:6 47:22 50:21 55:18 58:6 59:20 62:6,22 63:1 64:14 78:6,13 79:2,8 80:14 81:4 81:12,24 83:11 89:17 90:1 97:13 97:15 98:1 **worked** 11:2 26:5 31:22 38:9 44:11 44:23 48:13 53:3 **workers** 29:3 32:16 47:19 49:15 50:7 51:7,24 **Worker's** 25:24 | **working** 4:14 17:18 18:5,9,15 22:4 27:13,21 31:25 32:5,7 34:1 40:8 40:10,19,21 41:22 44:20,25 45:5 59:13,24 60:3,14 60:14 63:1 76:19 78:18 79:19,24,25 **workplace** 49:15 49:17,18 50:8 51:8,11,24 52:7 52:12,14 54:4 78:23 **works** 33:23 97:7 **workshops** 12:5,6 **world** 21:17 **wouldn't** 9:1,4 38:13 43:14,15 54:5 62:13 65:14 67:9 73:3 99:1 **wrap** 64:14 65:6 **write** 52:5 **writing** 14:14 21:1 65:19 67:16 81:13 **writings** 39:22 **written** 17:22 26:13 44:5,7 69:23 87:14 98:24 **wrong** 62:15 65:5 66:7 84:6,15 86:20 **wrote** 75:2 76:2,3 **Wuestenfeld** 2:9 107:16 **W-A-L-L-O-W-A** 5:1 **Y** **yeah** 4:24 25:4 27:5 34:13 55:23 59:18 69:17 77:4 84:17 88:16 91:15 102:3 **year** 35:8 62:7 89:5 | 89:5 **years** 6:11,12 7:7 11:5,6 14:25 31:6 76:19 **Z** **Zel** 1:22 103:25 106:20 107:22 **$** **$300** 101:9 **$326,000** 77:10,15 **$40** 101:8 **$68** 101:5 **0** **04** 51:1 **1** **1** 50:19 61:10,11 104:5 **1st** 64:15 65:7 66:3 78:7 79:20 **1:00** 82:16 **101** 2:5 107:7 **11** 51:3 64:1 **1100** 2:10 107:17 **1126** 2:5 107:7 **119** 89:16 **12** 51:3 **12th** 51:1 79:11,23 80:3 **12:35** 102:5 **120** 35:7 **13** 11:5 64:23 **1369** 80:11 **14** 64:23 **15** 69:22,23 71:9 **15th** 68:15 **1601** 1:17,22 106:2 107:2 **162** 83:6 **18** 69:23 73:20 77:8 77:8 **18th** 68:13 | **19** 77:25,25 79:15 79:16 **19th** 69:12,16 82:16 **2** **2** 104:7 **20** 1:16 **2004** 12:13 87:1 **2005** 5:24 8:6 9:7 9:10,14 14:24,25 17:8 22:11,20 38:7,9 47:22 48:12 49:5 59:11 59:25 60:25 62:2 62:7,17 63:15 65:7 66:16,19 69:7,9 74:21 77:13 78:2,17 79:1,5,6,11 81:24 **2006** 1:16 14:24 77:20 103:14 105:8 107:5 **206** 1:25 106:3,3,24 107:3,3,25 **21st** 69:9 **2458** 1:22 **250** 101:8 **257** 9:23 **26th** 80:7 **28** 106:19 **2800** 6:6 7:12 **29th** 12:13 **3** **3** 104:10 107:5 **3-19-09** 105:15 **3.9** 51:25 **30** 107:14 **30th** 105:7 **30(E)** 106:19,19 **31** 7:20,21,24 8:2,5 8:8,22,25 **32** 79:10 | **33** 79:16 **34** 80:6 **34A** 106:19 **343-2272** 106:3 107:3 **39** 81:14 91:8 **4** **4** 104:13 **4th** 87:1 **4-101** 3:9 **4-12-44** 4:13 **40** 82:10 **42** 83:2 **45** 92:1 95:10,10,12 **45-I** 92:7,18 **45-S** 92:19 **5** **5** 104:18 **5th** 74:21 77:13 78:2,16 79:5,6,12 79:22 **5:00** 70:7 **5:06-cv-00001-J...** 1:6 **50** 10:8 **54** 6:12 7:7 13:3,25 21:23 47:5 **55** 7:7 49:12 54:14 55:24 **56** 57:21 **6** **6** 14:9 22:11,19,25 26:22 29:8 38:9 104:22 **6th** 20:22,25 21:4 30:24 70:6,10 **6/20/06** 107:10 **61** 50:4,5 **62** 4:11 **622-3110** 1:25 106:3,24 107:3,25 **67** 50:25 51:2 |

| | | | | |
|---|---|---|---|---|
| **69** 50:14,15,17,24<br>50:24 51:3,6,17<br>51:23 | | | | |
| **7** | | | | |
| **7** 105:2<br>**7th** 70:12,16,25<br>81:13<br>**701** 2:10 107:16<br>**71735** 5:8<br>**74** 69:7 94:3,3<br>**74P** 87:7,20<br>**75** 95:19,20 97:5,5 | | | | |
| **8** | | | | |
| **8th** 2:10 107:16<br>**860** 1:17,22 106:2<br>107:2 | | | | |
| **9** | | | | |
| **9:05** 1:15<br>**90G** 89:17,20 90:2<br>**98101** 1:22 106:2<br>107:2<br>**98337** 2:6 107:8<br>**99501** 2:11 107:17 | | | | Exhibit A<br>Page 43 of 43 |