THOMAS v. KETCHIKAN GATEWAY BOROUGH, ET AL.                                    ROY ECKERT
                                                                               7/19/2006

Page 26

1  employment at the Ketchikan Gateway Borough, is that
2  right?
3  A  Yes, sir.
4  Q  Okay. And under the -- number 3, does it reflect
5  that she is being dismissed from the position of Human
6  Resources Manger/Safety Officer?
7  A  Yes, it does.
8  Q  Okay. So, would it be fair to say that as of the
9  time of this personnel action form, Ms. Thomas continued
10 to occupy the position of Human Resources Manager/Safety
11 Manger -- or Safety Officer? Is that fair to say?
12 A  She still had the title and she was currently doing
13 the union issues, but with the disagreement she had and I
14 had between our understanding, you know, we were still
15 offering her a chance to come back, you know, at that same
16 position, so we had not terminated her, we had not done
17 anything, we had just offered her a chance to come back.
18 Q  Okay.
19 A  So, technically, she still had the title.
20 Q  Okay. So, she had not resigned as Human Resources
21 Manager effective June 6, 2005, is that right?
22 A  No, she had resigned.
23 Q  Okay. Even though the personnel action form reflects
24 that she was dismissed from the position of Human
25 Resources Manager and her last working day was October 17,

Page 27

1  2005?
2  A  Then I think that's where some of the confusion comes
3  in. When she resigned, we said she could continue
4  receiving her pay, you know, to finish up the union
5  contracts, while we continued to look for other -- other
6  personnel to fill that position. So, technically, she had
7  the title, and she was being paid for the union contracts,
8  but that was the extent of her work duties.
9  Q  Well, if she had the title, she had the job, right?
10 A  It might be argued that, technically. But our
11 understanding of it, both hers and mine at the time when
12 she left, was that she was going to be doing union things,
13 period. And I think that's where the whole disagreement
14 comes in.
15 Q  Okay. Is there something about the personnel action
16 form, that as you look at it today, is in error?
17 A  Nothing that jumps out at me real quick.
18 Q  Okay. So, all the information on KB34 is accurate?
19 A  To the best of my knowledge.
20 Q  Okay. And going back to the letter that we first
21 discussed at KB62, and you testified that this was the
22 letter of termination for Ms. Thomas, is that right?
23 A  Yes.
24 Q  And you decided to terminate her right around October
25 21, if not on October 21?

Page 28

1  A  Somewhere around that time, yes.
2  Q  Okay. All right. What position did you terminate --
3  or decide to terminate Ms. Thomas from on or about October
4  21?
5  A  The position that she was holding.
6  Q  And that was what position?
7  A  That was the Human Resources Manager position.
8  Q  In fact, she didn't resign from that position June 6,
9  2005, isn't that right?
10 A  That's not correct.
11 Q  Okay. So she both resigned effective June 6, 2005,
12 and then was terminated from the same position on October
13 21, 2005? Is that your testimony under oath here today?
14 A  I guess it appears that way, so it can be argued and
15 we can get down to semantics on it, but if you want to
16 state that, that would be fine.
17 Q  Is that accurate, in your view?
18 A  Well, again, it goes back to the differences we had.
19 My opinion is, she resigned on October -- or, I'm sorry,
20 on June 1st or 6th, and continued her work for the union
21 contracts. And she said no, she wanted to continue her
22 employment. We said she had to come back. And so, we
23 offered her the chance to come back, even though she had
24 resigned. And she said, I'm not going to come back to the
25 Borough and work there and we terminated her.

Page 29

1  Q  Okay. If she resigned as Human Resources Manager,
2  effective June 6, 2005, why did you need to terminate her
3  on October 21, 2005 from the same position?
4  A  Because she was not able to continue employment from
5  that -- you know, from that location, to do HR work.
6  Because she had not been doing HR work, she was not able
7  to do HR work effectively, that was not the intent when
8  she left, and so, she was strictly doing union contract
9  work, period, until those contracts were done, and they
10 were completed sometime around the first of August.
11 Q  Did Ms. Thomas' salary change effective June 6, 2005?
12 A  I don't believe so. I believe she was still getting
13 the same base rate.
14 Q  Did Ms. Thomas' job title change, effective June 6,
15 2005?
16 A  No, it did not.
17 Q  Did anything about her employment position change,
18 effective June 6, 2005?
19 A  What changed was exactly what she and I both agreed
20 to, and that was that she would be doing HR work on the
21 union contracts only and nothing else.
22 Q  Did anyone replace Ms. Thomas as Human Resources
23 Manager, effective June 6, 2005?
24 A  No, that was handled in-house through Steve Corporon,
25 who is the Assistant Manager, and also I believe in his

8 (Pages 26 to 29)



Page 30

1  job description it says that he will perform functions of
2  HR. And so, we just continued to do that. We were
3  undecided as to whether or not to replace Ms. Thomas, and
4  we were looking at maybe restructuring some of the in-
5  house duties.
6  Q  Who was Ms. Thomas' successor as Human Resources
7  Manager?
8  A  There has been none to this date.
9  Q  Who performed the work of Human Resources Manager
10 after Ms. Thomas went to Oregon on June 6, 2005?
11 A  Steve Corporon has been handling the majority of the
12 HR functions and -- assisted by Holly Rosendin, who had
13 been assisting Ms. Thomas.
14 Q  What Human Resources functions has Mr. Corporon
15 performed?
16 A  Review of positions, review of salaries, doing PAF's,
17 doing changes in job descriptions, things that normal,
18 day-to-day HR work is done. Also, he has been involved in
19 employee training, such as sexual harassment, different
20 things like that.
21 Q  Okay. And when did his work on those functions
22 begin?
23 A  Almost as soon as she left.
24 Q  Which was when?
25 A  June 6th.

Page 31

1  Q  And how about Ms. Rosendin?
2  A  She's been continuing to do things such as incident
3  reports, filing, just minor HR work that she had done
4  under Ms. Thomas.
5  Q  When Mr. Corporon began to perform these functions
6  that you've described, did his job title change?
7  A  No, it was already in his job description.
8  Q  Did his -- did the pay for his job change?
9  A  No.
10 Q  Okay. Now, after Ms. Thomas left for Oregon, did you
11 continue to supervise her performance -- the performance
12 of her duties?
13 A  There wasn't much. It was just the union contracts
14 and she worked on those as the negotiations -- well, the
15 negotiations were pretty much over. She was just fine-
16 tuning the contracts and dealing with some of the union
17 officials. So, it was -- she sent those in for review and
18 we would review them.
19 Q  So, did you continue to supervise that work?
20 A  It was pretty much done, but I would review it, so I
21 guess that's supervising, yes.
22 Q  Okay. And did you continue to be the person that she
23 reported to in her job?
24 A  Yes.
25 Q  Okay. When did you first discuss the possibility of

Page 32

1  Ms. Thomas continuing to perform work in some capacity in
2  Oregon?
3  A  She came to me in late April, early May, stating that
4  the union contracts were nearing completion and that she
5  would hate to see somebody else have to come in and start
6  all over and asked if it would be okay if she continued to
7  do those from --from her home in Oregon, where she was
8  going to be taking care of her mother. We discussed it
9  over a period of a week or two and I saw no problem with
10 that. It would actually save the Borough money and time
11 and certainly a lot of grief with renegotiating the
12 contracts. It was late April, early May.
13 Q  Okay. And as a result of those discussions what did
14 you agree to do?
15 A  Okay. We agreed to let her continue to finish the
16 union contracts, doing the typing, the corrections, the --
17 any final negotiations, fine-tuning with the union reps,
18 which she did by phone from the office anyway, so she
19 could do it by phone from wherever she was. So, that was
20 what we agreed to do.
21 Q  Okay. Did you have an understanding when she left to
22 go to Oregon on June 6, 2005, as to whether just cause was
23 required to terminate her employment with the Borough?
24 A  No, it never came up. It was never an issue.
25 Q  It was never an issue?

Page 33

1  A  When she decided to go to Oregon?
2  Q  Well, I'm talking about after she left. She goes to
3  June 6.....
4  A  Right.
5  Q  .....and you understood that she was working on
6  Borough matters while in Oregon?
7  A  The union contracts.
8  Q  Right. Did you have any understanding as of that
9  time, when she left, as to whether the Borough would
10 require -- or whether it would be required that just cause
11 would be needed to terminate her employment?
12    MR. SANDBERG: Foundation for the legal opinion, but
13 if he has an understanding, he can.....
14    MR. VENNEBERG: Right.
15    MR. SANDBERG: .....share it.
16 Q  I'm asking for your understanding.
17 A  There was no need for that, because she had already
18 resigned, she had told us she was resigning, that she
19 would not be able to continue full-time employment,
20 because her mother was going blind and would not be able
21 to continue employment there. And she was just finishing
22 up the union contracts. So, she was gone, she resigned,
23 so there was no discussion whatsoever about just cause.
24 Q  Okay.
25 A  There's no need for just cause when somebody tells

9 (Pages 30 to 33)

Exhibit B
Page 9 of 41

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

7fbeafc4-3271-4468-9d4c-83a4023dbe10

Page 34

1  you they've resigned.
2  Q   Okay. And I think you said earlier that you
3  contemplated that her work on the union contracts would be
4  done July 1?
5  A   Sometime July 1, or early July, and then -- then as
6  they got on, it was stretched out to around August 1st.
7  And then we got into some issues on Schoenbar, and I think
8  we bumped that back to around September 1st, or something.
9  Schoenbar is the local school here we've been having
10 problems with.
11 Q   Did you have an understanding as to when Ms. Thomas'
12 work on the union contracts ended?
13 A   As soon as they were ratified by the Assembly.
14 Q   Okay. Which was when?
15 A   It was around --around the September 1st time. I'd
16 have to look at the dates, but they were finally accepted
17 and ratified.
18 Q   Okay. So, as of that date, it was your view, then,
19 that her services for the Borough ended?
20 A   Right.
21 Q   Okay. But she was paid after that, right?
22 A   Well, it was sometime during that time that she
23 started telling other employees that she was going to
24 continue her work, which was news to me. But in her
25 discussions that's when we got sideways and so we decided,

Page 35

1  okay, if you want to come back, you know -- if you want to
2  continue employment, you're going to have to come back to
3  work.
4  Q   Okay. Did you understand on September 1 -- or around
5  September 1, whenever the contracts were ratified, that
6  Ms. Thomas's work for the Borough ended?
7  A   That was my understanding.
8  Q   Okay. All right. So, why was Ms. Thomas paid for
9  work after September 1, 2005?
10 A   There was a disagreement. Okay, we had -- you know,
11 as far as our understanding, between her and me.
12 Apparently she, for whatever reason, you know, thought
13 that there was an opportunity to continue doing her work
14 from down there, even though she told me she was going to
15 be taking care of her mother full-time and would not be
16 able to work. But we thought, okay, we had not replaced
17 her, we wanted to offer her her job back if she wanted it
18 and -- trying to be fair, trying to be nice. And she
19 chose not to come back.
20 Q   But, in fact, she still had her job as of September
21 1, right?
22 A   If she wanted it. Yeah, until the -- whenever the
23 contracts were ratified.
24 Q   Right. And she continued to occupy the position
25 after September 1, right?

Page 36

1  A   I'd have to check the dates.
2  Q   Okay. I'd like you to turn to KB37. Okay. And KB37
3  is a timesheet for Carolyn Thomas, pay period ending
4  9/15/2005?
5  A   It sure is.
6  Q   Okay. And reflects hours that Ms. Thomas recorded?
7  A   Right.
8  Q   She worked and you signed that timesheet, right?
9  A   I did sign it.
10 Q   Okay. And Ms. Thomas was paid for that time, right?
11 A   Yes, she was.
12 Q   And she was paid for that time as a Human Resources
13 Manager, right?
14 A   Yes, she was.
15 Q   Okay. And KB36. And that's a timesheet for a pay
16 period ending September 30, 2005.
17 A   Yes.
18 Q   See that?
19 A   I sure do.
20 Q   And there is a manager's signature there. Do you
21 recognize that signature?
22 A   That's Steve Corporon's.
23 Q   Okay. Do you have any reason to disagree that Ms.
24 Thomas recorded those hours as Human Resources Manager?
25 A   Well, there's no way to verify it and there was some

Page 37

1  discussion in-house about whether or not I agreed or not,
2  but again, that's the problem with being away, we had no
3  way to verify the hours worked.
4  Q   Okay. But this was signed off on, right?
5  A   It was signed off.
6  Q   And she was paid for this time?
7  A   She was paid for that time.
8  Q   And were there any of the entries there, as you look
9  at it, that you disagree with, you think that weren't
10 appropriate?
11 A   Again, I have no way of knowing how many hours she
12 put in, because there was -- with the work that was being
13 done in-house by Mr. Corporon and Ms. Rosendin, I don't
14 know what -- what could occupy, you know, a full forty
15 hours a week down there.
16 Q   Okay. And KB35. This was a timesheet for the pay
17 period ending October 15, 2005?
18 A   Correct.
19 Q   Okay. And this reflects time recorded by Ms. Thomas,
20 is that right?
21 A   Yes.
22 Q   And the time she was paid for?
23 A   Correct.
24 Q   And she was paid for occupying the position of Human
25 Resources Manager?

10 (Pages 34 to 37)

Exhibit B
Page 10 of 41

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

7fbeafc4-3271-4468-9d4c-83a4023dbe10