Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KETCHIKAN GATEWAY BOROUGH | ) |
| and ROY ECKERT, in his | ) |
| individual and official | ) |
| capacity. | ) |
| | ) |
| Defendants. | )Case No. 5:06-cv-00001-JWS |
| | ) |

**NOTICE OF CONTINUATION OF EXHIBITS FOR MEMORANDUM IN SUPPORT OF
DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Attached hereto is the continuation of exhibits for Defendants' Memorandum in Support of Motions For Partial Summary Judgment.

1.    Exhibit B-7

2.    Exhibit B-8

3.    Exhibit B-9

4.    Exhibit B-10

5.    Exhibit B-11

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

6.    Exhibit B-12

7.    Exhibit B-13

8.    Exhibit B-14


DATED this 31st day of October, 2006, in Anchorage, Alaska.


s/ Mark A. Sandberg_
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084


CERTIFICATE OF SERVICE

I hereby certify that on this 31st
day of October, 2006 a copy of the
foregoing discovery responses
was served by regular U.S. Mail on:

Scott Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901

Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337

Terry A. Venneberg
1126 Highland Avenue, Ste. 101
Bremerton, Washington 98337

s/ Mark A. Sandberg_

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363