**Page 98**

1  Q   Okay. But I suppose when you live on an island in a
2  remote location, they may, as a practical matter, be
3  synonymous, but was she being fired because she lived in
4  Oregon?
5  A   She was being fired because she was not working here
6  in Ketchikan and in a Borough-controlled office. And
7  that's -- you know, we'd asked her to, given her several
8  opportunities to do so, and she said no.
9      Okay, that's all I have. Thank you.
10              ROY ECKERT
11 testified as follows on:
12          REDIRECT EXAMINATION
13 BY MR. VANNEBERG:
14 Q   Okay. This directive that you referred to on
15 KB330.....
16 A   Okay.
17 Q   .....what is your understanding of what you were
18 directing her to do?
19 A   To come to work at the Borough Office, or if she
20 didn't come back to work at the Borough Office, then, you
21 know, she -- she would not have a job. She would be gone,
22 period.
23 Q   Okay. Well, you testified earlier that to your
24 understanding, Ms. Thomas had resigned, effective June
25 6.....

**Page 99**

1  A   Right.
2  Q   .....2005.
3  A   Right.
4  Q   So, if she had resigned, wouldn't you have no longer
5  been her supervisor?
6  A   You make a good argument, but with a discrepancy
7  there between what she said and -- it's a he said/she said
8  thing. You know, being the Manager, director over all the
9  employees, you know, not the Assembly, not the Mayor, you
10 know, it was my decision. So, you know, she was either
11 going to have a job, or she was not. And so, we wanted
12 her to come back and she said no.
13 Q   But she had resigned, under your testimony, right?
14 A   Right. Absolutely my testimony.
15 Q   Okay. So, you weren't her supervisor anymore, right?
16 A   I see what you're saying. And I can live with that,
17 because that means she was not employed.
18 Q   Okay. But you were giving her directives on August
19 5, 2005, right?
20 A   That's correct.
21 Q   So, you considered yourself to be her supervisor,
22 right?
23 A   I see what you're saying, but I agree with the form,
24 but not the substance.
25 Q   All right. Well, I'll let that answer speak for

**Page 100**

1  itself. I have no other questions.
2      MR. SANDBERG: Okay, we're done. Thank you.
3      MR. VENNEBERG: Thank you.
4      MR. COSSMAN: This concludes the deposition of Roy
5  Eckert. The time is 12:25.
6  END OF RECORDING

Page 101

1      TRANSCRIBER'S CERTIFICATE

2      I, Joanne Kearse, hereby certify that the foregoing

3   pages numbered 1 through 100 are a true, accurate, and

4   complete transcript of the deposition of Roy Eckert, which

5   took place on July 19, 2006, in the case of Carolyn L.

6   Thomas v. Ketchikan Gateway Borough, and Roy Eckert, in

7   his individual and official capacity, Case No. 5:06-cv-

8   00001-JWS, transcribed by me from a copy of the electronic

9   sound recording to the best of my knowledge and ability.

10      Dated this 13th day of August, 2006.

11

12

13              JOANNE KEARSE

14

15

16

17

18

19

20

21

22

23

24                                              Exhibit B
25                                              Page 27 of 41

**A**

ability 73:2 101:9
able 12:18 20:21
  29:4,6 33:19,20
  35:16 40:23 41:15
  77:18,23 91:11
about 2:22 4:4 5:25
  6:9 8:18,19 9:9
  12:17 15:20,21
  27:15 28:3 29:17
  31:1 33:2,23 37:1
  40:12 41:6,7,8
  42:10,10 44:2,14
  46:4,13 47:11,17
  47:19 49:3,4,19
  50:3,14 54:6,19
  55:4,15 56:14,23
  58:8,10 61:20
  65:13 66:4 71:1
  71:16 72:1 74:3
  74:25 75:24,24
  76:4,17,18,19,20
  77:6 78:22 79:6
  80:25 81:13,24
  82:9 86:18 88:7
  89:14,17 91:21,21
  91:24 93:6 94:3
  97:14,21
above 79:18 85:19
  87:20
absolutely 10:18
  18:17 20:4,16
  39:16 59:12,14
  81:19 99:14
accept 24:10
accepted 34:16
access 74:17 77:24
accidents 21:20
accomplished 91:22
according 43:10
  66:16
accounted 71:13
accrued 86:20
accurate 27:18
  28:17 59:21 84:16
  101:3
acquired 86:17
action 25:15,22
  26:9,23 27:15
  49:16 61:23 62:7
  63:12,16 64:2,6
  66:25 67:10,12,22
  68:6,10 78:16,22
  79:2 83:18,23
  84:1,5,17 85:4

actions 66:23 67:4
actually 7:6 11:10
  12:19 32:10 41:2
  78:15
add 16:19 17:12
  18:14 68:12
added 17:1,2,5
  70:18
additional 87:14
  89:18
address 2:11
adhere 5:5 7:17
  13:19
adjustment 55:3
Administrator
  93:19,21 95:15
adopted 8:12 46:16
adverse 62:6 63:12
  63:16 64:2,5
  66:25 67:6,10,11
  67:22
adversely 63:10
adversity 65:3
advice 42:2 51:3
Advisory 92:6
affect 63:10 67:6
affecting 65:3
affirm 2:22
after 5:9 7:4,13,13
  15:13 22:4,17
  23:7,8 30:10
  31:10 33:2 34:21
  35:9,25 38:18,18
  43:15 45:15 48:10
  49:5,20 50:2
  54:18 55:11 65:25
  70:8 88:19 89:10
again 12:1 13:10,12
  15:3 16:6,10
  17:14 19:6 20:4
  21:6 22:4 28:18
  37:2,11 38:2 39:7
  40:22 42:13 43:4
  44:11 45:14 46:7
  49:7 50:8,23 51:2
  51:11,20 58:11
  62:8,19 63:18
  64:4 66:15 67:25
  68:4 69:7 72:11
  74:21 82:14 84:8
  85:21 90:22 91:15
  95:12
against 63:16 67:1
  67:10
agenda 9:20 10:7
  10:22 11:24 60:2

60:13 63:6 66:11
  67:15 69:12
ago 51:3 58:13
agree 32:14 51:11
  99:23
agreed 6:11 29:19
  32:15,20 37:1
ahead 15:15 46:2
  84:14
airplane 24:2
al 2:5
Alabama 92:25
  93:11 94:7,19
Alaska 1:2,22 2:6,9
  2:10,11
Allen 3:7
allow 13:21
allowed 8:21 57:2
  70:19 71:2 85:17
  86:5 89:10
allowing 57:11
  71:21
alluded 64:25 91:25
almost 22:6 30:23
  40:21
alone 20:20
along 71:5 86:20
already 31:7 33:17
  51:7,10 53:14
  55:5 57:19 64:7
  64:25 67:21 74:4
  74:6 81:20 85:24
although 51:25 55:7
  68:8
always 45:4 47:18
  51:12 54:22 66:15
  68:5 69:18 77:17
  81:4
amend 18:11
amendment 18:23
  19:7,19
among 18:18,19
  57:24
Anchorage 1:22
  2:11
and/or 50:16 61:7
annual 88:10
answer 7:12 19:25
  20:23 22:9 23:13
  42:5,22 65:22
  66:19,19 71:19
  99:25
anybody 82:2,18
  84:21
anymore 99:15
anyone 13:18 21:22

29:22 42:7
anything 25:9 26:17
  29:17 60:17 65:13
  86:20 87:25 94:21
anytime 21:7
anyway 32:18 55:8
  81:23
apparently 35:12
  47:7 56:13 87:21
APPEARANCES
  1:14
appears 28:14
appointed 94:22
appointing 94:12
  94:14,14
appointment 18:5
  77:7
appreciate 89:24
appreciated 42:16
appropriate 37:10
  67:1 70:19
approval 90:13
Approximately
  93:3
April 32:3,12 55:14
area 8:24 57:11
  67:4
areas 8:22,22 42:22
argued 27:10 28:14
arguing 67:17
argument 99:6
arise 13:12
arisen 13:11
around 5:23 13:1
  22:18 27:24 28:1
  29:10 34:6,8,15
  34:15 35:4 42:13
  43:6,22 46:17,24
  48:10 55:24 70:5
  93:22
arrangements
  53:19,22 55:6
  86:12
arrive 45:8
article 56:6,8 57:7,9
  57:13 58:3 59:19
asked 5:25 10:3
  25:4 32:6 44:14
  45:2,5 46:1 47:11
  55:15 60:18 61:11
  63:2 69:15 70:9
  95:7,10 98:7
asking 20:2 33:16
  49:3,4,9,9 73:18
  76:4 84:20 89:15
  89:20 97:3

asks 44:13
Assembly 8:1,6,12
  9:21 10:20,22,24
  10:25 11:3,12
  12:3 13:1 14:18
  15:14 16:12 25:7
  34:13 44:10,12
  46:16,19 47:16
  51:21 57:19,24
  60:14,18,24 61:10
  61:10 62:15 68:7
  69:4,5,15 70:9,10
  70:11,14,16,25,25
  71:1,7,16,19
  81:25 82:1 90:12
  99:9
asserting 42:2 74:4
assistant 10:11 14:7
  29:25 50:5
assisted 30:12
assisting 30:13
assumed 78:14
assumes 24:6
assuming 15:2
assumption 57:15
attachment 15:3
attention 88:12
attorney 10:5 14:3
  14:5,7,17,19 15:1
  15:11 41:23 42:1
  42:4 48:24 49:8
  49:25 50:24 61:7
  65:25 66:6,8
Attorney's 14:4
audible 19:17
audit 88:10,10
auditors 88:11 89:4
audits 89:5
August 10:24 11:3
  11:13,23 13:3
  23:19 29:10 34:6
  45:6,9,16 46:6
  51:14,15 61:16,20
  63:18 64:22,23,24
  66:12 68:22 72:18
  73:20 74:19 78:7
  80:16,21 96:14,18
  97:6 99:18 101:10
author 10:9
authority 68:8
  90:11 94:12,14,15
authorized 87:20
availability 12:18
available 73:22
  97:8
Avenue 1:17,22