THOMAS v. KETCHIKAN GATEWAY BOROUGH, ET AL.

ROY ECKERT
7/19/2006

Page 2

average 79:18
aware 25:9 57:19
away 37:2 57:3
  63:24 65:22 69:8
  76:20

**B**

back 4:11,12,17
  5:11 11:10 26:15
  26:17 27:20 28:18
  28:22,23,24 34:8
  35:1,2,17,19
  39:22 40:22 41:22
  45:24 46:19 47:9
  48:3,5,6,7,14,16
  48:17 53:20 59:16
  60:16 66:15 74:2
  74:23 76:14 78:21
  80:13 81:7,13,14
  82:1,2,5,9,10 83:8
  84:13,23 90:16
  93:20 95:11 96:9
  96:25 98:20 99:12
background 10:14
bankruptcy 95:10
base 29:13
based 97:17
basically 9:5 20:9
  56:12 57:18 60:4
  65:15 81:9 92:8
basis 22:7 24:17
  67:1 82:4 87:17
Beach 92:24 93:16
  94:7
bearing 63:25 72:4
  72:12,14
beast 95:18
became 39:23 40:2
  40:4
becoming 81:11
before 7:14 10:19
  13:11 14:12 15:13
  15:23 22:10 38:21
  50:14 73:23 82:11
  92:2,23,24 93:6,7
  93:10 97:8
began 31:5
begin 30:22 93:23
being 2:7 12:18
  25:18,18 26:5
  27:7 37:2,12
  40:22 41:4 44:3
  46:3 48:11,12
  50:15 64:2 67:12
  70:12 71:8 77:23
  80:10 83:2,5 90:1

94:25 97:17 98:3
  98:5 99:8
believe 4:5,24 5:3
  5:16 6:24 7:10,21
  8:16 19:2 21:3
  22:20 24:1 29:12
  29:12,25 40:1,14
  51:13 58:12,16
  59:4 60:21 61:21
  70:19 72:2 75:8
  75:12 77:1,22
  81:1,8 86:22
  96:24
below 12:20
best 5:8 9:1 27:19
  49:13 101:9
better 39:2 49:14
  52:17 73:11
between 5:10 26:14
  35:11 49:8 82:18
  99:7
beyond 85:19
big 40:10 52:16,17
  71:11 81:11
bigger 52:17
binder 6:15 17:18
bit 45:16 80:10
Bjork 53:21,21
black 95:12
blank 47:11
blanket 62:4
blind 5:17 33:20
  41:12 44:3,3 54:7
  54:25
blocks 76:20
boilerplate 62:20
book 75:14
Borough 1:6 2:5,8
  3:10,11,12,19
  4:19,20,22 5:2 8:2
  8:4,5,5,12,25 9:25
  10:20 11:2,17
  12:11,24,25 13:4
  13:5,13,18 14:3
  14:25 15:8,11
  16:5,12 18:4,7,24
  18:25 19:9,9 20:3
  26:1 28:25 32:10
  32:23 33:6,9
  34:19 35:6 39:5
  39:24 41:4,5,5,23
  42:1,4 45:3 47:11
  48:7,24 49:25,25
  50:3,13 53:16
  54:20 58:5,6,9,11
  58:20 59:7 60:14

62:6,15 63:11,12
  66:14,24,24 67:4
  67:7,8,9 68:15,24
  70:15,20 71:9
  73:22,23 74:7,20
  75:4,5,6,15,23,25
  76:6,8,10,22 77:7
  77:9,16,19,19,20
  77:20,21,23 78:10
  80:22 84:5 87:5,6
  90:4,25 91:1 92:2
  96:25 97:7,8,23
  97:23 98:19,20
  101:6
Borough's 49:13
  61:12,13
Borough-controll...
  98:6
Borough-owned 9:6
  12:15
both 2:12 6:16
  16:18 17:5 27:11
  28:11 29:19 56:16
box 79:1,8,11,20
  80:3
boxes 79:4
break 87:7 90:17
  92:1
Bremerton 1:18
brief 50:19
briefly 91:6
bring 39:1 49:17
  73:25 81:12
brought 81:10
  88:11
budget-wise 95:9
bumped 34:8
business 21:22 41:5
  44:4
busy 47:19

**C**

C 2:1
California 71:23
call 25:15 44:21
  56:24 64:18 71:18
  93:20
called 56:13,18
  75:19 92:6
calling 19:23
calls 71:20
came 8:18,19 9:5
  15:21 32:3,24
  41:19 47:9,10
  50:13 56:10 64:6
  81:7 88:7 92:21

capacity 1:8 32:1
  101:7
capital 16:24
capitals 17:2
care 5:18 32:8
  35:15 41:13,16
  54:9 55:21 81:21
career 93:14
Carolyn 1:3 3:20
  11:20 20:14 21:8
  25:23 36:3 39:23
  42:14 43:24 52:20
  61:12 65:15 73:11
  82:4 96:14 101:5
Carolyn's 60:4,4
case 1:5 2:5 13:3
  25:7 46:18 53:7
  58:18 73:20 97:5
  101:5,7
cases 88:23
category 84:1
caught 76:20
cause 32:22 33:10
  33:23,25 50:22
  51:13 57:9 86:1
  94:11
caused 57:7,23
caustic 65:15,20
centrally 9:2
certainly 12:4 32:11
  63:17 65:17 75:17
  76:15 77:2 78:4
  79:18,22 89:12,15
  90:10
CERTIFICATE
  101:1
certify 101:2
chance 5:19 26:15
  26:17 28:23 41:21
  47:19
chances 4:11 7:5
change 25:16 29:11
  29:14,17 31:6,8
  60:10 78:10 91:21
  94:9
changed 4:5 29:19
  45:12 78:19 94:16
changes 30:17
charge 21:18
check 36:1 78:2
  86:23
checked 79:1,11,21
  80:4
choice 4:13
choose 40:10
chose 4:12 5:12

35:19 48:5 76:24
Cindy 14:1,2,3,15
  14:17
circumstance 86:9
circumstances
  53:12
cities 92:8,10
city 4:21 76:18 92:8
  92:24 93:7,15,17
  93:19,20 94:15
  95:2,14
claims 62:5 63:11
  67:3
clarify 8:1
cleaned 73:4
clear 11:1
clearly 67:6
Clerk 10:21 11:8
  14:18
clerks 94:22
close 80:10
code 16:19,20,22
  17:3,13 18:7,23
  19:7,19 20:6 62:3
  62:18 63:9 67:2
  71:1 77:9,16
  78:10,17 85:18
  89:9 90:4,4,7
  91:20
come 3:15 4:11,12
  4:17 5:11,16 9:9
  21:20 22:16 26:15
  26:17 28:22,23,24
  32:5 35:1,2,19
  41:22 48:3,5,7,14
  48:17 50:11 74:23
  76:16 78:13 81:14
  82:1,2,5 84:23
  95:7,10,12 96:24
  98:19,20 99:12
comes 27:2,14
  69:17
coming 8:6 65:4,8
  81:13 82:9,10
  83:8 84:13 92:21
communication
  49:7,10,12
communications
  49:3
community 4:11 8:3
  57:10 71:25 82:19
complaining 56:14
complaints 21:19
complete 94:9 101:4
completed 29:10
  45:9 46:12 61:21



Exhibit _B_
Page _29_ of _41_

84:17 85:4
**completion** 32:4
**comply** 97:18
**computer** 52:11,12
53:20
**computers** 52:16
**concept** 57:10
**concern** 12:17 41:6
57:24
**concerned** 25:22
50:10 54:6,12
**concerning** 83:18
90:7
**concerns** 12:13
**concludes** 100:4
**conclusion** 19:24
39:1,6 45:8
**condition** 18:5,25
19:9 20:10 23:4
71:3 77:7
**conditions** 9:1
**conducting** 40:7
**confusion** 27:2
**consider** 60:15
87:22
**consideration** 9:22
**considered** 12:22
99:21
**considering** 11:1
**consistent** 14:16
**consultant** 92:5
**consulting** 76:22
**contact** 44:18,19
**contain** 91:17
**contained** 75:13
77:5
**contains** 56:5 90:21
**contemplated** 20:5
23:20 34:3
**contemplating**
63:15 66:13 67:16
**contention** 51:6
**continuation** 74:11
**continue** 27:3 28:21
29:4 31:11,19,22
32:15 33:19,21
34:24 35:2,13
43:20 44:12 46:8
47:25 73:21 74:2
74:7,13 95:20
97:7
**continued** 18:6 19:4
19:5,12,13 26:9
27:5 28:20 30:2
32:6 35:24 48:1
49:22 61:17 77:8

**continuing** 12:21
23:23 24:3 31:2
32:1 83:9 85:9
**contract** 22:5 23:11
29:8 45:13 58:5
86:12
**contracts** 20:19
23:17 27:5,7
28:21 29:9,21
31:13,16 32:4,12
32:16 33:7,22
34:3,12 35:5,23
41:15 43:20 44:6
44:16 45:4 46:8
46:13,16 51:17
52:22,23 55:15
57:21 58:2 63:18
67:19 72:12,19,23
73:3,4 82:16
83:22 84:9,10
**contrary** 70:17
**control** 8:13 13:13
40:25 41:4,7
51:12 97:24
**convenient** 39:15
**conversation** 56:15
58:15 65:1,10,12
65:14 66:1,5 82:4
**conversations** 41:25
45:10 48:24 50:19
**copy** 7:20 66:7 91:9
91:20 101:8
**Corey** 1:21
**corner** 6:18
**Corporon** 29:24
30:11,14 31:5
37:13 50:6,13,16
50:17 58:24 88:8
88:14
**Corporon's** 36:22
**correct** 3:18 6:3
8:16 16:11,21
18:17 20:4 28:10
37:18,23 38:1
40:1 65:19 97:14
99:20
**corrections** 32:16
**correspondence**
42:24,25 43:3
**Cossman** 2:2,10,20
3:1 39:20 80:11
90:15 100:4
**Council** 94:15,16,18
**counsel** 2:14 6:11
42:2
**couple** 91:14 96:4,9

**course** 91:7 94:8
97:16
**court** 1:1 2:6,13
**Creek** 76:19
**CROSS** 96:7
**current** 17:6
**currently** 26:12
69:5 90:24
**cursory** 91:7,11,14
**cut** 62:4,8,11,23

**D**

**D** 2:1
**daily** 18:9 19:15,21
20:11,15 21:9,14
21:21 22:3,7,11
22:24 23:5 24:10
56:6 59:18 77:11
**date** 5:21 7:2,4
23:21 30:8 34:18
53:25 54:2,14
55:13 64:1 65:11
66:1
**dated** 6:25 64:21
80:16 87:10 96:14
101:10
**dates** 22:19 34:16
36:1
**day** 7:14,15 26:25
44:18,19,21
101:10
**days** 45:22 51:22,23
**day-to-day** 30:18
83:13
**deal** 81:11
**dealing** 31:16 62:21
**deals** 86:4
**December** 93:15
**decide** 4:1,6 28:3
73:21 97:6
**decided** 7:2 8:22 9:3
27:24 33:1 34:25
94:9 95:13
**decision** 7:7 51:1,2
70:18 73:19 97:5
99:10
**declared** 70:8
**declining** 97:17
**defendants** 1:9,19
2:19 6:16
**defense** 42:2
**definitely** 6:8
**degree** 90:9 93:13
**department** 10:6
62:22 88:21
**deposition** 1:11 2:3

2:7,13 6:12 97:13
100:4 101:4
**describe** 90:18
**described** 31:6 79:8
94:5
**description** 21:17
30:1 31:7
**descriptions** 30:17
58:6,9,11,20 59:1
88:9
**desk** 47:13
**desktops** 52:17
**detailed** 50:9
**determined** 45:11
**difference** 71:12
81:12
**differences** 28:18
**different** 30:19
45:11 52:2 55:13
78:13,13 84:11
95:8
**difficulties** 73:14
**direct** 3:4 41:10
69:18 74:17 92:16
**directed** 8:6
**directing** 98:18
**direction** 14:19
69:11 70:10
**directions** 75:15
**directive** 96:23,24
97:2 98:14
**directives** 99:18
**director** 3:24 21:10
24:7 57:1 88:21
94:23 99:8
**directors** 82:18
**disagree** 36:23 37:9
38:14 65:18 81:15
81:24
**disagreement** 4:9
26:13 27:13 35:10
41:20 47:6
**disciplinary** 78:16
**discipline** 23:2,6
**disciplined** 13:15,19
19:20
**disclosures** 6:13,15
53:5
**discovered** 87:14
89:2
**discrepancy** 5:9
84:10 99:6
**discus** 69:22
**discuss** 11:16 31:25
60:4 62:25,25
63:1,1,2 66:22,23

67:3 68:14,23
69:10,16,19,24
70:3,4,6
**discussed** 12:3
23:17 24:25 27:21
32:8 41:1 42:17
43:4 45:24 54:21
54:25 55:9 75:3,6
76:15 78:4 81:9
**discussing** 50:24
60:10 62:2,18
63:8
**discussion** 8:19 10:8
11:23 15:13 33:23
37:1 40:1 42:10
46:4 48:21 49:24
50:2 54:13,18,19
55:11,12 60:18
65:25 70:24 71:5
71:25 72:2 97:13
**discussions** 32:13
34:25 38:23 50:7
50:8,12 71:7,15
74:2
**dismissal** 25:25
**dismissed** 26:5,24
**dismissing** 90:7
**disprove** 38:25
**dispute** 41:19 49:1
96:19
**distance** 21:25 22:8
47:9
**District** 1:1,2 2:6,6
**division** 92:5
**document** 9:18
14:10,12 60:6
69:12
**documented** 90:25
**documents** 6:13
12:17 43:1 45:13
91:8
**doing** 24:3,4 26:12
27:12 29:6,8,20
30:16,17 32:16
35:13 44:6 47:4
47:14 50:18 54:23
57:20,20,25 58:10
58:10,24 59:18
72:13 82:15 83:12
83:13 89:5 95:13
**dollars** 63:22,24
65:21
**done** 12:22 21:24
22:6 25:21 26:16
29:9 30:18 31:3
31:20 34:4 37:13

Exhibit  B
Page 30 of 41

THOMAS v. KETCHIKAN GATEWAY BOROUGH, ET AL.

ROY ECKERT
7/19/2006

Page 4

| | | | | |
|---|---|---|---|---|
| 43:21,23 44:18 | effective 5:21 24:14 | 56:12 61:11 62:6 | 40:8 49:21,23 | few 82:18 87:21 |
| 45:5,6 46:9,18 | 24:21 25:2,8 | 63:4,12,16 64:2,6 | **EXAMINATION** | 91:8,24 |
| 52:24 55:1,16 | 26:21 28:11 29:2 | 66:13,25 67:10,11 | 3:4 96:7 98:12 | **figure** 63:23 70:6 |
| 58:22 66:16 67:19 | 29:11,14,18,23 | 67:22 68:14,24 | **example** 12:12 | **file** 6:1,10 25:4,15 |
| 80:10 95:16 100:2 | 41:11 43:11,17 | 69:16,21 71:3,17 | **excellent** 92:11 | 42:12 45:19 46:2 |
| **door** 84:23 | 45:23 51:21 74:22 | 73:21 74:7,12 | **except** 18:6 49:25 | 64:9 68:1 91:16 |
| **down** 25:3 28:15 | 83:12 84:17,22 | 77:8 78:6,23 | 77:8 | **files** 12:17 21:19 |
| 35:14 37:15 38:24 | 98:24 | 81:22 82:2 87:14 | **excess** 63:23 87:22 | 53:16 74:16,17 |
| 41:20 54:8 55:6 | **effectively** 29:7 | 91:25 97:7 | **exchanged** 6:14 | **filing** 31:3 95:10 |
| 57:21 61:24 75:1 | **efficient** 52:18 | **enacted** 5:1 | **executed** 84:6 | **fill** 27:6 59:16 85:12 |
| 76:19 81:20 94:20 | **effort** 88:9 | **enactment** 12:6,9 | **executive** 11:16 | **filled** 74:22 79:5 |
| 94:24 97:1 | **eight** 88:24 | 13:7,15 | 60:3,10,19 61:6 | 82:14 84:5,14,24 |
| **dozen** 88:5 | **either** 49:15 50:16 | **end** 4:10 17:17 46:9 | 62:2,17,25 63:7 | **final** 7:4,11 32:17 |
| **draft** 10:7,13 | 53:23 60:24 68:6 | 46:18,21 84:9 | 66:22 67:2 68:13 | **finally** 34:16 81:10 |
| **drafted** 60:6 61:1 | 70:25 84:13 99:10 | 95:5 100:6 | 68:23 69:6,10,18 | **Finance** 88:22 |
| 72:6 | **elected** 70:7 94:19 | **ended** 34:12,19 35:6 | 69:23 70:14 | **finances** 63:11 65:3 |
| **drafting** 63:14 | 94:20 | 93:22 95:6 | **exhibits** 96:9 | 67:7 |
| 67:14 72:5 | **electronic** 101:8 | **ending** 36:3,16 | **expect** 23:15 | **financially** 95:13 |
| **during** 3:19 20:13 | **email** 63:20 | 37:17 38:3 66:13 | **expectation** 45:18 | **find** 5:19 15:18,19 |
| 20:17 21:7,13 | **emails** 20:22 | 83:21 | **explained** 44:15 | 60:17 64:16 75:14 |
| 34:22 40:11 47:6 | **employed** 39:23 | **enforced** 78:15 | **express** 41:6 | 75:17 87:1,8 97:2 |
| 56:10 78:5 89:4,4 | 40:4 92:1,4 99:17 | **enforcement** 67:4 | **expressed** 10:25 | 97:24 |
| 90:17 91:25 | **employee** 13:4,19 | **entire** 24:4 | **extent** 27:8 | **finding** 88:16 |
| **duties** 12:25 13:5 | 19:19 25:16 30:19 | **entitled** 10:23 11:16 | **extra** 48:13 51:23 | **fine** 28:16 31:15 |
| 18:10 19:15,22 | 49:25 50:3,13 | **entries** 37:8 38:14 | **eye** 54:7 | 39:19 48:5 56:2 |
| 20:15 21:9,15 | 69:22 70:15,19 | **environmental** | **eyesight** 54:10 | 83:7 89:22,24 |
| 22:3,14,25 23:5 | 76:23 79:12 80:2 | 12:13 | | **fine-tuning** 32:17 |
| 27:8 30:5 31:12 | 92:12 | **Eric** 2:10 | **F** | 61:7 |
| 47:14 48:4 72:10 | **employees** 4:21 8:2 | **error** 27:16 | **face** 47:13 92:16 | **finish** 27:4 32:15 |
| 72:15,17 73:2,15 | 10:12 11:2 12:13 | **especially** 8:2 50:10 | **facilities** 8:4 77:24 | 41:14 83:21 |
| 74:14 77:12,18,23 | 12:18,24 14:18 | et 2:5 | **fact** 8:3 28:8 35:20 | **finished** 23:18 |
| 85:9 95:21 | 15:8 16:5 18:25 | **evaluating** 59:8,14 | 51:8 53:19 64:25 | 46:15 67:19 84:8 |
| | 19:10 34:23 47:7 | **evaluation** 88:22 | 67:18 69:24 71:12 | **finishing** 20:20 |
| **E** | 75:5,23 76:7 | **evaluations** 88:20 | 73:3 78:18 | 33:21 43:19 52:22 |
| E 2:1,1 18:3 | 85:25 86:14 87:19 | 89:10 | **factor** 9:11,12,13 | 57:22 58:5 |
| **each** 14:19 24:5 | 88:2,3 90:7 91:5 | **even** 8:22 12:3 | 12:1,4,6,21 | **fire** 51:6,13,16 68:3 |
| **earlier** 5:9 8:17 | 99:9 | 26:23 28:23 35:14 | **factors** 12:9 | **fired** 6:4 25:6 42:14 |
| 11:25 34:2 42:18 | **employee's** 18:8,10 | 41:9,18 42:10 | **failed** 69:1 70:8 | 43:25 44:1 51:9 |
| 45:17 46:11 65:5 | 19:15 20:11 69:19 | 57:24 65:23 71:10 | **failure** 5:5 7:17 | 98:3,5 |
| 76:17 77:6 78:22 | 71:4 77:10,12 | 76:16 80:1 | 13:19 | **first** 11:12 22:18 |
| 80:15 87:2 98:23 | 79:9 | **event** 62:6 63:11 | **fair** 10:16 11:22 | 27:20 29:10 31:25 |
| **early** 5:15 23:18 | **employer** 92:14,15 | 66:24 67:9 | 13:7,14 19:1,7,18 | 44:9 54:3 60:8 |
| 25:1 32:3,12 34:5 | **employment** 3:8,20 | **ever** 5:24 6:6 14:12 | 26:8,11 35:18 | 64:14 89:6 |
| 45:25 47:10 55:12 | 3:25 4:1,7,14 7:3 | 20:5 23:2,5 41:6 | 57:15 83:9 | **five** 53:22 |
| 55:14 | 7:7 8:20 9:10 | 41:23 42:7 49:24 | **fall** 48:1 | **follow** 51:3 |
| **easier** 55:19 | 11:17 12:6 13:9 | 55:1 83:23 | **familiar** 43:6 | **followed** 85:24 |
| **easily** 87:1 | 18:5,6,25 19:2,3,4 | **every** 25:16 44:18 | **far** 8:20 9:2 25:9 | **follows** 3:3 96:6 |
| **Eckert** 1:7,11 2:3 | 19:4,5,9,11,12,13 | 44:19,21 47:16 | 35:11 82:18 | 98:11 |
| 2:25 3:2,7 39:23 | 20:10,14,17 21:7 | 48:3 86:9 94:25 | **fax** 20:21 | **foregoing** 101:2 |
| 44:15,17 45:3,6 | 21:13 23:4 25:17 | **everybody** 85:23 | **February** 5:15 25:1 | **forget** 16:25 |
| 48:25 59:7 70:11 | 26:1 28:22 29:4 | 88:20 | 45:25 54:3 55:11 | **form** 23:25 24:9 |
| 80:14 89:17 90:17 | 29:17 32:23 33:11 | **everything** 53:16 | 87:10 | 26:9,23 27:16 |
| 96:5 98:10 100:5 | 33:19,21 35:2 | 58:1,12 | **FedEx** 53:23 | 62:10 75:11 78:11 |
| 101:4,6 | 40:23,25 43:20 | **exact** 47:18 54:2 | **feel** 7:22 | 78:15,22 80:6 |
| **effect** 4:21 8:15 | 46:10 47:25 50:22 | 63:23 95:15 | **feeling** 71:17 | 83:18,23 84:1,5 |
| 40:21 | 54:20 55:3,18,19 | **exactly** 22:19 29:19 | **felt** 49:13 56:2 | 84:17 85:4 99:23 |

Exhibit B
Page 3 of 4