**former** 17:3 57:1
  62:21,22 76:18
**forth** 74:2
**forty** 37:14
**forward** 60:22
**found** 82:17 89:6
**Foundation** 33:12
  84:18
**four** 3:15 40:21
  53:22 76:20 93:11
  93:25 94:25
**fourth** 59:6 73:17
  97:1
**frankly** 21:22 44:4
  81:15 82:17
**free** 7:22
**Friday** 73:20 97:6
**from** 2:10 6:7,16
  7:11 8:8,21,21,22
  12:14 25:25 26:5
  26:24 28:3,8,12
  29:3,4,5 32:7,7,18
  32:19 35:14 40:10
  40:18 41:3,15
  42:12 47:8,15
  51:22 52:15 53:20
  55:18 56:2 57:3
  57:21,21 60:24
  61:5 67:3 69:8
  70:10 73:11 76:1
  78:4,5,12 80:16
  84:4 94:5 95:7
  96:13,21 101:8
**front** 2:8 6:15 25:12
  43:1 47:13 96:11
**fulfill** 47:8 48:4
**fulfilled** 21:17
  63:18
**full** 3:6 5:18 37:14
  54:9 91:9 96:21
**full-time** 33:19
  35:15 40:17 41:12
  41:13 44:17 55:2
  55:18 58:4
**function** 63:8
**functions** 22:7
  23:11 30:1,12,14
  30:21 31:5 47:8
  61:14 62:3,18
  63:3 74:5 83:13
**funny** 47:17
**furniture** 55:7
**future** 61:14

        **G**
**G** 2:1,11

**garnishments** 21:21
**Gateway** 1:6 2:4,8
  3:11 11:17 26:1
  39:24 68:15,24
  101:6
**gave** 5:10 48:3
  54:13 55:13 96:24
**gee** 71:22
**generally** 44:24
**generate** 57:13
**gets** 49:7 85:23
**getting** 29:12 52:1
  53:24 57:18 71:19
  85:9
**give** 2:22 5:19,24
  10:13 14:15,19
  41:21 51:20 69:22
  90:11 96:23
**given** 8:3 66:6
  86:19 87:13,19
  88:2 98:7
**giving** 7:4 79:25
  99:18
**glance** 91:7
**go** 32:22 33:1 40:21
  46:2,19 48:13
  54:24 55:16 59:8
  60:16 61:5,24
  62:1,17,24 63:24
  68:23 69:6,9
  76:14 78:21 79:19
  80:9 81:20 85:22
  90:14 96:9 97:1
  97:10
**God** 47:24
**goes** 8:8 10:21,22
  28:18 33:2 40:22
  59:6 66:15,20
**going** 4:8 5:13,17
  5:18 9:21 27:12
  27:20 28:24 32:8
  33:20 34:23 35:2
  35:14 38:12 39:8
  39:20 41:11 43:9
  44:3 45:11 51:21
  52:12,14,23 54:7
  54:8,10 55:3,16
  55:22,25 58:1
  59:25 60:20 64:9
  68:3 75:4 80:11
  81:20,25 82:1,6,7
  83:20 84:14 88:8
  88:14 90:15 94:10
  95:14 96:20 99:11
**gone** 22:19 33:22
  43:24 55:6 81:23

85:19 93:12 94:25
  98:21
**good** 6:5 9:4 10:13
  11:8 42:15,25
  43:5 48:15,15
  51:3 73:4 79:16
  80:2 82:19,21
  95:16 99:6
**gotten** 93:13
**Gravina** 71:11
**Greg** 53:21
**grief** 32:11 57:8,9
**group** 95:12
**guess** 28:14 31:21
  44:13
**guy** 53:20

        **H**
**half** 66:3 81:2,3
  88:5
**hand** 2:21 6:18
  66:22
**handled** 29:24
**handling** 21:18
  30:11
**handwriting** 13:25
  15:4 16:2,2
**handwritten** 15:24
**happen** 60:20 84:15
  85:7
**happened** 86:25
  94:11
**happens** 10:14
**happy** 74:24 91:20
  92:17
**harassment** 30:19
**hard** 20:18 55:24
**hardest** 55:1
**hate** 32:5
**having** 34:9 50:12
  54:7 69:23 73:1
  73:14 81:22 91:10
  91:12
**head** 39:1 49:17
  74:1 88:21
**heads** 10:6 62:22
**heard** 81:25
**hearing** 7:11
**heat** 57:19 76:20
**held** 2:7
**help** 17:10 54:8
  55:18 89:23,25
  95:11
**her** 4:10,10 5:4,4,7
  5:10,17,18,22,25
  6:1,3,9,10 7:4,7

7:11,11,11,16,17
  13:5 20:14,15,16
  20:17 21:8,9,11
  21:13,14,15,16
  22:3,4,10,14,24
  22:25 23:5,6,16
  24:1,13 25:4,4,25
  26:15,16,17,25
  27:4,8,24 28:20
  28:21,23,25 29:2
  29:17 31:11,12,23
  32:7,8,15,23
  33:11,20 34:3,19
  34:24,24 35:11,13
  35:15,17,17,17,20
  38:24 40:2,18
  41:3,7,10,10,11
  41:13,15,16,21,21
  42:11,12 43:20
  44:3,18,19 45:10
  45:19 46:1,2,2,15
  46:21 47:11,12,12
  47:18,25 48:1,3
  48:16 49:14,15,19
  49:22 50:1,22
  51:16 52:13,21,22
  52:24 53:11,15
  54:6,10,10,23
  55:3,5,13,16,19
  55:20,21,23 56:14
  56:24,25 57:21
  64:7,17 65:17
  66:17 67:17,25
  71:7 72:10,15,20
  73:1,2,12,14 74:7
  74:24 79:14,25
  81:13,13,14,21,24
  82:9 83:19 84:13
  85:16 86:24 95:21
  96:20,23,24 98:7
  98:7,18 99:5,12
  99:15,18,21
**herself** 42:12
**hey** 42:14 68:7
**Highland** 1:17
**him** 19:24 42:5
  76:20 89:15,20
**hire** 59:15
**hired** 40:15 95:7
**hiring** 40:5
**history** 91:25
**hold** 61:17
**holding** 28:5
**Holly** 30:12 38:23
  44:21,22 50:17
  59:17 83:15 91:1

**home** 8:21 12:14
  32:7 41:3 48:6
  55:8
**hoping** 84:13
**hour** 39:14 81:3
**hours** 36:6,24 37:3
  37:11,15 38:21,24
  41:1 81:2
**house** 30:5 41:16
  55:22,23
**HR** 3:24 21:10,17
  22:7 23:10 24:4,6
  24:14 29:5,6,7,20
  30:2,12,18 31:3
  39:24 40:13 47:8
  48:15 57:1 61:5
  69:17 74:5,13,16
  82:18 83:13 88:21
**Human** 11:17,18
  26:5,10,20,24
  28:7 29:1,22 30:6
  30:9,14 36:12,24
  37:24 38:11 40:19
  59:8 60:5 61:12
  61:13,17 62:2,18
  63:8 68:15,25
  74:20 82:25 83:2
  83:6 95:21
**hundred** 63:22,23
  65:21
**husband** 55:5

        **I**
**idea** 6:5 42:15 43:5
**identified** 96:16
**identify** 2:14
**imagine** 94:3
**immediate** 67:5
**immediately** 63:10
**impact** 13:8 73:2
**importantly** 71:8
**impossible** 21:25
**improper** 66:25
  67:9,11
**inappropriate**
  88:18 89:3
**incident** 31:2
**included** 53:5
**inconsistent** 77:13
**increase** 88:19,23
**increases** 87:20
  88:3,6,17 89:2,3
  89:10 90:8
**independent** 87:17
**indicate** 5:21
**indiscernible** 6:19

THOMAS v. KETCHIKAN GATEWAY BOROUGH, ET AL.                                                ROY ECKERT
                                                                                         7/19/2006

Page 6

| | | | | |
|---|---|---|---|---|
| 58:8 90:24 | 22:5,5 26:13 34:7 | 79:23 81:9 82:3 | 5:10 6:2,9 7:11 | 91:14 94:8,11 |
| **individual** 1:7 | 41:7 44:2 50:24 | 83:5 84:12,13,14 | 8:1,4,17,25 9:2,20 | 95:7 96:24 97:5 |
| 70:25 101:7 | 60:19 76:16 78:13 | 84:23 85:1,8,21 | 10:3,4,4,8,11,12 | 98:7,21 99:8,9,10 |
| **individuals** 9:8 | **item** 69:12 | 85:22,24 86:16 | 10:14 12:15 13:2 | 99:10 |
| **information** 27:18 | **items** 12:2 44:18 | 87:24 88:12 95:14 | 13:12,12 14:9,11 | **knowing** 37:11 |
| 87:14,18 89:18 | ——— J ——— | 96:4 | 15:4,5,12,13,14 | **knowledge** 5:8 |
| **initial** 6:13 18:5 | | **justified** 68:12 | 20:21 22:6,7,7 | 15:20 27:19 63:10 |
| 19:2,3,4,11 77:7 | **Joanna** 56:21,21 | **justify** 39:7 | 24:25 25:8,17,18 | 65:7 67:6 88:6 |
| **injuries** 21:20 | **Joanne** 101:2,13 | | 26:14,15 27:4 | 101:9 |
| **inquiry** 38:20,22 | **job** 21:16 24:4 27:9 | ——— K ——— | 29:5 35:1,10,12 | **known** 87:15,16 |
| **inside** 4:21,22 75:25 | 29:14 30:1,17 | **KB062** 6:17 | 37:14,14 38:23,24 | 95:8 |
| **instruct** 42:5 48:23 | 31:6,7,8,23 35:17 | **KB268** 80:14,20 | 40:24,25 41:1,3,4 | **knows** 47:24,24 |
| **instruction** 14:15 | 35:20 40:13 58:6 | **KB288** 16:9 | 41:5,17,18,19,20 | 89:13 |
| **insurance** 9:7 | 58:9,11,20 59:1 | **KB289** 16:15 18:16 | 41:22 42:9,10,12 | |
| **intended** 40:12 | 71:23,24 73:4 | **KB315** 13:22,23 | 42:13,13,14,23 | ——— L ——— |
| **intent** 29:7 | 74:17 81:11,18 | 14:16 | 43:3,4,5,18,24 | **L** 1:3 101:5 |
| **intention** 73:18 | 82:5,11,13,16,22 | **KB316** 15:24 | 44:1,5,6,23,25,25 | **lack** 52:17 73:10 |
| 97:4 | 82:24 83:9,9 | **KB33** 38:2 | 45:11,13,15 46:14 | **Lake** 93:7,18,19 |
| **interest** 10:25 49:13 | 84:25 88:8 95:16 | **KB330** 73:5,7,9,10 | 47:8,9,14,20,20 | 95:2 |
| 67:5 | 96:20 98:21 99:11 | 96:11,12,13 98:15 | 47:21,24 48:2,4 | **language** 16:18,20 |
| **interesting** 56:15 | **July** 1:12 2:9 23:22 | **KB336** 64:12 | 49:16,16 50:9,10 | 16:22,23 17:13 |
| 95:1 | 34:4,5,5 43:11,17 | **KB34** 25:11,14,15 | 50:17,18,18,19 | 18:14 60:9 61:3,3 |
| **interfere** 18:9 19:14 | 43:18,23 44:12 | 25:22 27:18 78:21 | 50:24 51:17,17,23 | 61:4 62:1,8 |
| 21:14 55:20 77:11 | 45:15,15,19,21 | 85:13 | 52:20,24 53:13,15 | **last** 26:25 |
| **interfered** 19:21 | 47:10 54:14 61:10 | **KB340** 59:25 60:1 | 53:17 54:9,11,22 | **late** 5:15 25:1 32:3 |
| 20:15 21:9 22:2 | 86:25 101:5 | 69:13 72:6 | 54:22,22,23,24 | 32:12 45:25 47:10 |
| 22:11,24 23:4 | **jumps** 27:17 | **KB341** 66:20 | 55:2,14,23 56:1 | 54:2 55:11,14 |
| 71:3 | **June** 5:23 22:4,18 | **KB35** 37:16 38:8 | 56:14,16 57:1,2,2 | **later** 12:3 40:21 |
| **interferes** 20:10 | 22:20,23 23:7,15 | **KB36** 36:15 | 57:3,11,19,20,21 | 41:13,19 73:20 |
| **interfering** 72:9 | 23:19 24:1,14,21 | **KB363** 52:3,7,9 | 57:21,22,23,24 | 76:18 83:20 97:6 |
| **interpreted** 58:14 | 25:3,8 26:21 28:8 | **KB37** 36:2,2 | 58:1,9,14,15 59:1 | **latest** 23:19 |
| **interrupting** 23:24 | 28:11,20 29:2,11 | **KB62** 27:21 97:11 | 59:5,15,16,16 | **late-March** 46:1 |
| **interview** 40:12 | 29:14,18,23 30:10 | **KB64** 87:9,9 | 60:7,11,20,21 | **law** 4:18 18:1,7 77:9 |
| 56:11,24 | 30:25 32:22 33:3 | **KB66** 7:22 8:8 | 62:19,21,21 63:25 | 78:19 94:24 |
| **interviewed** 40:9 | 40:19 41:11 43:12 | **KB69** 8:8 | 64:5,7,8 65:9,11 | **leaped** 88:12 |
| 56:8 | 43:13,14 45:21,24 | **Kearse** 101:2,13 | 65:20,21 66:1,7 | **learned** 51:2 58:12 |
| **interviews** 40:7,8 | 47:10,10 54:15,16 | **keep** 23:24 52:21 | 66:10,17 67:11 | **least** 66:2 |
| **introduced** 16:12 | 55:4,17 74:22 | 75:15 81:17 90:25 | 68:2,3,7,7,7,18 | **leave** 86:18,20 |
| **introduction** 15:7 | 83:12,12 86:25 | 96:20 | 69:18,20 70:12 | **leaving** 22:4 23:16 |
| 16:5 | 98:24 | **keeps** 11:8 | 71:5,6,13,21,21 | 25:8 43:16 54:20 |
| **invoice** 53:5 | **just** 4:17 6:3 8:20 | **kept** 55:4,4 74:15 | 71:22,23,24 73:19 | **led** 11:24 72:2 |
| **involved** 15:10 | 9:7,7 10:11 12:15 | **Ketchikan** 1:2,6 2:4 | 74:3,5,6,8,16 | **left** 20:18 22:17 |
| 30:18 40:5,7 | 17:15,22 20:2 | 2:7,8,9 3:11 11:17 | 75:15,16,18,25 | 24:1,13 27:12 |
| **involvement** 16:6 | 21:25 25:21 26:17 | 26:1 39:24 48:6 | 76:2,15,15,23 | 29:8 30:23 31:10 |
| **involving** 90:7 | 30:2 31:3,13,15 | 56:6 68:14,24 | 77:18,19,20,25 | 32:21 33:2,9 |
| **in-house** 29:24 37:1 | 32:22 33:10,21,23 | 74:8 92:3 98:6 | 78:4,6,14,16 | 41:17 56:1 82:3 |
| 37:13 39:8 48:21 | 33:25 38:22,24,25 | 101:6 | 79:12 80:1 81:8,9 | **legal** 2:10 13:24 |
| 49:1 58:24 | 41:8,19,21 44:2 | **KGB** 62:3 63:9 67:2 | 81:14,24 82:3,3,5 | 14:23 15:6 19:23 |
| **island** 8:3 98:1 | 47:23 50:9,18 | **KG286** 9:14 | 82:7,8,15,16,18 | 33:12 51:3 84:18 |
| **issue** 11:3 32:24,25 | 56:12,12,25 57:10 | **kind** 12:20 61:4 | 83:21 84:1,8,11 | **length** 24:25 85:20 |
| 40:22 49:14 50:25 | 57:10,18,23 58:20 | 62:4 88:12,13 | 84:12,12,23,25 | **let** 19:24 21:5 32:15 |
| 69:7,17,17 70:15 | 59:4 61:20 62:1,4 | 95:17 | 85:9,19,23 86:4,7 | 52:21 68:12 99:25 |
| 71:14 | 62:23 65:10,22 | **knew** 51:16,17 58:1 | 86:8,16,19,23,25 | **letter** 5:24 6:6,20,22 |
| **issued** 79:21 83:18 | 68:2,3,3 72:15,15 | 65:3 67:18 72:17 | 87:1,20,24 88:3,6 | 6:25 7:12,16 |
| 83:23 | 73:25 74:18 76:19 | 72:22,23 | 88:12,17 89:2,5,6 | 24:23 27:20,22 |
| **issues** 21:18,19,23 | 76:22 78:12 79:14 | **know** 4:11,13,25 | 89:9 90:1,9,24 | 41:24 42:8,12,19 |

43:2,8 45:19 46:2
46:5 63:19,20
64:1,5,14,21 65:6
65:7,8,10,11,16
65:17,23 66:17
67:25 73:11 80:1
80:15 87:9 96:23
97:10,16,21
**letters** 16:24
**letting** 53:15
**let's** 56:21 60:2,7,8
69:4 78:21 81:7
92:15,20 93:10,24
94:3 95:6 96:10
97:3,10
**level** 84:11
**liabilities** 66:24
67:8
**like** 6:17 7:20 8:7
9:14 12:1 16:9
17:17 21:21 25:11
30:20 36:2 44:8
56:3,17,17 60:23
68:2 69:5,19 70:9
71:22 73:5 80:9
80:14 87:9
**line** 24:11 71:6
**lines** 74:25 86:20
**list** 88:4
**litigation** 67:3
**little** 45:16 59:3
80:10
**live** 4:21 15:8 16:5
57:3 71:10,23
75:5 76:7 98:1
99:16
**lived** 74:9 98:3
**living** 55:23 81:18
**local** 34:9 94:20
**locate** 91:12
**located** 2:8 9:2 90:3
**location** 18:8 19:14
19:20,21 20:9,14
21:8,14 22:2,11
22:24 29:5 72:9
73:1,12 77:10,19
77:23 91:4 95:8
96:18 98:2
**long** 3:14 8:6 21:24
22:8 40:12 45:2
47:8 51:3 58:1,13
93:1
**longer** 51:24 76:22
85:10 99:4
**look** 17:2,14 27:5
27:16 34:16 37:8

38:15 64:7,15
76:14 86:16 88:4
91:9,14 94:1
**looked** 47:12,23
91:6
**looking** 30:4 59:1
88:14
**lose** 54:10
**loses** 55:24
**lot** 8:19 10:8 12:15
32:11 41:17 56:1
57:7 60:9 65:16
65:18 69:4 71:19
71:20,25 76:20
87:23 90:21
**lower** 6:18
**Lybrand** 70:11,14

                **M**
**M** 92:7
**made** 7:6 59:5 64:7
66:10 76:1
**mailing** 2:11
**maintain** 41:9 68:5
72:13
**maintained** 25:2
41:9
**major** 47:5
**majority** 30:11
59:17
**make** 9:5 10:4
12:18 38:20 43:1
44:25 53:19,22
55:6,8 66:4 70:18
71:11 73:24 81:25
82:1 91:8 99:6
**maker** 51:1,2
**makes** 9:18 42:25
**making** 15:10
**management** 92:5,8
93:15
**manager** 3:10,11,19
10:11 11:18 24:14
26:21,25 28:7
29:1,23,25 30:7,9
36:13,24 37:25
38:11 39:24 40:13
40:19 44:14,15,17
45:3,6 50:6 51:25
60:5 61:12,17
68:15,25 70:9,10
70:18 74:13,20
82:25 83:3,6 92:2
92:24 93:20 95:22
99:8
**managers** 62:22

94:22
**manager's** 36:20
90:21 91:1
**Manager/Safety**
26:10
**Manger** 10:1 26:11
**Manger/Safety**
26:6
**manual** 75:18,20,22
78:3 87:3 90:18
91:4,17
**many** 37:11 40:9
69:6 89:9
**March** 5:15 25:1
45:25 54:3 55:12
**Mark** 1:21 2:18
**marked** 6:17 52:7
**Markell** 56:21,22
**Mary** 92:7
**Master's** 93:13
**matter** 2:4,23 21:23
41:3 77:22 96:16
98:2
**matters** 33:6 39:5
60:11 63:9 90:7
**maximum** 88:19,22
89:10
**may** 10:10,10,10
23:23 25:3 32:3
32:12 48:22 51:22
55:14 58:13 63:10
63:19,24 76:2,2
85:18,21 91:15
98:2
**maybe** 7:14 30:4
62:9 65:8 66:3
76:17 87:7 88:5
**Mayor** 44:13,16
45:2,5 60:24
94:18,24 95:8
99:9
**mean** 7:8 23:7
53:16 77:20 80:1
81:23 84:24
**means** 99:17
**meeting** 10:24
11:13 13:1 43:16
43:19 44:10,13
61:10 64:24 66:12
70:25 80:21,23,25
**meetings** 21:18
**member** 11:3 60:25
70:9,11,14
**members** 10:25
12:3 15:14 47:16
61:11 69:15 71:1

71:7,16
**membership** 94:16
**memo** 73:19 97:4
**memorandum**
73:10,13 74:19
76:13 96:13,17
**mentioned** 81:11
**Metlakatla** 71:11
**Mexico** 71:24
**mid** 23:18
**middle** 3:7
**mid-March** 45:25
**might** 11:9 27:10
39:15 43:21 45:12
59:3 61:6 85:24
85:24
**Mike** 92:16
**mile** 48:13
**minds** 70:7
**mine** 15:4 16:1
27:11
**minor** 31:3
**minute** 91:14
**minutes** 11:5,8,13
11:23 15:18 44:10
44:12 68:18,22
**mischaracterizes**
21:4
**misnomer** 62:10
**Missouri** 93:8,13,16
95:3
**misunderstanding**
58:14
**money** 32:10
**monitor** 12:19
**months** 40:21 54:22
55:10
**more** 52:18 71:8
78:18 86:13 88:5
89:14 90:11,12
**morning** 97:16
**most** 6:1 47:3 60:11
60:18 61:3 86:8
**mostly** 61:8
**mother** 5:17 32:8
33:20 35:15 41:11
41:13,16 44:3
54:6,10,23 55:23
81:21
**mother's** 55:20
**motion** 60:3,14
61:24,25 62:9,13
62:14,14,16 63:5
63:15 64:3 68:13
68:17,23 69:1
70:8

**move** 4:9 5:18 48:5
54:8 60:19 63:7
84:11
**moved** 55:7 81:16
81:18 84:10
**moving** 20:16
**MTAS** 92:7
**much** 31:13,15,20
57:25 60:9 61:3
62:8 63:4 69:8,21
88:1
**multiple** 9:4
**municipal** 92:6
93:15
**must** 84:5
**myself** 10:2,5 14:19
49:8 58:25 61:7
73:11

                **N**
**N** 2:1
**name** 2:10 3:6,7
56:20 75:19 92:18
**names** 60:10
**nature** 21:21 89:3
95:17
**near** 17:17
**nearing** 32:4
**necessary** 85:20
**need** 23:11 29:2
33:17,25 41:18
67:20 73:19,22
78:10 95:16 97:4
97:7
**needed** 8:23 33:11
59:2 74:1
**negotiation** 81:8
**negotiations** 31:14
31:15 32:17 46:20
58:6 61:21 83:14
**neither** 56:16
**never** 32:24,24,25
42:18 47:15,17,19
47:24 55:1 60:20
**new** 95:12
**news** 34:24 56:6
**newspaper** 56:5,13
56:16 57:13 58:7
**newspapers** 56:17
**next** 15:3 54:21
55:9 79:18 87:7
**nice** 35:18 48:2,11
48:12,20 49:6
54:24
**night** 69:25 94:9
**none** 30:8 44:4