**normal** 30:17 53:12 83:13
**normally** 84:7 88:19
**note** 15:18,24
**notebook** 52:11,12 52:15 53:10
**notebooks** 52:18,20
**noted** 11:23
**notes** 58:15 66:4,10
**nothing** 2:23 27:17 29:21 47:23,23
**notice** 24:23 46:5 51:20 87:13
**November** 38:3 85:16
**number** 4:25 26:4 38:17 40:23 69:12 79:11
**numbered** 101:3
**numbers** 6:18 79:6 81:5
**numerous** 21:16 71:6

**O**
**O** 2:1
**oath** 28:13
**object** 19:23 21:1
**objection** 23:24,25 24:7,11,18 41:25
**Obviously** 54:21 60:10
**occasion** 3:20
**occupied** 51:19
**occupy** 26:10 35:24 37:14
**occupying** 37:24 49:19 50:1
**October** 3:15,16 4:2 4:4 6:25 7:7,8,9 8:15 18:1 22:1,10 26:25 27:24,25 28:3,12,19 29:3 37:17 46:25 48:10 51:8
**off** 37:4,5 38:6,8,17 39:20 47:2 48:18 48:19 49:4,5 53:21 54:21 55:9 80:9,11 86:17,24 88:20,21 90:14,15 93:12
**offer** 35:17
**offered** 4:10 26:17 28:23

**offering** 26:15
**office** 5:16 9:2 12:11 14:4,20 15:11 25:1 32:18 44:20,24 45:1 47:11,12 52:18 57:4,12 71:9,13 74:15 76:21 77:19 82:8 87:5,6 90:21 91:1 96:25 98:6 98:19,20
**Officer** 26:6,11
**offices** 2:7 8:25 12:14,25 13:5 73:23 76:18 77:21 80:22 97:8,23,24
**official** 1:7 46:18,21 101:7
**officials** 31:17 70:7 94:19
**offsite** 76:19
**often** 78:5
**oh** 14:7 45:24 56:9 57:10 81:4 88:4 88:11 89:9
**okay** 2:2 3:16,19,23 3:25 4:6,15,18 5:1 5:4,13,21 6:6,11 6:11,19,20,22,25 7:6,16,23,25 8:8 8:12,17 9:14,17 9:18 10:2,7,16,23 11:7,9,11,11,12 11:15,22 12:5 13:3,7,22 14:1,3,5 14:9,15,21 15:6 15:10,17,23 16:4 16:9,9,15,18,22 17:4,7,9,10,17,19 17:19,22,24 18:3 18:4,11 19:6,13 19:18 20:3,6,13 20:23 21:5,13,16 22:1,9,16,20,23 23:2,13,21 24:8 24:16,19 25:11,20 25:22,25 26:4,8 26:18,20,23 27:15 27:18,20 28:2,11 29:1 30:21 31:10 31:22,25 32:6,13 32:15,21 33:24 34:2,14,18,21 35:1,4,8,10,16 36:2,2,6,10,15,23 37:4,16,19 38:14

38:17 39:3,13,22 39:23 40:2,5,7,18 41:23 42:6,18,24 43:15 44:8 45:2,8 45:17 46:11,23 50:7,12,20 51:5,8 51:21 52:9,12 53:2 54:4 55:11 56:3,4,5,10,18,23 57:6,8,13,25 58:3 58:18 59:6,13,19 59:25 60:2,6,13 61:1,9,23 62:13 63:14 64:2,12,13 64:14,16,16,21 65:5,13 66:4,9,18 67:21 68:2,11,13 68:21 69:2,9,14 69:24 70:21 71:9 72:2,17,24 73:1,5 73:6,7,9,10,13,17 74:11,13,19,25 75:10,22 76:25 77:3,25 78:7 79:1 79:7,10,17,20,24 80:3,9,11,13,14 80:17,20 82:9,12 83:5,8 84:4,16,21 84:22 85:1,7,11 85:13,25 86:11,14 87:7,25 88:2,25 89:7,16 90:1,6,14 90:16,17 91:3 92:12,14,19,23 93:1,6,9,17,22 94:2,10,12 95:19 96:16 97:1,10,12 97:20,22 98:1,9 98:14,16,23 99:15 99:18 100:2
**once** 41:18 84:9,25 85:10 94:25
**one** 5:25 6:1,9 13:14 14:9,14 15:16 17:16 40:23 42:22 45:22 47:16 52:21 52:21,24 53:15 54:25 55:5 56:16 61:25 64:9 69:7 76:21 79:8,18 83:7 85:11,12 88:11,12 94:7,9
**ones** 59:2 90:24
**only** 13:4,8,14 23:25 29:21 38:22 47:21 50:5 62:16

62:24,24 64:4,10 64:10 65:2,5 67:24 72:11 77:3 91:19
**open** 24:11 48:3
**operating** 90:20
**opinion** 28:19 33:12 65:19 72:11 84:18 85:18
**opportunities** 5:11 5:11 98:8
**opportunity** 17:7 17:22 35:13 48:3 64:15
**opposed** 17:12
**option** 69:23
**Orange** 92:24 94:7
**order** 52:10,10 68:9 84:4
**ordinance** 4:20,23 5:1,5 7:17,19,25 8:8,18 9:9,22 11:1 11:25 12:7,10 13:8,15,20 15:7 16:4,10,19,23 17:12 18:11,24 19:8 23:3,6 40:20 71:2 72:3 78:11 78:15,18 91:22 97:14,18,20
**ordinances** 4:5 18:7 77:9 90:5
**Oregon** 4:9 5:18 24:7 30:10 31:10 32:2,7,22 33:1,6 41:3 43:15 52:13 53:11 81:18 95:24 96:21 98:4
**original** 17:15 45:22
**originally** 4:8 45:14
**other** 5:7 8:22 9:7 10:12 12:2,9,24 18:18,19 22:4,5,7 27:5,5 34:23 46:19,19 49:24 50:5 54:19 61:5 66:21 72:14 74:5 91:17 100:1
**others** 42:17 58:25 88:15
**otherwise** 18:6 77:8
**other's** 14:20
**out** 9:1 11:1 20:4 27:17 34:6 41:21 41:22 52:19 55:2

56:14 57:3 62:20 62:20 70:7,15 71:8 76:21 83:21 84:5,15,22,24 85:2,8,12 87:1 88:13 91:6 94:1 95:11
**outside** 12:25 13:5 13:13 57:11 70:20 77:21 90:10
**outstanding** 79:16 79:19
**out-of-state** 20:7
**over** 9:8,8 31:15 32:6,9 39:17 41:7 46:23 51:12 54:8 68:3 71:10 83:15 99:8
**overlapping** 94:21
**overriding** 9:12
**oversight** 79:14,23
**over-caffeinated** 39:17
**Ozark** 93:7,18,19 95:2
**O'Sage** 93:16

**P**
**P** 2:1 17:17
**PAF** 25:15 78:23 84:12,15 85:10
**PAF's** 30:16
**page** 8:8,11 11:9,12 15:3 18:16 44:9 44:11 60:8,8 61:4 64:14 66:21
**pages** 101:3
**paid** 27:7 34:21 35:8 36:10,12 37:6,7,22,24 38:12 41:22 46:24 48:9 52:1 63:22 71:24 83:2,6 85:9 86:23
**paper** 84:24
**papers** 58:12
**paragraph** 16:18 17:8,10,25 18:12 18:20,21 44:11 58:3 59:7 66:21 70:13 73:17 74:25 80:21 87:12 97:1
**part** 12:22 60:11 68:19 79:23 80:15 82:15 97:20,22,24
**particular** 15:21


Exhibit B
Page 35 of 41

18:20 76:4 85:17
  86:3 89:7 94:18
part-time 55:18
pass 68:17
passage 72:3
passed 87:13
past 12:13 89:5
paste 62:5,8,11,23
pay 27:4 31:8 36:3
  36:15 37:16 38:2
  38:18 39:2 41:21
  49:14 85:14,17,23
  85:25 86:4,7,14
  86:18
paycheck 85:11
paying 48:1 57:1
  85:20
payment 86:19
pending 49:2 67:3
people 6:2 8:4,21
  9:5 12:15 13:13
  25:5 40:9,23 42:3
  42:13 43:23 71:20
  77:24 84:7
perception 6:4
perform 12:25 22:6
  30:1 31:5 32:1
  71:24 73:2 74:14
  74:17 77:18,23
  95:21
performance 18:9
  19:15,21 20:11,15
  21:9,15 22:3,11
  22:25 23:5 31:11
  31:11 66:23 71:4
  72:9,15 77:11
performed 30:9,15
  50:21
performing 13:4
  72:17 73:14 74:5
period 23:11 27:13
  29:9 32:9 36:3,16
  37:17 38:3,18
  47:3 48:8,10
  49:20 72:23 83:14
  98:22
permission 47:15
  81:17,17,21
person 21:17 31:22
  40:15 43:4 50:5
  75:7,9
personal 39:6 44:2
  85:18 86:17
personnel 6:1,10
  8:23 21:19,23
  25:4,15,22 26:9

26:23 27:6,15
  44:14 60:11,19
  61:5 69:17 74:15
  78:21 83:18,23
  84:1,5,17 85:4
  86:6 87:20 90:4,6
  91:19
phone 20:21 32:18
  32:19 64:17,25
  65:10,11,13 71:20
  74:3 75:8,9,9
pick-up 53:22
piece 84:24
place 8:7 77:13
  101:5
places 8:24
plaintiff 1:4,15 2:4
  2:17 6:16
plan 45:4
Planner 76:18
plans 61:13
please 2:14,20 82:5
plus 65:21
point 21:13 22:1,10
  22:16 47:11 61:22
  64:9 66:18 75:11
  77:4 78:7 80:14
  82:22 85:12 87:9
  89:25
pointed 57:5
policies 75:15,20,22
  76:1 78:2 87:2
  89:7 90:21 91:3
  91:12,17
policy 4:18 8:23
  11:2 70:10 75:4
  75:10,14,18 76:6
  76:12,14 77:2,3,4
  77:13,17,25 78:7
  86:3,6,8 87:21
  89:7 90:1,2,18
political 57:14
  71:16,18 94:9
Polly 50:16
pool 40:10
posed 20:23
position 3:8,14,23
  21:11 23:16 24:1
  24:13 26:5,10,16
  26:24 27:6 28:2,5
  28:6,7,8,12 29:3
  29:17 35:24 37:24
  40:16,18 41:7
  48:3 51:19 59:9
  59:16 60:5 61:18
  68:4 69:20 74:22

92:11,12,19,23
  93:2,9,17 94:13
  95:2,5,6,11,21
positions 30:16 94:4
  94:6,22
possibility 31:25
possible 49:15
  73:20 97:5
possibly 67:24
potential 62:5 63:11
  66:23 67:3,8
practical 98:2
precipitated 54:11
preload 53:17
preparation 66:11
prepared 14:1,10
preparing 43:9
pressure 57:14,16
  71:16,18
pretty 31:15,20
  57:4,4 60:9 61:3
  62:8 63:4 65:15
  69:8,21 88:1
previous 23:3 77:5
previously 6:14
  17:13 41:1
primarily 9:7
Prince 71:10
prior 6:12 18:1,23
  19:7,19 20:6,16
  22:1 23:7 64:18
  65:10 66:3 71:1
  92:20 93:12,14
privilege 42:1
privileged 48:22
  49:7,12
probably 7:13,14
  7:15 23:18 40:9
  41:15 50:4,5,16
  52:25,25 53:3
  56:21 60:22 61:4
  61:8 62:20 63:19
  65:8,24 66:2,7
  69:7 79:14 81:1
  85:11 91:19 94:3
problem 32:9 37:2
  53:15 79:25
problems 34:10
  42:4
procedure 51:11
  85:22,24 90:20
procedures 75:18
  75:20,22 78:3
  87:3 90:22 91:3
  91:12,18
process 40:5,12

58:25
produced 77:4
profession 95:18
promised 47:8
prompted 65:24
  74:10
property 8:5 9:6
  41:5 75:6 76:10
proposed 11:25
  16:23
protect 42:12
protective 63:4
prove 38:25 39:8
  42:21
provide 92:17
provided 18:8,24
  19:8,14 23:3 53:5
  77:8,10 87:16
  92:7
providing 61:13
  63:3
provision 17:25
  77:16 85:17 86:3
  90:6
public 57:18 94:23
publicized 57:23
purchase 52:10,10
  52:15,19
purchased 53:1,10
pure 48:12
purpose 62:2,17
  63:8
pursuant 4:18
  40:20 62:3,18
  63:9
push 64:6
put 5:25 6:9 12:19
  25:4 37:12 38:24
  42:11 46:2 49:11
  60:22 64:19 78:16
puts 10:21
putting 16:6
P10 56:3,5
P190 17:18
P76 44:8,9
P87 44:11
P91 11:9,12
P94 11:15 68:19

───── Q ─────
question 19:6 20:23
  21:5,7 22:9 48:14
  66:19 70:16
questioning 24:12
questions 24:6 41:2
  50:10 61:11 63:3

69:15 91:24 96:4
  100:1
quick 27:17
quickly 49:15
quietly 63:24
quit 81:22
quite 21:22 44:4
  54:5,5 73:4 81:14
  82:17 87:21 91:8
quote 59:7

───── R ─────
R 2:1
radar 12:20
raise 2:21 25:17
raises 87:19
ranch 54:8
rate 29:13
rather 25:3 66:23
ratified 34:13,17
  35:5,23 46:16
  58:2 61:22
read 17:7,23 18:3
  19:2 58:12 63:5
  94:24
reading 17:10
real 11:8 27:17
really 42:22 47:5
  60:19
realm 90:10
reapply 82:12
reason 4:15 5:7
  7:16 35:12 36:23
  39:4 48:19 49:5,9
  51:16 56:24 57:16
  64:10 65:2,5
  76:21
reasons 9:5,7 55:5
  69:6 85:12
reassuming 83:8,11
  83:14
recall 7:6 10:9 11:3
  15:16 50:7,8
  53:25 58:18,20
  65:13 80:22,25
receive 70:10
received 85:13
receiving 7:11,13
  27:4
recess 60:3 63:7
  68:13
recognize 6:20 9:18
  13:22,24 15:3
  16:2 36:21 44:9
  52:7 60:1 73:7
recognized 44:24

recollection 7:24
  17:11 60:23
recommend 62:16
recommendation
  42:11,11 60:14
  62:24
recommended
  61:23,24,25,25
  62:9,13 63:5,15
  63:21,21 64:3
  69:9
recommending
  62:14
record 2:2,15 25:21
  39:20,22 43:25
  44:5 80:9,11,13
  90:14,15,16
recorded 36:6,24
  37:19 38:4
recording 50:2
  100:6 101:9
records 74:15
red 95:9
REDIRECT 98:12
reduced 76:2 90:23
  91:15
refer 6:14 7:20 11:5
  12:15 20:6 63:19
  73:13 74:11 76:6
reference 43:1 56:5
  75:23
referred 11:24
  15:23 64:3 67:12
  70:12 76:17 80:15
  87:2 89:18 90:2
  98:14
referring 6:12 58:4
  64:15 67:22,25
  70:22 74:12 75:10
  87:18
refers 67:8 80:20
reflect 26:4 68:22
  79:12
reflected 24:23
  46:24 83:24
reflecting 45:19
  46:5 50:21 85:5
reflects 16:18 25:25
  26:23 36:6 37:19
  38:3,10 61:16
  85:13
refresh 7:24 17:11
refusal 4:17
regard 94:4
regarding 11:2 49:1
  50:25 61:11 62:7

63:3,13 69:15
  71:7 73:12
reiterating 65:16
rejected 68:25 69:1
  69:3
relate 48:23
relation 10:11
Relations 11:18
  60:5 61:12,13,17
  68:15,25 95:21
remember 4:3
  22:19 40:8 43:19
  45:21 50:12,16
  54:2,5 69:14
  93:24
reminded 81:16
remote 8:22 98:2
remotely 24:5
renegotiating 32:11
replace 29:22 30:3
  52:16
replaced 35:16
replacement 5:20
reported 25:7 31:23
  56:25
reporter 2:13 56:18
  56:20,23 58:19
  59:11,20
reports 31:3
represented 95:20
representing 2:16
  2:18
reps 32:17
request 11:16 13:24
  14:16,23,25 15:6
  15:11,14,21 16:7
  60:23,24 64:7
  70:13 73:24
requested 63:21
requesting 12:14,24
require 15:7 16:5
  33:10
required 10:13 18:6
  32:23 33:10 46:1
  46:1 89:1
requirements 8:2
  8:24
requires 90:12
requiring 8:3
reside 75:5 76:7
residence 8:1 18:8
  18:24 19:14 72:9
  73:1 77:10
residency 11:2
  16:16 17:20 18:4
  19:8,20,20 20:9

20:14 21:8,14
  22:2,11,24 23:3
  71:2 75:23,24
  77:3,6,22 91:4,18
residing 95:24
resign 4:8 28:8
  45:19 51:21 84:7
  84:22,25,25
resignation 5:22,24
  6:7 41:24 42:8,19
  43:2,9 49:16
  55:13 73:18 83:19
  83:24 84:12,15
  85:5 86:15 97:3
resignations 84:2
  84:16
resigned 5:9 23:10
  24:21 25:5 26:20
  26:22 27:3 28:11
  28:19,24 29:1
  33:18,22 34:1
  40:18 44:1 47:21
  47:24 51:7,10,16
  64:8 67:18,21
  68:5 74:3,4,21
  81:20 82:11 83:16
  84:4 86:21 98:24
  99:4,13
resigning 5:14 25:2
  25:18 33:18 41:11
  43:10 45:23 46:3
  46:6 53:14 54:1
  84:14
resolution 18:7 77:9
resolve 49:14
Resource 11:18
  62:18
Resources 26:6,10
  26:20,25 28:7
  29:1,22 30:6,9,14
  36:12,24 37:25
  38:11 40:19 59:8
  62:3 63:8 74:20
  82:25 83:2,6
respect 20:22
respond 65:23
responded 45:6
  47:22 70:11
response 19:17
  44:16
responsibilities
  18:10 19:16 77:12
responsible 58:5
  92:9
rest 62:19
restructuring 30:4

result 5:4 7:25 8:19
  9:9 13:15,19
  32:13 64:4 65:23
  66:8 71:17
resulted 94:17
resume 94:1
retrieved 90:18
return 7:5
returned 53:24
review 30:16,16
  31:17,18,20 91:11
reviewed 10:2,16
rewriting 88:9
right 2:21 3:8,17
  4:23,24 5:2,3 6:18
  8:9 9:24 10:2
  11:13,14 12:12
  14:23,24 16:10,20
  16:24 18:19 19:3
  19:5,13,16 20:1,8
  20:12,13 21:11,11
  22:21,22 25:23
  26:2,21 27:9,22
  27:24 28:2,9 33:4
  33:8,14 34:20,21
  35:8,21,24,25
  36:7,8,10,13 37:4
  37:20 38:4,5,7,8
  39:5,25 45:7,20
  46:14,22,25 47:1
  47:13 48:25 49:21
  51:9,19 52:13
  53:4,6,8,9 54:17
  54:18 55:25 59:10
  60:15 61:15,18
  63:1 67:17 69:10
  69:11,14 71:15
  72:18,21 73:15,16
  75:21 76:5,11
  78:19,24,25 79:7
  79:8 80:8 82:12
  82:20,23 83:1,3,6
  83:17 84:2,3,6
  85:5,6 87:4,11
  89:12 91:10,23
  93:1,5,22 94:4
  95:23,25 97:18
  99:1,3,13,14,15
  99:19,22,25
Rosendin 30:12
  31:1 37:13 50:17
  91:1
rotating 52:19,25
roughly 93:4
routed 87:23
Roy 1:7,11 2:3 3:2,7

89:13 96:5 98:10
  100:4 101:4,6
rule 70:17
rumors 42:13 43:6

——— S ———
S 2:1
safety 21:18 26:11
said/she 99:7
salaries 30:16
salary 29:11
Salazar 44:13,16
  45:2,5
same 26:15 28:12
  29:3,13 55:22
  92:10 94:20
Sandberg 1:21,21
  2:18,18 7:19,21
  7:23 18:18 19:23
  21:1,3 23:23 24:9
  24:17 33:12,15
  39:14,17 41:25
  48:23 49:1 52:4,6
  84:18 89:12,16,19
  89:21,23 96:4,8
  100:2
sat 47:12
save 32:10
saw 4:24 32:9
saying 10:24 25:6
  50:17 68:7 71:20
  99:16,23
says 9:22 14:1 15:9
  15:12 16:4 19:2
  20:9 30:1 44:13
  58:3 59:19 66:17
  66:21 70:8,14
  77:6 81:10,10
  97:17
Schoenbar 34:7,9
school 34:9
Scott 16:25 44:23
  89:13
second 44:11 58:3
  60:8 61:4 70:13
  74:25
secretary 14:8 91:2
section 10:23 11:10
  11:15 16:15 17:12
  17:20 63:9 91:20
sections 17:11
see 6:6,19 11:18
  15:2 16:16 17:15
  17:15,20 32:5
  36:18 48:14 52:2
  56:21 60:2,7,8,17