THOMAS v. KETCHIKAN GATEWAY BOROUGH, ET AL.

ROY ECKERT
7/19/2006

| | | | | |
|---|---|---|---|---|
| 63:25 69:4 79:2,3 79:5 80:18 81:7 87:8 88:15 91:7 92:16,16,20 93:10 93:24 94:3 95:6 97:3 99:16,23 | showed 9:6 96:10 showing 71:12 shown 97:11 shows 17:5 sideways 34:25 sight 55:24 | 27:15 34:8 51:11 51:24 58:7 59:3,3 64:18 68:1 78:14 78:19 85:21 86:7 88:13 | 97:22 statement 9:20 10:7 10:23 11:1,24 41:10 59:5,23 60:3,7,13 61:2,9 62:4 66:11,20 | 46:5 50:20 substance 99:24 successor 30:6 suit 64:9 Suite 1:17,22 sum 65:24 |
| seeing 21:22 seeks 16:19 seen 6:8 14:12,13 42:18 semantics 28:15 sent 6:23 31:17 87:24 | sign 36:9 49:22 88:20,21 signature 8:10 10:15 36:20,21 signatures 89:1 signed 7:12 10:16 | sometime 29:10 34:5,22 45:25 47:6,10 sometimes 10:5,5 16:25 44:21,22,22 44:23 somewhere 22:18 | 67:8,15 72:5 81:16,19,25 83:10 statements 44:25 states 1:1 2:6 7:16 9:25 statewide 94:19 | summary 10:23 60:7 61:1,9 66:20 67:7 72:5 summer 41:19 47:7 53:3 supervise 3:20 31:11,19 |
| separate 87:17 September 5:2 8:13 15:7,13 16:13 34:8,15 35:4,5,9 35:20,25 36:16 | 36:8 37:4,5 38:6,8 38:17 39:3,10 47:2 48:18,19 49:4,5 53:21 signing 38:21 50:14 | 28:1 46:17 soon 30:23 34:13 73:19 97:5 sorry 4:22 18:5 28:19 52:6 81:4,4 | stating 6:2 25:1,5 32:3 46:2 80:1 status 4:10 11:17 25:17 44:14 61:11 63:4 68:14,24 69:16,19 | supervising 31:21 supervisor 40:3 49:18 72:20 92:16 99:5,15,21 supply 91:20 suppose 42:3 98:1 |
| 38:18 46:13,17 48:10 49:6,20 50:2 73:23 97:9 series 79:4,6 seriously 21:24 served 18:11 78:23 94:23 | simple 48:12 simply 23:25 since 13:18 87:13 sir 3:13 5:3 7:18 8:10,14 16:14,17 18:22 24:22 25:24 26:3 97:19 | sort 39:17 46:5 sought 17:12 sound 22:21 101:9 sounds 22:22 speak 99:25 specific 57:4 71:5,6 97:24 | stay 40:12 51:23,24 69:8 step 87:20 88:2,6,17 89:2,3,9 90:8 steps 88:24 90:11 90:12 | sure 7:15 9:5,11,12 11:6 12:18 21:2 36:5,19 39:19,19 42:9,9,16,16 48:22 56:22 63:7 75:8,24 79:22 |
| service 67:4 92:7 services 13:24 14:23 15:6 34:19 67:16 79:9,12,15 92:8 | situation 9:10 12:6 62:11 71:17 situations 12:11 13:11,12 six 88:24 93:3 | specifically 52:14 52:24 53:10 97:20 specifies 90:9 spent 39:4 50:15 spoke 11:3 | Steve 29:24 30:11 36:22 44:22 50:6 59:17 83:15 Steven 88:8 still 24:6 26:12,14 | 81:6 86:18 87:8 swear 2:21 sworn 2:21 synonymous 98:3 |
| serving 2:12 session 11:16 60:3 60:20 61:6 62:2 62:17,25 63:7 66:22 67:2 68:14 68:23 69:6,10,18 69:23 | small 6:1 43:7 81:9 sole 10:9 solemnly 2:21 some 4:9 9:8 10:12 10:25 12:2,11,12 15:14,15,18 22:10 24:3 27:2 30:4 | spot 39:15 spread 9:1 square 47:12 staff 12:3 14:20 43:16,19 52:18 60:13,22 staff's 44:4 | 26:19 29:12 35:20 41:9 43:22 47:14 48:2,6 51:6,19,20 51:22,25 52:1 55:7 57:1 59:7,14 59:17 64:8 67:14 67:17,17 68:5 | **T** take 5:18 17:7,22 21:23 39:15 54:8 55:20 62:6,20 63:12 64:15 66:25 67:9 74:23 81:20 95:10 |
| sessions 61:5 set 11:1 43:25 44:5 seven 74:25 88:24 several 4:11 5:11 8:24 10:14 53:1 54:22 55:10 58:25 | 31:16 32:1 34:7 36:25 44:23 48:21 48:21,22 49:7,12 50:23 52:19,19 57:13,23 58:13 61:6 63:22 65:2 | stand 75:4 standard 9:20 60:9 61:4 62:1,8,10 69:21 85:22 86:8 90:20 start 32:5 96:10 started 3:16 34:23 | 74:5,20,23 82:15 82:22,24,25 83:2 84:24 85:10 stop 58:2 89:21 straight 43:25 44:5 Street 2:9,11 76:19 stretched 34:6 | taken 2:3 68:6 83:15 93:12 taking 32:8 35:15 41:13 54:9 63:15 talk 6:9 44:21,22,23 47:19 66:8 81:9 84:13 |
| 61:10 69:15 71:7 98:7 severance 85:14,17 85:23,25 86:4,7,9 86:14,18 sexual 30:19 share 33:15 42:25 she'd 41:15 | 65:16 68:9,10 75:23 81:8 87:21 88:9,23 90:6,22 90:23 91:15,25 somebody 32:5 33:25 42:9 51:7,9 53:13 54:24 55:24 57:11 71:10,22 84:22 85:1 | 47:6 74:4 88:15 93:14 starting 43:24 88:14 starts 7:21 10:24 61:9 state 3:6 18:1,7 20:4 20:7 28:16 56:14 | 45:15 strictly 23:10 29:8 44:15 strong 65:8 stuff 58:17 subject 86:6 94:25 96:16 subjects 56:10 submit 9:21 | talked 5:25 41:8 47:9,16,17 77:6 78:22 82:9 91:21 91:21 talking 23:7 33:2 55:4 58:10 71:20 97:21 talks 75:24 |
| shift 55:9 shooting 23:18 short 66:19 71:18 shortly 25:8 43:15 shove 64:6 | someone 38:23 56:13 59:15 61:7 94:10 something 8:7 10:4 10:13 15:19 25:4 | 57:3 70:16 71:1,8 77:9 92:9 94:19 stated 4:8,12 5:8,13 5:17 52:20 58:16 64:7,18 70:15 | submitted 9:25 10:2 10:3,19 41:24 42:8 submitting 45:18 | tasks 45:9 technical 21:19 92:6 technically 8:10 |

Exhibit B
Page 38 of 41

THOMAS v. KETCHIKAN GATEWAY BOROUGH, ET AL.

ROY ECKERT
7/19/2006

Page 12

| | | | | |
|---|---|---|---|---|
| 26:19 27:6,10 51:25 82:15 83:4 83:5 | 99:8 | 62:7 63:3,13,16 63:20 66:13,22 67:1,10,16,21 | 86:24 87:12,15 90:15,16 92:10 94:20 95:19 96:21 | trying 4:3 35:18,18 39:1 41:21 48:2 49:11 52:16 55:6 |
| telecommuting 12:16 40:24 | things 6:2 18:18,19 21:16,20,21 27:12 30:17,20 31:2 | 71:17 72:8 73:11 73:14 74:20 75:7 78:23 79:11 80:16 | 100:5 timeframe 53:1 55:4 | 55:8,20 64:16 89:21,23 Tuesday 75:3 |
| tell 17:3,16 41:23 42:7 43:16 55:15 56:23 58:19 59:11 81:13 84:19 89:13 | 41:8 43:23 45:12 46:18 48:22 55:1 55:7 59:9,17,18 59:20 62:21 65:16 65:17,18 73:25 | 80:20 83:16,24 85:13 86:19 87:10 95:20 96:19 98:24 101:6 | timeline 4:3 times 53:22 69:5 timesheet 36:3,8,15 37:16 38:2,6 | tune 83:7 tuning 31:16 turn 6:17 9:14 11:9 11:15 13:22 16:9 17:17 25:11 36:2 |
| telling 34:23 47:7 58:8 | 81:8 83:15 84:10 88:9 90:10 | Thomas's 35:6 | timesheets 38:17,21 | 44:8 52:3 56:3 59:25 68:19 73:5 |
| tells 33:25 temporary 40:15 | think 12:2 20:5 21:6 21:6 27:2,13 34:2 | though 26:23 28:23 35:14 | 39:3,11 46:23 47:2 48:18,19 | turned 70:5 two 5:10 32:9 40:9 |
| Tennessee 92:4,9,10 92:15 | 34:7 37:9 39:4,6,6 43:21 45:17,25 | thought 6:4 35:12 35:16 39:2 42:15 | 49:4,5,22 50:11 50:13,14,20 | 60:25 81:1 85:13 85:23,25 86:9,14 |
| term 52:17 94:24 terminate 3:25 4:1 | 46:15 49:11 51:15 55:5 57:15,25 | 42:20 43:5 45:14 45:16 | timing 51:17 Tipton 70:9 | 89:11 90:11,12 two-step 88:19,23 |
| 4:6,13 7:2,7 27:24 28:2,3 29:2 32:23 | 58:22,22 59:2,6 60:9,16,17 62:9 | thousand 63:22,24 65:21 | title 26:12,19 27:7,9 29:14 31:6 51:20 | type 62:11 79:2 typing 32:16 |
| 33:11 49:15 50:22 78:23 | 62:11,19 64:11,17 64:19,24 65:20 | threatened 64:10 three 14:17 40:9 | 51:22,25 52:1 61:19 74:21 82:22 | T-A-S 92:7 |
| terminated 25:18 26:16 28:12,25 | 66:18 69:4,7,11 69:14 70:13 71:9 | 63:22,23 65:21 76:19 92:20 93:11 | 82:24 today 6:12 14:12 | U |
| 40:20 46:3 86:1 94:5 97:17 | 71:10,14 72:4 75:9 76:16 77:17 | 93:25 through 16:10 17:8 | 27:16 28:13 38:15 91:11 | Uh-huh 95:4 Um-hmm 56:7 |
| terminating 67:16 termination 4:15 | 80:10 81:13 82:17 87:22 88:11 89:4 | 17:10 25:3,3 29:24 38:23 44:24 | together 10:15 16:6 told 6:9 33:18 35:14 | 68:16 72:7 75:2 76:9 78:9 85:3 |
| 5:4,7 6:22 7:17 27:22 67:20 68:1 | 90:9 93:11 thinking 43:22 | 45:10 46:24 49:15 52:25 53:23 87:23 | 42:3,9 44:3 47:12 47:15 53:14,25 | undecided 30:3 under 19:18 21:16 |
| 68:10 79:1,5 85:16 87:13,15,17 | thinks 24:6 third 66:21 80:20 | 87:24 88:4,8,14 91:9 101:3 | 58:7 59:19 74:7 75:3 81:14 95:6 | 23:2,6 26:4 28:13 31:4 41:4 52:1,1 |
| 97:10 terms 73:11 94:21 | 87:12 Thomas 1:3 2:4 | tighten 8:23 78:12 78:18 | 95:15 total 41:20 | 53:12 62:13 70:13 86:6,8 99:13 |
| Terry 1:17 2:16 23:23 39:14 | 3:21 4:1,6 5:13,21 5:24 6:7,23 7:3 | tightened 9:3 time 3:19 4:4 5:19 | totally 61:21 81:15 81:23 | underlined 17:1 18:14 |
| testified 3:3 24:1 27:21 42:18 45:17 | 8:20 9:10 11:20 12:6 13:4,8,14 | 8:6 9:4 11:20 12:19 13:1,2,6,10 | touched 8:17 towards 84:9 | understand 19:11 35:4 49:11 53:4 |
| 46:11 72:6 96:6 98:11,23 | 20:14 21:8 22:2 23:2,16 24:13,20 | 13:17,18 16:23 20:13,17 22:17 | town 25:6 towns 6:1 43:7 | 65:2 96:19 understanding |
| testimony 2:22 12:5 21:4 22:20 28:13 | 24:21 25:23 26:9 27:22 28:3 29:11 | 26:9 27:11 28:1 32:10 33:9 34:15 | training 21:18 30:19 | 19:24 20:2,3,18 23:9 24:3 26:14 |
| 43:10 48:9 66:14 67:14 76:12 77:13 | 29:14,22 30:3,6 30:10,13 31:4,10 | 34:22 36:10,12 37:6,7,19,22 38:3 | transcribed 101:8 TRANSCRIBER'S | 27:11 32:21 33:8 33:13,16 34:11 |
| 80:3 95:19 96:1,2 99:13,14 | 32:1 34:11 35:8 36:3,6,10,24 | 38:10,12 39:4,20 39:22 42:15 43:22 | 101:1 transcript 101:4 | 35:7,11 43:8 45:23 46:7,12 |
| Thank 2:20 3:1,6 98:9 100:2,3 | 37:19 38:4,10,20 39:4,23 40:11,18 | 49:13,19 50:1,1 50:14,25 51:3 | transition 55:18 transposing 81:5 | 47:3,22,25 49:19 51:18 53:9,20 |
| their 12:14,25 19:21 54:8 55:7,8 | 41:6,24 42:7,24 43:15,16 44:15 | 52:15,15 54:9,12 55:16 58:13,23 | traumatic 54:5 tried 53:19,22 | 55:22 57:17 58:23 66:16 69:2 70:2 |
| 55:24 58:15 69:19 69:20,20 71:24 | 45:2,9,18 46:4,12 46:24 47:4 48:9 | 60:16 61:20 63:14 63:17 64:9 66:18 | triggered 88:13 troubles 54:7 | 74:6 84:19,20,21 91:10 98:17,24 |
| 85:5 86:17,17 themselves 2:14 | 49:6,18 50:1,20 51:13 52:13,15 | 69:17 70:24 72:11 76:1,1,12 78:4,5,5 | true 44:19 47:20 101:3 | understandings 5:10 |
| they'd 68:9 thing 54:24 65:7 | 53:11,25 54:13,19 55:12 56:12,16 | 78:5,12,12 80:11 80:13 83:20 84:7 | truth 2:23,23,24 try 15:18 49:14 | understood 33:5 77:2 |
| 67:24 78:3 91:19 | 58:4 61:12,17 | 85:12,19 86:17,22 | 95:11,14 | |

Exhibit B
Page 39 of 41

| | | | | |
|---|---|---|---|---|
| undertaken 91:11 | verification 41:8 | weeks 85:14,23,25 | west 1:22 92:10 | 86:22 99:4 |
| unemployed 55:2 | verify 36:25 37:3 | 86:9,14 | we'll 75:17 91:8 | writing 64:20 76:2 |
| union 20:19 22:5,5 | 38:20 40:23,25 | welcomed 48:16 | we're 2:2 8:3 10:3 | 76:13 77:1 78:1 |
| 23:11,17 26:13 | version 77:5 | well 15:12 21:5 | 10:13 12:12 39:20 | 90:23 91:15 |
| 27:4,7,12 28:20 | very 21:19,23,24 | 22:17 24:10 27:9 | 39:22 42:1 52:16 | written 6:6 17:16 |
| 29:8,21 31:13,16 | 42:15 43:5,6,6 | 28:18 31:14 33:2 | 59:25 62:21 68:2 | 24:23 42:8,19 |
| 32:4,16,17 33:7 | 48:15,15 50:9,19 | 34:22 36:25 44:20 | 80:13 90:16 100:2 | 43:2,8 46:5 75:11 |
| 33:22 34:3,12 | 50:25 54:6,12,12 | 46:14 47:14,15,17 | we've 13:22 34:9 | 77:3 78:3 91:12 |
| 41:14 43:20 44:6 | 56:15 65:19 69:6 | 47:18,20 49:9 | 39:14 42:1 81:20 | wrong 59:4 |
| 44:16 46:8,13 | 70:11 73:3 78:5 | 50:20 53:4 55:19 | whatsoever 33:23 | wrongful 68:1,10 |
| 52:23 55:15 57:20 | 79:16 82:21 87:1 | 57:18 59:9,18,20 | while 27:5 33:6 | wrote 7:12 87:10 |
| 58:2,5 67:19 | 95:13,13 | 61:20 63:2 65:5,7 | 41:16 55:25 62:9 | Wuestenfeld 1:21 |
| 72:12,19,23 73:3 | via 22:8 | 66:15 69:9 70:12 | 81:18 95:24 | |
| 81:8 82:16 83:13 | video 2:3,10 | 72:11,17 73:4,25 | whole 2:23 27:13 | **Y** |
| 83:21 | videographer 2:12 | 76:4 77:3 78:18 | 41:17 | |
| unions 45:12 | view 21:9 22:23 | 81:3 82:1 83:5 | widely 57:23 | yeah 17:5 35:22 |
| United 1:1 2:5 | 24:13,20 28:17 | 85:10 95:13 98:23 | wished 81:14 | 46:17 56:21 60:2 |
| University 92:4,6 | 34:18 39:10 46:21 | 99:25 | witness 2:20 | 60:5,11 61:8 |
| 92:15 93:13 | 50:22,23 51:9 | went 8:15 12:9 | word 6:19 58:8 65:8 | 69:14 79:25 89:19 |
| unjustified 66:25 | 67:23,24 72:8 | 30:10 43:15 46:23 | 90:23 | year 89:5 93:12 |
| 67:9,11 | 79:21 | 90:17,18,19 91:6 | wording 45:13 | years 3:15 70:6 |
| unless 19:20 20:10 | violated 89:8 | 92:2 93:10 | words 47:18 95:15 | 92:19,20 93:3,11 |
| 23:4 71:3 82:2 | | were 9:21 12:2,24 | work 8:4,21,21 9:5 | 93:25 95:1 |
| 86:12 | **W** | 13:2 15:10 21:17 | 9:6 10:15 12:14 | |
| unsuccessful 53:23 | | 22:6 23:18 26:14 | 14:18 24:4 27:8 | **$** |
| until 7:10 29:9 | waited 7:10 | 29:9,10 30:2,4 | 28:20,25 29:5,6,7 | |
| 35:22 40:21 43:21 | waived 42:1 | 31:15 32:4 34:13 | 29:9,20 30:9,18 | $326,108 64:17 |
| 46:8 84:17 | Wales 71:10 | 34:16 35:5,23 | 30:21 31:3,19 | |
| untrue 81:19 | walk 65:22 85:8 | 37:8 38:14,25 | 32:1 34:3,12,24 | **0** |
| unusual 95:18 | walks 84:22 85:1 | 40:5,7,8 42:14 | 35:3,6,9,13,16 | |
| updating 58:6,9,11 | want 6:3 13:11 | 43:22,24 44:19 | 37:12 39:7 41:2,4 | 00001-JWS 101:8 |
| 58:19 59:1,2 | 23:24 25:5 28:15 | 45:4,11 46:9,14 | 41:12,17 46:12,15 | |
| UPS 53:23 | 35:1,1 44:2,5 | 46:18 47:18,18 | 46:21,24 48:7,15 | **1** |
| upset 54:12 | 45:12 51:24 59:8 | 48:2,11,12 50:19 | 50:21 52:13 53:11 | 1 7:7 10:25 11:4,13 |
| use 7:22 52:20,22 | 60:19 61:23 69:22 | 50:24 51:1 52:19 | 56:1,17 57:2,3,11 | 13:3 23:22 25:8 |
| 53:11,15,15,18 | 69:22,24 70:1,3,5 | 52:25 53:14 55:6 | 70:20 72:14,16 | 34:4,5 35:4,5,9,21 |
| 62:12 94:10 | 82:2,4,5 89:13 | 55:8 56:8,10,18 | 73:12,22 74:2,8,9 | 35:25 38:18 41:11 |
| used 52:13 61:5 | wanted 5:19 9:3 | 57:1,24,25 58:2 | 74:14 75:5,6 76:7 | 43:11,12,13,14,17 |
| 77:17 | 28:21 35:17,17,22 | 58:10,24 59:14,18 | 76:10,23 77:22 | 43:18,23 45:6,9 |
| usually 86:2 90:12 | 41:14 43:25 46:19 | 59:20 61:20 62:6 | 82:7 91:4 92:2 | 45:15,15,20,21,21 |
| | 48:4,13,13,14,16 | 62:14 63:12,15 | 96:18,20,25 97:8 | 45:24 46:6,13 |
| **V** | 59:15 62:25 63:1 | 66:24 67:9,15,19 | 97:23 98:19,20 | 48:10 49:6,20 |
| v 1:5 2:4 101:6 | 65:22 68:1 69:16 | 69:7 71:6,16,21 | worked 31:14 36:8 | 50:2 51:14,15 |
| VANNEBERG 3:5 | 70:4 74:1,13 | 72:20 75:10 76:16 | 37:3 38:10,13,21 | 54:14,15,16 55:4 |
| 98:13 | 91:24 96:9 99:11 | 79:15,15,16,18 | 38:24 | 61:16,20 63:18 |
| various 59:2 | wanting 8:1 69:8 | 83:20 84:12 87:13 | working 8:24 9:1 | 64:24 66:12 68:22 |
| Venneberg 1:17 | Washington 1:18 | 87:19,23,23 88:2 | 20:19 23:10 26:25 | 72:18 73:23 74:22 |
| 2:16,16 7:24 | wasn't 31:13 62:14 | 88:3,4,17,23 89:2 | 33:5 44:15,17 | 79:7 80:16 83:12 |
| 18:19 20:1 21:2,5 | 66:17 85:20 | 89:5,6,8 92:1,12 | 45:3,14 54:9 | 87:10 101:3 |
| 24:8,10,19 33:14 | way 6:2 22:6 25:3 | 93:9 94:5,10,20 | 56:14 58:4 59:9 | 1st 3:15,16 5:23 |
| 39:16,19 42:6 | 28:14 36:25 37:3 | 94:21,25 95:9,13 | 59:17,18,20 70:15 | 11:23 22:4,18 |
| 52:5 80:9 89:15 | 37:11 38:25 39:8 | 95:14 97:11 98:17 | 71:9 72:12 75:25 | 23:19 28:20 34:6 |
| 89:17,20,22,24 | 39:8 40:25 43:6 | 99:18 | 76:21 98:5 | 34:8,15 45:16 |
| 96:3,10 100:3 | 58:16 67:15 84:15 | weren't 37:9 55:16 | works 14:17 94:23 | 46:17 55:17 66:3 |
| verbal 76:1 | 85:19 94:20,24 | 63:18 66:12 71:12 | wouldn't 50:21 | 97:9 |
| verge 95:9 | week 32:9 37:15 | 91:11 99:15 | 53:12 71:18 79:25 | 10 79:7 |
| | 54:3 66:2,3 | | | 10:32 39:21 |
| | | | | 10:40 39:22 |
| | | | | 100 101:3 |



Exhibit B
Page 40 of 41