THOMAS v. KETCHIKAN GATEWAY BOROUGH, ET AL.

ROY ECKERT
7/19/2006

Page 14

| | | | | |
|---|---|---|---|---|
| **101** 1:17 | **99**:2,19 | **7** | | |
| **11** 79:7 | **2006** 1:12 2:9 87:10 | | | |
| **11:39** 80:12 | 101:5,10 | **701** 1:22 | | |
| **11:47** 80:13 | **21** 6:25 7:8,9 27:25 | **8** | | |
| **1100** 1:22 | 27:25 28:4,13 | | | |
| **1126** 1:17 | 29:3 | **8th** 1:22 | | |
| **12** 73:20 79:7,8,12 | **21st** 7:14 | **892** 2:11 | | |
| 97:6 | **263** 52:4 | | | |
| **12:01** 90:15 | **28** 70:6 | **9** | | |
| **12:13** 90:16 | **286** 9:15,19 | | | |
| **12:25** 100:5 | **287** 9:19 | **9** 79:7 | | |
| **13** 79:7 | **288** 16:9 | **9/15/2005** 36:4 | | |
| **13th** 101:10 | **289** 16:15 | **9/5** 16:4 | | |
| **1369** 4:23 7:17,19 | **291** 16:10 | **9:38** 2:2 | | |
| 8:18,19 9:9,22 | | **98337** 1:18 | | |
| 11:25 12:7 13:8 | **3** | **99501** 1:22 2:12 | | |
| 13:16,20 16:10 | | | | |
| 18:11,24 19:8 | **3** 26:4 79:7 | | | |
| 20:6 71:2 72:3 | **30** 36:16 51:23 | | | |
| 78:11,18 91:22 | **30.20.016** 16:16 | | | |
| 97:14,18,20 | 17:20 77:5 | | | |
| **15** 37:17 38:3 | **331** 73:9,10 | | | |
| **17** 26:25 | **341** 60:1 | | | |
| **18** 44:12 61:10 | **344** 2:8 | | | |
| **19** 1:12 2:9 8:13 | **363** 52:5,6 | | | |
| 16:13 48:10 93:15 | | | | |
| 101:5 | **4** | | | |
| **19th** 46:25 | **4** 8:15 18:1 22:1,10 | | | |
| **1979** 93:15 | **40** 92:9 | | | |
| **1986** 93:14 | **400** 92:8 | | | |
| **1988** 94:3 | | | | |
| **1993** 93:4,22 | **5** | | | |
| **1999** 92:22 | **5** 64:22,23 74:19 | | | |
| | 79:7 96:14 99:19 | | | |
| **2** | **5th** 15:7,13 22:18 | | | |
| | 96:18 | | | |
| **2** 80:21 | **5.31.080** 63:9 | | | |
| **2000** 92:22 | **5:06-cv** 101:7 | | | |
| **2002** 3:16 92:21,22 | **5:06-cv-00001-J...** | | | |
| **2004** 39:24 | 1:5 2:5 | | | |
| **2005** 4:2,3,4 5:2,16 | **531.080(b)(1)(A)** | | | |
| 6:25 7:7 8:13,15 | 67:5 | | | |
| 10:25 11:4,13,24 | **531.080(b)(2)(B)** | | | |
| 13:3 15:7 16:13 | 67:2 | | | |
| 18:1 22:1,10,23 | | | | |
| 23:15 24:14,21 | **6** | | | |
| 26:21 27:1 28:9 | **6** 22:23 23:15 24:21 | | | |
| 28:11,13 29:2,3 | 26:21 28:8,11 | | | |
| 29:11,15,18,23 | 29:2,11,14,18,23 | | | |
| 30:10 32:22 35:9 | 30:10 32:22 33:3 | | | |
| 36:16 37:17 38:3 | 40:19 83:12 98:25 | | | |
| 38:18 40:19 44:12 | **6th** 22:20 23:7 24:2 | | | |
| 51:9,14,15 61:10 | 24:14 28:20 30:25 | | | |
| 61:16 66:12 68:22 | **60** 51:22 | | | |
| 72:18 73:21 74:19 | **645** 2:11 | | | |
| 78:8 80:16 85:16 | **68** 8:10 | | | |
| 96:14,18 97:6 | **69** 8:10 | | | |



Exhibit B
Page 41 of 41