Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| KETCHIKAN GATEWAY BOROUGH and ROY ECKERT, in his individual and official capacity. | ) |
| Defendants. | ) Case No. 5:06-cv-00001-JWS |

**NOTICE OF CONTINUATION OF EXHIBITS FOR MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Attached hereto is the continuation of exhibits for Defendants' Memorandum in Support of Motions For Partial Summary Judgment.

1. Exhibit C-1

2. Exhibit C-2

3. Exhibit C-3

4. Exhibit C-4

5. Exhibit C-5

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

      6.    Exhibit C-6

      7.    Exhibit C-7

      8.    Exhibit C-8

      9.    Exhibit C-9

      10.   Exhibit C-10

DATED this 31st day of October, 2006, in Anchorage, Alaska.

                                                s/ Mark A. Sandberg  
                                                701 W 8th Avenue, Ste. 1100  
                                                Anchorage, Alaska 99501  
                                                Phone: (907) 276-6363  
                                                Fax: (907) 276-3528  
                                                E-Mail: msandberg@aol.com  
                                                Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 31st
day of October, 2006 a copy of the
foregoing discovery responses
was served by regular U.S. Mail on:

Scott Brandt-Erichsen  
Borough Attorney  
Ketchikan Gateway Borough  
344 Front Street  
Ketchikan, Alaska 99901

Michael N. White  
Friedman, Rubin & White  
1126 Highland Avenue  
Bremerton, Washington 98337

Terry A. Venneberg  
1126 Highland Avenue, Ste. 101  
Bremerton, Washington 98337

s/ Mark A. Sandberg

SANDBERG,  
WUESTENFELD  
& COREY  
701 WEST 8TH AVENUE  
SUITE 1100  
ANCHORAGE, AK 99501  
(907) 276-6363