IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT KETCHIKAN

CAROLYN L. THOMAS,

   Plaintiff,

   v.        Case No. 5:06-cv-00001-JWS

KETCHIKAN GATEWAY BOROUGH,
and ROY ECKERT, in his
individual and official
capacity,
   Defendants.
_____/

COPY

DEPOSITION OF SCOTT BRANDT-ERICHSEN

JULY 19, 2006

APPEARANCES:

FOR THE PLAINTIFF:

    Terry Venneberg
    1126 Highland Avenue, Suite 101
    Bremerton, Washington  98337

FOR THE DEFENDANTS:

    Mark A. Sandberg
    Sandberg, Wuestenfeld & Corey
    701 West 8th Avenue, Suite 1100
    Anchorage, Alaska  99501

Exhibit C
Page 1 of 29

Page 2

1         PROCEEDINGS
2    MR. COSSMAN: Okay, we're on the record at 1:44.
3  This is the video deposition of Scott Brandt-Erichsen,
4  taken by the plaintiff in the matter of Thomas v.
5  Ketchikan Gateway Borough, et al., Case No. 5:06-cv-00001-
6  JWS, in the United States District Court for the District
7  of Alaska at Ketchikan. This deposition is being held in
8  the offices of the Ketchikan Gateway Borough, located at
9  344 Front Street, Ketchikan, Alaska, on July 19, 2006.
10    My name is Eric Cossman from Alaska Legal Video,
11 mailing address 645 G Street, No. 892, Anchorage, Alaska
12 99501, and I will be serving as both the videographer and
13 the court reporter for this deposition.
14    Will counsel please identify themselves for the
15 record?
16    MR. VENNEBERG: Terry Venneberg, representing the
17 plaintiff.
18    MR. SANDBERG: And Mark Sandberg, for all defendants.
19    MR. COSSMAN: Thank you. Would the witness please
20 raise your right hand and be sworn? Do you solemnly swear
21 or affirm that the testimony you are about to give in this
22 matter will be the truth, the whole truth, and nothing but
23 the truth?
24    MR. BRANDT-ERICHSEN: I do.
25    MR. COSSMAN: Thank you. Counsel?

Page 3

1         SCOTT BRANDT-ERICHSEN
2  testified as follows on:
3         DIRECT EXAMINATION
4  BY MR. VANNEBERG:
5  Q   Please state your full name.
6  A   Scott Anders Brandt-Erichsen.
7  Q   Okay. And how are you currently employed?
8  A   I'm the Borough Attorney for the Ketchikan Gateway
9  Borough.
10 Q   Okay. How long have you been in that position?
11 A   Since September 19th of 1995. So, going on 11 years.
12 Q   Okay. Now, have you entered an appearance as an
13 attorney for the Ketchikan Gateway Borough in this case?
14 A   I don't know. I may have done that prior to -- prior
15 to Mr. Sandberg entering an appearance. I would have to
16 look at my file to see. My routine practice, if we're
17 coming up on a deadline for filing an answer, is to go
18 ahead and file an entry of appearance. But I don't know
19 whether I did in this case.
20 Q   Okay. If you had appeared for the Ketchikan Gateway
21 Borough, would it be your intent to withdraw that
22 appearance before trial?
23 A   Probably, but I'm not sure.
24 Q   Okay. Do you know whether you'll be testifying at
25 trial?

Page 4

1  A   I don't know.
2  Q   Okay. Well, you were listed as a person with
3  knowledge of discoverable information, and hence the
4  deposition today. But I wanted to make sure I know the
5  bounds and it doesn't sound like you know whether you've
6  appeared as an attorney in this case, at this point. I
7  can represent to you that I've seen a notice of
8  appearance.
9     MR. SANDBERG: Me, too.
10 A   Okay.
11 Q   But I just wanted to ask about the status of that
12 and, you know, whether --
13 A   Yeah. My role in the case would be dictated somewhat
14 by Mr. Sandberg and yourself. If you call me as a
15 witness, then I will likely be a witness. If Mr. Sandberg
16 calls me as a witness, then I'll likely be a witness. But
17 whether either of those things will happen, I do not know.
18 Q   Okay. And you don't know, as you sit here today,
19 whether you'll be acting as counsel at trial?
20 A   No. If, for some reason, Mr. Sandberg is no longer
21 involved in the case, you know, one of my primary duties
22 is to represent the Borough. And in the absence of anyone
23 else representing the Borough, it would be me.
24 Q   All right. Have you provided legal advice or
25 services to the Borough in connection with this case?

Page 5

1  A   Yes.
2  Q   Who have you provided legal advice to?
3  A   Well, the Borough is a corporate entity and it has a
4  number of agents. I have provided some advice to the
5  elected officials and the management.
6  Q   The elected officials being the Borough Assembly?
7  A   And Mayor, yes.
8  Q   Okay. And that advice would have been provided in
9  executive session?
10 A   Not necessarily. It may be provided in written form.
11 Q   Okay. Have you also provided legal advice or
12 services to Mr. Eckert in connection with this case?
13 A   Only to the extent of his position as Borough
14 Manager. I have not provided any legal advice in his
15 individual capacity.
16 Q   Okay. Can you describe, generally, your duties as
17 the Borough Attorney?
18 A   Well, there is an ordinance that sets out what the --
19 what the duties of the Borough Attorney are and there's a
20 job description. I haven't looked at either for some time
21 and so I can try and summarize what they are. I think the
22 gist of it is, representing the Borough in all criminal
23 and civil matters and providing legal advice to the
24 elected officials and Manager and staff.
25 Q   Okay. Are there any other attorneys employed by the

2 (Pages 2 to 5)

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

Exhibit C
Page 2 of 29

f9d95d7c-33a8-4ae1-90f0-86713b1f7e43

Page 6

1  Borough?
2  A  Not in-house counsel.
3  Q  Right.
4  A  The Borough does contract with attorneys at times for
5  various things. Currently I think we've got maybe as many
6  as four or five different matters where there are outside
7  counsel associated with them.
8  Q  Right. But you're the only attorney employed.....
9  A  Yes.
10 Q  .....as an employee by the Borough?
11 A  Correct.
12 Q  Do you have any assistants, secretaries?
13 A  I have a legal secretary.
14 Q  What is her name?
15 A  Cindy Montgomery.
16 Q  Okay. What is her position? Is she your secretary?
17 A  She is my secretary. I do not recall whether the
18 position title is administrative assistant, legal
19 secretary or what, but I believe legal secretary is an
20 appropriate label for it.
21 Q  How would you describe her duties?
22 A  Again, there's a job description, which I have not
23 read since I hired her. It's been three some years ago.
24 But generally involves making whatever arrangements I need
25 for meetings or travel, preparation of documents, filing

Page 7

1  of papers, that sort of thing.
2  Q  How long has she been in that position?
3  A  I believe about three and a half years. I think she
4  started in December of either 2002 or 2003.
5  Q  Okay. In your work at the Borough Attorney, do you
6  have occasion to work with the Human Resources Manager?
7  A  Well, yes. We -- although the position that you name
8  is a position that only existed for a couple of years.
9  The function has existed throughout my employment here,
10 but that particular position was of a more limited
11 duration.
12 Q  Okay. And so, is -- was Carolyn Thomas the only
13 person to occupy that position, basically?
14 A  The position title of Human Resources Manager, or
15 whatever her position title happened to be, she was the
16 only one. Someone else did the function before her, had a
17 different job title. The position was revised, she took
18 the job.
19 Q  Okay. Do you have an understanding as to when Ms.
20 Thomas became the Human Resources Manager?
21 A  It was along about February or March of, probably,
22 2004.
23 Q  Okay. Were you involved at all in the hiring
24 process.....
25 A  I was.

Page 8

1  Q  .....for that position?
2  A  I was.
3  Q  How were you involved?
4  A  I was on the interview committee. I reviewed the
5  applications and participated in the recommendation of
6  which candidates to interview, and I participated in the
7  interviews, rating the candidates.
8  Q  Did you participate in the interview of Ms. Thomas?
9  A  I did.
10 Q  Okay. During the interview process, did you have any
11 -- or was there any discussion with Ms. Thomas about how
12 long she expected to be in the position, if she obtained
13 it?
14 A  I don't recall any discussion along those lines with
15 any of the candidates, including Ms. Thomas.
16 Q  Okay. I take it at some point before the hiring
17 process began, there was a decision made to hire a Human
18 Resources Manager, is that right?
19 A  Yes.
20 Q  Were you a part of that decision?
21 A  Part of, probably. But staffing decisions, how the
22 Manager wants to organize his employees, his work force,
23 is really the Manager's decision. There -- pardon me.
24 There had been a Human Resources Director, previously, who
25 resigned, and so there was a vacancy. And then the

Page 9

1  discussion was largely about, okay, are we going to change
2  the position to have it be something different and are we
3  going to fill it? How are we going to provide this
4  function?
5  Q  Okay. How were the positions of Human Resources
6  Director and Human Resources Manager different?
7  A  Well, the pay was different. The Human Resources
8  Manager was a lower-rated position. Pardon me. I would
9  have to compare the job descriptions to give you an
10 accurate summary of what the differences were.
11 Q  Do you know why it was it was determined to hire
12 someone at a higher level to perform those functions? Why
13 it was the Human Resources Manager position was created?
14 A  You mean the Human Resources Director?
15 Q  Well, as I understand it, there was a Human Resources
16 Director before there was a Human Resources Manager.
17 A  Correct.
18 Q  What I'm asking is, why -- basically, why the change,
19 to your understanding?
20 A  Some of the functions that the Human Resources
21 Director was performing were going to be performed by
22 other personnel.
23 Q  Okay. Did the hiring of the Human Resources Manager
24 involve an expansion of the duties over the Human
25 Resources Director, or a narrowing?

3 (Pages 6 to 9)

PACIFIC RIM REPORTING, LLC
www.courtreportersalaska.com

Exhibit _C_
Page _3_ of _29_

f9d95d7c-33a8-4ae1-90f0-86713b1f7e43