Page 69

1     TRANSCRIBER'S CERTIFICATE

2        I, Joanne Kearse, hereby certify that the foregoing

3     pages numbered 1 through 68 are a true, accurate, and

4     complete transcript of the deposition of Scott Brandt-

5     Erichsen, which took place on July 19, 2006, in the case

6     of Carolyn L. Thomas v. Ketchikan Gateway Borough, and Roy

7     Eckert, in his individual and official capacity, Case No.

8     5:06-cv-00001-JWS, transcribed by me from a copy of the

9     electronic sound recording to the best of my knowledge and

10    ability.

11        Dated this 13th day of August, 2006.

12

13

14              JOANNE KEARSE

15

16

17

18

19

20

21

22

23

24

25

Exhibit C
Page 19 of 29

**A**

ability 69:10
able 63:21 64:22
about 2:21 4:11 7:3
   7:21 8:11 9:1
   12:14 13:2 14:9
   14:19,22 15:13,17
   15:20 16:16,25
   17:15,16,20,23
   18:3,14 19:3,6
   20:1,6,10 21:9,23
   22:10,11,12,21
   23:21,24 24:11,17
   25:17,17 26:3,23
   27:1,4,8 28:2,4,7
   28:8,10,17 29:7,9
   29:18 30:1,1,4,9
   31:2,6 33:1,3,13
   34:17 35:4,14
   36:22 39:4 40:1,4
   41:22 42:3 43:9
   43:15,15 44:7,24
   45:1,9 46:17
   50:11 52:8 53:22
   53:23 60:5 63:13
   63:16 64:1 65:2
   65:23 66:6,8 68:1
   68:2,3,16
absence 4:22 54:1
   62:5
absolutely 27:18
   34:23 59:5
access 12:9
accomplished 13:10
according 44:18
accounting 66:8
accurate 9:10 58:2
   69:3
accurately 38:23
acquired 34:18 51:2
across 55:16
acting 4:19
action 43:7,9 44:24
   47:5,25 48:24
   50:11
actions 12:1 49:16
   49:21 50:10 51:9
   51:16,19,20 52:4
active 14:8
activity 50:20
acts 49:8,19
actually 10:15
   32:16,20 34:13
   40:18 47:7 52:15
   53:10 66:9

ad 33:7 37:11 38:17
   46:6
added 40:25
adding 62:20
addition 48:8
additional 35:9
   38:19 41:7 47:11
   47:15 48:4
additionally 53:25
address 2:11 66:15
addressed 60:19
   62:1 66:5,12,19
adequate 66:10
   67:16
adhere 67:19
adjustment 41:11
Administration
   45:14
administrative 6:18
adopted 41:15
adoption 41:3 54:13
   54:14 63:5
advice 4:24 5:2,4,8
   5:11,14,23 19:20
   55:19
advising 19:12 24:7
affirm 2:21
affirmative 51:1
after 16:7 17:19,23
   19:2,25 20:21
   21:3 23:7 25:23
   27:5 28:4,15
   34:17 51:1 54:14
   55:9 65:18
after-acquired 35:7
   37:10
again 6:22 10:3
   20:7 39:5 44:2
   54:16 57:6 60:23
   63:10 68:14
agenda 57:19 60:8
   60:14 66:20 67:6
agents 5:4
ago 6:23
ahead 3:18 35:25
   67:4
airport 33:2
al 2:5
Alaska 1:2,22 2:7,9
   2:10,11
alleged 33:14
allegedly 49:22
alleging 44:25
allowed 62:24 63:2
   63:3,6,9
along 7:21 8:14

although 7:7
among 52:12
amount 25:9,14
   40:15,19,24 41:9
   41:11 63:23 66:10
Amy 42:19
Anchorage 1:22
   2:11
Anders 3:6
Angela 42:19
another 48:17 66:5
ans 42:15
answer 3:17 16:4,5
   19:23 31:14 38:3
   38:11 39:5 48:25
   55:20
answering 36:17,19
answers 37:12
anybody 15:20
   53:13
anyone 4:22 51:14
anything 13:21 18:8
   23:16 30:11 37:18
   42:25 59:6 63:24
   63:25 68:16
Anytime 13:25
anyway 30:19 67:3
anywhere 13:25
   41:14
apart 13:20 33:18
appear 40:5 41:14
   61:10
appearance 3:12,15
   3:18,22 4:8
APPEARANCES
   1:14
appeared 3:20 4:6
   24:3 25:21
appears 36:2,11
   43:3 44:2 46:23
applications 8:5
apply 36:5
appointment 61:14
   62:7
apprised 14:25
appropriate 6:20
   25:5
approval 32:15
approved 32:20
approving 36:2
   43:3
approximately 11:5
   56:24
arbitration 11:12
   36:18 41:18 52:1
arbitrations 10:9

10:11 11:8,25
area 17:7
argue 43:8
argued 41:20
arguing 41:23
argument 37:10
   38:20 43:2 49:14
   52:1 53:15 54:25
arguments 37:1
   38:16,20 39:10,12
arise 21:20
arose 16:7
around 13:5 17:24
   58:16 66:11
arrangement 15:17
   15:20 17:1,4,17
arrangements 6:24
arrived 53:18
articulated 34:16
asked 18:13 20:3,14
   28:8,9 35:4 45:1
asking 9:18 10:25
   34:17 35:14 39:22
   43:14 44:24 51:7
   51:13 52:24 67:5
aspects 12:19
Assembly 5:6 32:15
   32:20 56:21,23
   57:6,11,13 58:20
   59:8,11,17,19
   60:2,9,10,22 63:6
   66:2,21,21
Assembly's 56:3
assign 56:23 57:1
assigned 54:4
assignment 56:17
   58:3 59:15
assistance 21:20
assistant 6:18
assistants 6:12
assisting 26:14
associated 6:7
assume 54:19 57:4
attempt 37:10
attend 17:20
attending 19:11
attorney 3:8,13 4:6
   5:17,19 6:8 7:5
   16:3,7 18:9 58:18
attorneys 5:25 6:4
attorney/client
   15:25 18:5 27:15
   28:11 49:10 53:24
audit 66:9
August 48:17 54:12
   55:12 56:8,9 57:2

57:24 58:4,9
   59:11 60:9 66:21
   67:9 68:9 69:11
authorized 39:13
authorizing 36:2
Avenue 1:17,22
average 53:5
avoid 26:17
aware 12:11 62:3
away 48:12

**B**

back 11:12 27:23
   29:10 30:15,17,20
   30:25 35:3 38:8
   55:16 63:19 64:5
   64:6
bad 27:10
balance 35:22
based 12:22 36:17
   36:19 38:21 39:10
   50:17,21 51:6,12
   57:10 67:25
basic 46:1
basically 7:13 9:18
   21:3 30:24
basis 12:2 17:8
   36:20 52:22,24
   53:2
became 7:20 48:7
before 3:22 7:16
   8:16 9:16 15:5
   16:1 23:8 25:21
   32:17 35:4 55:9
   61:13 63:9
began 8:17
behalf 10:22 51:25
   55:19 57:21
being 2:7 5:6 10:5
   19:11,11 25:16
   26:19 28:7 31:10
   31:13 32:5 37:3
   44:14 48:3 50:15
   50:16 64:1
beliefs 39:11
believe 6:19 7:3
   13:20 14:17 15:4
   16:23 17:9 18:19
   22:7 25:23 26:25
   27:3 28:6,13,19
   28:25 29:2,2,9
   31:5 33:1,20 35:9
   35:12 42:21 43:9
   46:25 50:5 51:11
   51:11,13 52:15,21
   56:5,8 58:15 60:3

THOMAS v. KETCHIKAN GATEWAY BOROUGH, ET AL.                SCOTT BRANDT-ERICHSEN
                                                                  7/19/2006

Page 2

| | | | | |
|---|---|---|---|---|
| 60:7 67:21,21 68:6 | break 27:19 28:9 35:4 48:11 | Cindy 6:15 16:16 16:25 17:10 23:14 | concern 13:13 14:15,19,22 23:21 | 31:16,23,25 32:9 50:1 61:14 62:7 |
| below 58:14 61:5 | Bremerton 1:18 | Cindy's 17:5 | 52:13 60:21 64:1 | continuing 15:10,15 |
| best 10:25 11:1 31:15 44:12 69:9 | Brenda 42:20 broad 64:15 | circumstances 45:7 63:2 64:9 | 64:8,11,20 66:6,8 concerned 65:23 | 20:22 24:25 26:3 33:2 |
| better 22:13 28:14 | brother's 29:19 | citation 61:2 | concerning 44:4 | contract 6:4 11:23 |
| between 24:4,12 26:20 40:16 51:4 | building 65:24,25 bust 41:15 | civil 5:23 claiming 66:11 | 46:4 60:16 67:19 concerns 13:1,4 | 18:18 22:6 contracts 18:19 |
| beyond 37:11,18,21 39:11 | **C** | clarification 62:21 clarified 38:4 | 14:23 26:23 27:1 27:4 28:2,4 58:19 | 32:13,14,16,18,19 32:22 |
| bill 47:21 | C 2:1 | clear 60:11,15 | 63:20 66:1,5 | contribute 48:6 |
| binder 34:4,7 57:17 | call 4:14 11:4 41:1 49:13 | clock 65:14 close 12:3,8 65:19 | 67:13 concludes 68:20 | contributing 48:9 contribution 40:17 |
| bit 63:15 Bjork 42:20,20 | called 40:14 41:2 | code 35:24 36:5 | conclusion 24:9 | 40:25 41:11 47:12 |
| board 12:1 13:6 | calls 4:16 | 40:13 41:1 42:25 | 49:6 52:23 53:10 | controlled 67:24 |
| bodies 67:2 | came 13:5,22 15:17 | 43:4 45:16,21 | 53:14,15,17,19 | conversation 12:6 |
| Borough 1:6 2:5,8 3:8,9,13,21 4:22 | 15:20 16:1 29:7 30:3 49:6 50:18 | 47:6,9 48:23 55:7 60:16 61:8,19,21 | conclusions 39:11 conclusory 57:10 | 17:11,14 19:3,19 20:5,12 29:15 |
| 4:23,25 5:3,6,13 | 59:15,16 68:14 | 62:14 | concur 63:8 | 30:5 31:22 59:18 |
| 5:17,19,22 6:1,4 | candidates 8:6,7,15 | combination 35:21 | concurred 63:6 | 68:3,4,8,16 |
| 6:10 7:5 10:23 12:7 13:14,18 | capacity 1:8 5:15 69:7 | 48:20 come 11:20 24:9 | condition 61:14 62:7 | conversations 16:15 20:8 68:2 |
| 14:4,14,16,18,21 | capitalized 61:5,7 | 29:10,24 30:17 | conduct 44:24 47:3 | copies 22:8 24:10 |
| 15:10 16:7,15 | 62:11 | 48:7 52:22 55:2 | 50:10 51:10,12 | 59:8 |
| 19:21 33:5,13,18 | care 23:13 | 64:5,6 | conducted 50:3 | copy 23:2 69:8 |
| 34:18 39:7,12,13 39:19 41:8,19 | Carolyn 1:3 7:12 16:18,19 17:8,12 | comes 23:18 coming 3:17 | confidence 18:8 confidences 15:25 | Corey 1:21 corporate 5:3 |
| 43:4,13 44:18,25 | 69:6 | comment 13:18 | confidential 19:13 | Corporon 16:16,25 |
| 45:14,17,21 46:3 | Carolyn's 17:6 | comments 57:10 | 55:17 58:19 | correct 6:11 9:17 |
| 46:6 47:6,9 48:6,8 | case 1:5 2:5 3:13,19 | committee 8:4 | confine 37:12 | 12:13 30:8 38:10 |
| 49:20,24 50:2,4 50:25 51:14,25 | 4:6,13,21,25 5:12 12:11 23:9 32:25 | communicate 21:22 25:4,9 26:18 | conflict 24:3 43:4 45:21 | 58:6 61:1,6,11 correctly 36:4 |
| 52:16,18 53:11,13 | 34:1 50:25 61:24 | 58:18 | conjunction 11:24 | Cossman 2:2,10,19 |
| 53:16 54:12,16 | 69:5,7 | communicated | connection 4:25 | 2:25 27:22 35:2 |
| 55:7,19 58:12 | cases 50:18 | 25:11,12,20 | 5:12 | 63:18 68:20 |
| 60:12,16,17 61:8 61:13,15,19,21 | center 58:16 certain 10:4 33:13 | communicating 21:18 | considered 32:5 considering 60:11 | cost 40:18 50:3 couched 63:24 |
| 62:6,14,14,24 | 38:23 40:20 53:4 | communication | 66:22 | counsel 2:14,25 |
| 65:24 66:4,23 | 64:18 | 18:25 21:17 23:4 | consisted 34:20 | 4:19 6:2,7 |
| 67:22,23 69:6 | CERTIFICATE | 24:25 25:9,14,16 | consistent 45:16 | counselor 26:17 |
| Borough's 19:12 | 69:1 | 33:3 49:13 55:17 | 47:6,8 48:21 | couple 7:8 11:2,8 |
| 34:10 36:18,22,24 | certify 69:2 | communications | constitute 43:22 | 13:6,24 18:17 |
| 38:13,16 39:14,15 39:16 40:16 43:17 | change 9:1,18 41:3 47:23 48:3,15,17 | 22:4,8 compare 9:9 10:4 | constitutes 43:19 45:22 | 25:19 41:9 53:5 57:4 60:19 66:18 |
| 47:12,24 48:18 | 54:3,10 55:1,9,10 | compensation | consult 27:16 34:5 | course 20:9 29:15 |
| 55:6 | 62:18,19,22,23 | 35:23 36:3,7,15 | contact 56:22 | court 1:1 2:6,13 |
| both 2:12 | changed 47:14,18 | 38:12 39:21 40:6 | contacts 14:10 | courtesy 24:10 |
| bottom 40:9 | 48:1 54:6 | 40:13,14 41:2,7 | contains 34:7 | covered 27:14 |
| bounds 4:5 | changes 40:6,10 | 47:12,14,17 48:5 | contemplating | 28:10 49:10 |
| Brandt 69:4 | changing 54:18 | 48:11 | 55:11 | coy 50:15,16 |
| Brandt-Erichen 58:18 | 55:3,5 characterize 43:7 | complaint 24:19 complaints 24:16 | contemporaneously 16:3 | co-workers 14:1 created 9:13 |
| Brandt-Erichsen 1:11 2:3,24 3:1,6 | chat 14:11 chatting 14:1,2 | 26:18 complete 69:4 | content 18:25 contention 34:11 | creates 41:13 credit 66:11 |
| 18:11 19:15,18,24 | check 46:21 | component 41:7 | continue 64:17,19 | Creek 65:24 |
| 42:7,10,12 68:21 | checking 56:7 | 47:16 | continued 31:9,12 | criminal 5:22 |