criteria 67:25
criticisms 24:16
cross 19:9
currently 3:7 6:5

**D**

D 2:1
daily 12:2 17:7
  61:16 62:8 63:3
  63:10
date 15:4 16:10
  18:23 47:22 56:23
  57:2,5 67:21
Dated 69:11
daughter 30:18,23
daughters 30:18,19
David 36:11 40:1
  40:11
day 12:5 13:24 17:7
  53:5,11 57:24
  69:11
days 12:5 17:23
  21:25 52:16 53:7
  57:4 66:7
day's 66:3
DC 65:21
dead 17:5
deadline 3:17
deal 14:2 32:9
dealing 32:8 62:16
dealings 12:11
deals 65:22
dealt 61:23 65:17
  65:17
December 7:4 33:20
decided 51:14,22,22
decision 8:17,20,23
  49:15 50:7,8,9,14
  51:5,21
decisions 8:21
decline 55:20
declined 54:16
deemed 25:5
defect 46:22
defective 46:15
defects 41:18
defend 50:20 51:12
defendants 1:9,19
  2:18
defense 37:21 51:1
defer 10:24 56:12
definitively 52:6
degree 24:6
department 21:19
  22:15 57:23 66:19
departure 53:3

deploy 55:6
deposition 1:11 2:3
  2:7,13 4:4 23:20
  68:21 69:4
describe 5:16 6:21
  11:16 54:9
described 15:6
  41:16 49:8
description 5:20
  6:22 10:24 11:19
  22:22 23:1,2 24:3
  37:5
descriptions 9:9
  10:3,6 40:9,10
desk 29:24
detailed 37:5
details 37:3
determination
  49:12 50:12 51:8
  51:21,24 52:4
  53:14
determine 55:7
determined 9:11
  51:15,18
develop 13:7
developing 11:24
dictated 4:13
difference 24:3,12
  64:9,21
differences 9:10
different 6:6 7:17
  9:2,6,7 10:5 21:7
  23:7 25:15 36:6
  40:16 49:17
differentiate 41:19
differently 18:9
difficult 48:8
difficulty 42:23
Direct 3:3 14:12
director 8:24 9:6,14
  9:16,21,25 10:8
  10:10,19,21 11:4
  11:6 45:18
disallowed 63:1
discharge 46:8
disciplinary 11:22
  48:24
disciplined 44:4,10
  44:13 67:18,24
disclosure 49:13
disclosures 34:1
discoverable 4:3
discovered 33:20,22
  50:2
discovery 23:10
  50:5

discretely 47:16
discretion 54:3 55:7
  55:9
discuss 28:24 29:22
  58:11 59:23
discussed 16:21
  49:22 67:8
discussing 29:12
discussion 8:11,14
  9:1 18:23 19:6
  29:7 30:6 33:12
  58:16,23 59:16
  67:5,7
discussions 16:24
  17:2,3 19:25
  28:17
dispute 16:1,7 18:7
  20:15 54:22
distinct 68:17
distinction 51:4
District 1:1,2 2:6,6
doctor 53:9
document 60:24
documents 6:25
  11:24 23:11 33:13
  35:5,10 36:2 38:4
  41:18 44:19,20,21
  47:1
doing 12:23 15:7
  16:14,17,17,18
  17:9 22:15,20,23
  24:4 26:22 29:18
  29:19 33:8 36:4
  46:14,15 52:9
  53:3,8,9,11 66:3,4
  66:12
dollars 48:5 50:4
done 3:14 10:7 23:1
  40:19 41:1,6,10
  45:17 48:12,13,14
  48:16 50:19 59:20
  59:21 63:16
double 46:21
down 54:24,25
dozen 18:14 22:8
  53:5
draft 56:1 59:1,12
  60:6
drafted 55:25 60:13
  60:14,24 61:24
  66:14 67:7
drafting 55:21
drag 42:4
draw 51:4
drawn 53:16
dropped 41:5

duration 7:11
during 8:10 10:9
  11:2 12:18 13:1
  21:7 22:20 26:2
  27:2 30:21 31:22
  32:19 33:3 35:7
  57:13 67:9
duties 4:21 5:16,19
  6:21 9:24 20:23
  20:25 22:18,22
  23:6 24:1,1 26:4,5
  26:8,11,13 29:13
  31:4 43:20,22
  44:15 45:1,13,23
  46:9 54:12 61:17
  62:9 63:4,11
duty 46:2

**E**

E 2:1,1
each 17:7 35:12
  48:15 52:16 66:12
  68:7
earlier 25:24 33:22
  39:18 47:22 68:1
early 30:20 56:8
  68:9
easy 41:6
Eckert 1:7 5:12
  16:22 17:20 18:2
  18:13 19:3 23:22
  24:5 26:24 27:1,4
  28:3 52:3 53:18
  54:6,19,21 55:11
  55:18 59:21 60:1
  60:6 63:21 69:7
educate 26:16
effect 27:9
effective 21:5 47:22
effort 25:25
eight 52:16,17
  53:11
either 4:17 5:20 7:4
  22:7 37:6 45:4
  54:1
elected 5:5,6,24
  67:2
electronic 69:9
eliminate 41:7
eliminated 10:20
  47:17
email 21:19,23
  22:14,15 24:4
  25:24 53:7
emails 24:10 53:6
empirical 53:9

employed 3:7 5:25
  6:8
employee 6:10
  21:24 32:11 40:18
  47:11 50:19 54:4
  67:15
employees 8:22
  13:9 16:15 26:18
  26:20 36:12,15
  43:14 59:13 60:12
  60:17 62:14 65:23
  66:18,23 67:18,22
  67:24
employee's 61:15
  63:11
employment 7:9
  11:2 19:3 28:17
  30:9 58:11 61:15
  62:7 63:22 66:16
enacted 66:15
enactment 48:1
  61:8 62:17
end 12:6 17:5,5
  18:20,24 47:19,20
  64:12,12 68:22
ended 11:12 41:8
energy 14:13
enough 20:16
entered 3:12
entering 3:15
entitled 35:24 39:3
  41:4 47:15
entity 5:3 19:21
entry 3:18
equivalent 40:16
  48:5
Eric 2:10
Erichsen 69:5
errors 41:9 45:24
essentially 10:22
  16:6 19:1 54:8
estimating 22:13
et 2:5
evaluation 40:22
even 63:5
events 29:19
ever 13:1,13 14:15
  14:18 20:18 63:20
every 12:5 53:7,11
evidence 34:18,20
  35:7 37:10 51:2
  51:23 53:10
EXAMINATION
  3:3
example 39:25 48:3
except 61:18 64:3

exchange 22:14
excluding 28:23
excuse 44:23
executive 5:9 58:10
  58:15,22,24
exhibit 34:10,11
  35:14,18,21 40:3
exhibits 34:7,20
  35:6,10,12,22
  36:9,10,25 37:12
  38:9,14 40:3
  42:16,16 46:7
  49:23
existed 7:8,9
existing 67:22
expand 37:10,21
  38:18
expansion 9:24
expected 8:12 31:3
explain 42:23 45:6
explained 41:17
  47:10
explaining 40:10
explanation 49:1
express 23:21 26:23
  27:1,4 63:20 64:1
expressed 30:14,16
  60:10 64:11 67:13
expresses 64:19
expressing 28:2,3
  66:22
extent 5:13 38:15
  54:21,23 60:4,4
  64:18
extra 13:10,23

F

fact 16:4 17:11
  25:16 60:15
facts 33:13
failing 34:14 46:1
failure 48:18 67:19
fair 63:23
fairly 37:4,5
family 30:24 53:9
far 31:25
fashion 41:17 43:16
  45:18
February 7:21
  11:14
feel 18:9 27:18
  34:23 38:14
fewer 24:10
file 3:16,18 35:11
files 42:5
filing 3:17 6:25

fill 9:3
Finance 45:18
find 43:12 55:4
  63:21
finished 18:20,21
first 21:9 22:10,11
  22:20 23:24 29:4
  40:1 48:14 51:14
five 6:6
focused 64:8
folks 18:14 53:6,16
follow 14:11 36:5
followed 14:10
following 14:13
  41:3 46:13 63:5
follows 3:2
follow-up 28:8
football 29:19
force 8:22
foregoing 69:2
form 5:10 44:5,8,11
  44:13,14
forms 43:3,18 45:2
  45:12,16,20 47:3
  50:11
forward 22:11
four 6:6 28:22
  30:19 66:7
Frankly 65:4
free 19:17 27:18
  34:23 38:14
Fridays 66:8
friend 14:11
friends 14:10
from 2:10 10:20
  12:11,14,20 13:20
  14:12 15:16,19,19
  16:19 17:13 19:11
  20:19,23 22:8,11
  23:7 24:17 25:1
  25:25 26:2 27:10
  29:17 33:18 40:6
  41:18 47:12 55:17
  56:19,21,22 57:1
  57:2 59:15 64:18
  65:25 66:1 68:17
  69:8
front 2:9 34:2 37:12
  44:2
full 3:5 66:2
function 7:9,16 9:4
  10:4,20 12:22
  18:15 45:15
functions 9:12,20
  11:7,12,18 26:21
  29:16

G

G 2:1,11
Gateway 1:6 2:5,8
  3:8,13,20 58:12
  69:6
gather 13:23 57:2
gave 55:8
general 11:18
generally 5:16 6:24
getting 31:17
gist 5:22
give 2:21 9:9 17:15
  19:16 23:10 26:10
  39:25
given 12:5 56:4
  58:5
gives 55:7 56:23
giving 41:10
go 3:17 17:12 27:21
  34:6,24 35:25
  38:8,19 39:11
  42:6 59:9 63:15
  67:3
goes 58:23
going 3:11 9:1,3,3
  9:21 15:1,1,7,9,15
  15:24 16:13,14,18
  17:8,12 18:17
  19:7,8 25:14
  27:22 35:2 37:13
  37:14,25 38:5
  40:6 41:23 42:4
  58:16 63:18 65:13
gone 25:15
good 12:21,24 13:7
  55:14
gotten 48:5
grade 41:13 47:13
gradient 21:9 22:10
  23:25 24:2
gradients 21:7
great 14:2
Greg 42:20
grievance 11:11
  22:5 26:20 28:21
  33:6,9,23 34:8,19
  35:7,11 36:19,23
  36:24 38:17,21,23
  39:2,16,19 41:17
  41:20 46:6 49:14
  52:7 53:25 64:3
grievances 10:8,11
  10:22 11:7,25
  26:15
guess 38:8 42:12

Gutzman 36:11
  40:1,11 42:1,18
  42:22 43:1,21
  44:16 47:10
Gutzman's 46:23
guy 48:10 65:23

H

half 7:3 22:8 48:10
hand 2:20
handle 13:6
handled 46:1
handling 10:8,10,22
  50:17
happen 4:17 15:1
happened 7:15 54:5
having 12:6 20:5
  37:17 66:9
heads 21:19 22:15
hearing 33:6,9,12
  33:24 34:8,19
  35:8,11,13 36:19
  36:23,24 37:1,1
  37:11 38:9,18,21
  38:23 39:2,8,16
  39:19 46:7 49:14
  52:7,14 53:25
  64:3
hearings 28:21,23
Heath 42:20
held 2:7
help 19:7 37:8
helpful 64:25
hence 4:3
her 6:14,16,21,23
  7:15,16 11:17,23
  12:2,6,10,17,19
  12:20 13:2,17,19
  14:1,2,4,5,7,11,13
  14:19,22,24 15:1
  15:16,19 16:14,18
  17:9,12,15,21
  20:3,10,14,19
  23:6,10 24:1,17
  24:22 25:1,6,23
  25:23,25 26:4,8
  26:13 27:2,5,9,9
  27:11 28:5,7,16
  28:17 29:10,13,16
  29:18,19,21 30:3
  30:9,12,15,17,19
  30:21,22,22,23,24
  30:24 31:20,22
  32:6,8,9,16,25
  33:18 36:1 43:2
  43:20,22 45:1,11

45:11,12 46:4,9
46:23 47:3 50:3,5
50:9,13 51:20,22
53:3,3,8 54:12
63:22 64:2,8 65:2
65:9 67:8 68:2,8
high 37:4
higher 9:12 10:13
  10:14
Highland 1:17
him 16:2,5 19:19
  37:12 40:18,20
  41:8,10 42:4
  53:22,23 55:8
  59:23
himself 66:3
hire 8:17 9:11 46:13
  46:20
hired 6:23 11:6,13
  40:4,15 48:15
  65:18
hiring 7:23 8:16
  9:23
history 14:7
hoc 33:7 37:11
  38:17 46:6
hours 52:16,17
  53:11 55:8 66:7
house 30:21,24 65:9
Houts 43:25 44:4,7
  44:10
HR 12:22,25 13:5
  14:4 18:15 26:15
  29:16 45:15,15,19
  45:25
Hull 42:19 46:17,19
  46:20 47:10
human 7:6,14,20
  8:17,24 9:5,6,7,13
  9:14,15,16,20,23
  9:24 10:7,9,12,19
  10:21,21 11:3,6,7
  11:10,13 14:14
  20:23 22:18 29:13
  29:22 31:3,9,24
  31:25 32:6,8,9
  36:3 58:12
husband 30:23

I

identified 42:16
  47:16
identify 2:14 13:19
impacts 23:17
implicates 16:6
important 49:2

**impromptu** 30:6
**inaccurate** 37:3
**inappropriate** 45:5
  46:18 47:2
**inartful** 65:1
**include** 28:21 40:14
  40:15
**including** 8:15 10:8
  11:7 48:24
**incremental** 40:19
  40:24 41:10
**independent** 16:20
  20:11 59:14
**indicate** 15:9 56:22
**indicated** 15:15
  18:15
**indicates** 57:15,24
  59:15
**indicating** 52:17
**indication** 17:15
  56:24 57:8,12
**indicator** 22:13
**indiscernible** 27:24
  34:22 40:2
**individual** 1:7 5:15
  11:5 49:2 69:7
**individuals** 44:12
**infer** 27:11
**inferred** 19:1
**information** 4:3
  12:22 16:20 19:13
  24:5 36:21 38:22
  58:21
**initial** 61:14 62:7
**initialed** 57:20
**initially** 37:6 40:1
**input** 24:16
**inquire** 43:17
**inquiry** 24:19,20
**instead** 40:22 48:3
**instruct** 16:4 19:22
  55:16 60:6
**instruction** 56:1,4
  58:4
**intent** 3:21
**intention** 37:20
**interact** 12:2
**interaction** 24:17
  32:18,21
**interactions** 13:9
**interest** 57:25 60:10
  66:22
**interested** 14:4
**interfered** 62:8 63:3
  63:10
**interfering** 61:16

**intermediary** 26:20
**interpretation**
  11:23 22:6 64:21
**interview** 8:4,6,8,10
**interviews** 8:7
**involve** 9:24
**involved** 4:21 7:23
  8:3 10:13 24:7
  32:11 55:21,24
**involvement** 22:3
**involves** 6:24
**involving** 23:4,25
  26:15 35:8
**in-house** 6:2
**Irrespective** 45:23
**issue** 21:20 29:25
  30:1 33:1,15,17
  40:4 44:22 65:4
  65:12
**issues** 11:17,23
  12:25 13:5 14:11
  14:13 21:22 23:5
  26:15 29:22 30:2
  32:8,10,11 39:14
  65:2,17 66:12,15
  66:19

                J
**Jackie** 14:12
**Joanne** 69:2,14
**job** 5:20 6:22 7:17
  7:18 9:9 10:3,6,24
  12:17,19,21,24
  13:2 14:5,19
  15:16 16:14,18
  17:9,12 22:22
  23:1,2 31:10 36:4
  42:4 45:20,25
  46:15 50:3 58:17
  64:17 65:14,20
**July** 1:12 2:9 18:21
  18:25 19:1 29:5
  29:22 32:7 48:17
  56:8,9 68:3,11
  69:5
**June** 12:12 14:22
  14:25 16:21 17:24
  18:25 21:3,13,14
  22:9,11 27:5 28:5
  40:12 41:4 47:19
  47:20 48:7,17
**Juneau** 65:21
**just** 4:11 10:6,25
  14:1,2 20:16 24:4
  36:12,14 37:9
  41:16 42:4 51:8

57:9 63:16 66:11
**justified** 33:14,21
  49:25 50:6,10,13
  51:2 52:5
**justify** 46:9 48:23
  49:3 50:22 51:5
**justifying** 46:16
**JWS** 2:6

                K
**KB074** 34:6 35:16
  35:22
**KB108** 40:3
**KB112** 43:23 44:7
  44:11 45:9 46:5,7
**KB113** 43:23,25
  45:8 46:5,7
**KB118** 46:24
**KB119** 46:24
**KB120** 46:24
**KB129** 34:24 35:5
**KB315** 56:14,16
**KB316** 56:20 57:11
**KB7** 44:22
**KB72** 44:22
**KB74** 34:23 35:5
  44:23
**KB75** 44:23
**KB76** 44:23
**KB77** 44:23
**Kearse** 69:2,14
**keeping** 21:16 41:8
**Ketchikan** 1:2,6 2:5
  2:7,8,9 3:8,13,20
  24:12 25:7,12
  30:17,20 58:11
  69:6
**kids** 30:19
**kind** 17:4 41:21
**knew** 31:25
**know** 3:14,18,24
  4:1,4,5,12,17,18
  4:21 9:11 13:17
  14:18,20,21,23
  18:4 19:8,10
  23:18 24:12 36:3
  37:23,24 39:5
  41:21 42:5 45:2
  45:18,19,24 48:17
  49:11,11 53:5,18
  53:21 54:22 55:11
  59:16 60:18 61:22
  61:23,25 63:12,23
  64:4,5,21 65:5,18
  65:19 66:2,6
  67:14

**knowledge** 4:3
  31:15 44:6,12
  52:3 69:9
**knows** 37:24

                L
**L** 1:3 69:6
**label** 6:20
**Labor** 11:25
**language** 32:19
**largely** 9:1
**larger** 25:9 37:7
**last** 25:18 58:19
**lasted** 21:11 25:25
**lasting** 17:16
**later** 68:14
**law** 47:14,18 48:1
  61:12,13,18,20
  62:1,6 63:9
**lawyer** 19:12
**least** 11:11 15:5
  21:14 28:22,25
  30:18 32:9 68:8
**led** 48:23
**left** 11:9,9 12:23,25
  15:5 16:10,11
  17:25 21:3 23:8,8
  25:10 30:14
**legal** 2:10 4:24 5:2
  5:11,14,23 6:13
  6:18,19 19:20
  55:18 56:18 57:23
**legislation** 41:4
**Lervick** 42:19
**less** 39:17
**let** 15:23 16:9,9,12
  36:22 44:2 46:20
**letter** 20:1,15,18
  64:4
**let's** 21:9 27:21 40:7
  43:23 46:25 54:24
  59:6
**level** 9:12 10:13,14
  10:17 24:17 26:19
  46:8
**levels** 48:1 50:12
**like** 4:5 12:14 19:13
  27:15 30:15 38:11
  42:3 56:14,17
  57:16 58:4,7
**likely** 4:15,16 22:5
  43:10
**limited** 7:10
**line** 19:9 55:16
**lines** 8:14
**list** 23:11 26:10

**listed** 4:2 42:21
**litigation** 23:5
  26:15 32:25
**live** 30:25
**living** 30:21,24
**Loading** 47:11
**located** 2:8
**location** 54:3,6
  58:17 61:16 62:8
**locations** 55:8 67:23
**long** 3:10 7:2 8:12
  17:16 21:11 25:18
  31:3
**longer** 4:20 41:4
  47:15
**look** 3:16 10:3 23:2
  34:21 35:11 36:9
  40:2,3 50:18
**looked** 5:20
**looking** 26:16 44:19
  57:1 58:13
**looks** 45:19 56:17
  58:4
**lot** 13:10 14:10
  48:21 66:1 67:2
**low** 27:24
**lower** 10:17 11:11
**lower-rated** 9:8

                M
**made** 8:17 13:11,18
  25:19 37:1,11
  38:17,20 39:1,12
  45:24 49:12,14,15
  50:7,12,14 51:8
  51:24 52:1,3,8
  53:13,14,15,15
  56:10 57:3,7
  59:10
**mailing** 2:11
**maintained** 32:2,3
**maintains** 54:2
**make** 4:4 27:10
  28:6 31:2 39:10
  45:25 46:13 57:12
**makes** 63:7 65:21
**making** 6:24 57:10
**managed** 13:6
**management** 5:5
  19:12 52:15,22
  54:2
**manager** 5:14,24
  7:6,14,20 8:18,22
  9:6,8,13,16,23
  10:13,21 11:4,10
  11:14 13:14,18