14:16,18,21 20:23
22:19 29:14 31:4
31:9,24 32:1,2,6
36:3 45:15,18
50:4 51:19 55:7
58:12
**Manager's** 8:23
54:2
manner 45:16 50:3
many 6:5 17:7
28:20,24
March 7:21 11:14
Mark 1:21 2:18
marked 35:5
match 41:14
math 40:11
matter 2:4,22 32:24
41:22 54:23 60:21
matters 5:23 6:6
14:6 32:12,21
may 3:14 5:10
13:17 14:4 16:15
20:3,7,9,13 30:1
32:23,25,25 33:4
36:11 37:24 38:3
38:19,21 39:11,12
45:24 51:17 55:15
56:8 57:8,9 58:5
67:2 68:11
maybe 6:5 11:1
43:15 53:5 68:14
Mayor 5:7 56:22
57:8,9,10 58:14
59:11,16 60:21
67:13,14
mean 9:14 26:12
27:7 33:17 45:4
55:6
meant 42:4,9
meeting 17:20 18:3
18:14 19:2 20:1
29:21 30:7 56:4,6
56:11,23 57:11,19
58:19 59:9,12
60:9 66:21 67:9
meetings 6:25 19:11
53:6 56:13 57:13
member 59:11
members 57:7
60:10,22 66:2,21
memorandum
58:20,20
mentioned 13:20
17:10 32:14
merit 41:15
mid-August 22:9

might 13:19 21:19
22:6 39:10 53:7
64:22
mind 23:18 54:3,6
54:10,18 55:1,3,5
minutes 56:13
58:10 59:2,7,9
67:10
misconduct 44:16
misunderstanding
51:17
Monday 17:25
money 41:5 48:21
Montgomery 6:15
16:25
month 18:20,24
21:12,13 22:12,13
months 13:7 30:21
more 7:10 16:17
37:14 39:17 42:4
42:5 43:15 48:7
49:4 58:2 62:21
64:8,22,23 65:21
morning 65:13
most 13:11 23:3,17
36:3
mother 53:9
mother's 65:9
motion 58:23
move 15:1 17:15,21
19:10 30:25 64:2
65:3
moved 12:12,15
14:24 17:19 28:5
28:16 30:20,20,23
moving 15:2 17:9
18:16 40:22
multiple 31:21
myself 57:12

—— N ——

N 2:1
name 2:10 3:5 6:14
7:7 56:22
names 36:12
narrative 40:9,10
narrowing 9:25
10:1,2
nature 11:16 16:18
17:1 24:20 28:8
necessarily 5:10
49:3
necessary 58:15,22
need 6:24 12:9
27:18 38:15
needed 32:15 64:6

needs 65:19
negligence 48:23
negligent 43:20,22
44:15,25 45:5,6
45:12,23 46:8,18
47:2 49:8 50:3
negotiations 18:18
21:18
nephews 29:18
never 18:11 64:11
next 56:20 57:11
nice 29:10
nieces 29:18
none 44:12
non-rep 41:12
notes 56:20 57:12
57:14
nothing 2:22 43:20
notice 4:7 20:18
November 21:6
33:20
number 5:4 12:24
20:8 40:6,21
numbered 69:3

—— O ——

O 2:1
oath 39:4,6
object 15:25
objection 59:22
observation 24:6
obtained 8:12 38:22
obtaining 11:24
55:18
occasion 7:6
occasions 28:20
occupy 7:13 31:12
occurred 48:15
October 26:1 68:14
odd 66:6
odds 37:3
off 27:21,22 34:24
35:2 63:15,18
66:8 67:17
offense 48:19
offer 32:17 37:14
50:21
offered 33:23 34:8
34:18 35:6,10,12
35:18 54:11,15
offering 18:8
office 11:21 12:8,9
12:10 13:25 17:4
25:1,6 29:9 65:25
offices 2:8 12:7 17:4
33:19 54:12,16

official 1:7 28:23
69:7
officials 5:5,6,24
often 29:23
oh 10:16,16,18
21:24 25:19 26:1
35:25 40:2
okay 2:2 3:7,10,12
3:20,24 4:2,10,18
5:8,11,16,25 6:16
7:5,12,19,23 8:10
8:16 9:1,5,23
10:12,16,20 11:13
11:16 12:2,4,11
12:14,16 13:1,4
13:13,22 14:15,24
15:6,17 16:8,21
16:24 17:14 18:2
18:6 19:2,24
20:25 21:7,9,10
21:13,15 22:10,18
23:6,16,24 24:9
24:11,20 25:17
26:2,23 28:12,14
28:20,23 29:1,4,7
29:12 30:6 31:2
31:22 32:4,11
33:5,12,23 34:1,3
34:25 35:3,4,14
35:20,25 36:7,17
37:8 38:2,7,11
39:9,18,25 41:16
42:7,10,22 43:12
43:21,25 44:4,7
44:10,15 46:11,17
46:25 47:2,8,24
48:18 49:6,15
50:24 51:11,24
52:11,14,22 53:13
54:9,18 55:3 56:1
56:14,15,18 57:1
57:6,16,18,22
58:1,4,7,8,14 59:1
59:6,8,21 60:15
60:23 61:2,23
62:2,17 63:15,17
63:25 65:7 66:14
66:20 67:1,5
68:12,18,20
omit 38:20
once 13:10
one 4:21 7:16 13:17
14:8 16:13 18:6
18:13,13 23:17
27:11 29:4 30:1
30:18,19 36:11

40:1,4 41:10
43:23,23 48:2
49:2 53:7 56:17
58:22 60:20 66:4
68:8,11,13
ones 42:15,21
only 5:13 6:8 7:8,12
7:16 16:13 17:11
18:6 23:18 37:9
42:21 50:24 55:16
67:8,10
open 59:18
open-ended 38:3
opinion 32:17 36:20
50:22,24 55:18
64:19
opportunities 26:16
opportunity 27:16
54:11,14,15,17
60:3
opposed 23:8 36:5
order 12:9 40:8
ordinance 5:18 54:1
54:13,15 55:9,10
55:21 56:2 59:2
59:12 60:1,6,11
60:19 61:8 62:10
62:15,17 63:1,5
65:15 66:13,14,22
67:19
Ordinances 61:19
61:21
Oregon 12:12,15
14:25 15:2,11
16:10,14,19,22
17:9,12,15,19,21
17:21,23 18:16
20:21,23 24:14
25:1,13 28:5,16
31:4 53:7 64:2,18
65:3,7 68:3
organize 8:22
other 5:25 9:22
14:3 16:15 17:7
27:10 32:21,22
33:19 37:13 38:3
41:11 44:15,21
45:24 46:7 53:8
53:16 59:8 61:25
65:23 67:18 68:17
others 67:14,21
otherwise 48:7
61:18
out 5:18 13:25 16:1
30:3,3 37:9 40:7
43:12 55:4 60:11

**outside** 6:6 41:2 62:24
**outstanding** 12:24
**over** 9:24 11:6 20:8 40:20 64:12
**oversight** 67:16
**overtime** 21:25
**own** 49:3
**owned** 66:1 67:23
**owns** 65:24

**P**

**P** 2:1 40:5
**packet** 44:22
**page** 40:3 52:19,20 54:20 56:20 57:11
**pages** 69:3
**paid** 21:24 31:10,13 32:5
**papers** 7:1
**paraphrasing** 67:17
**pardon** 8:23 9:8
**part** 8:20,21 14:5 25:25 38:21 56:11 57:17 58:9 59:2
**participant** 19:9
**participate** 8:8
**participated** 8:5,6
**particular** 7:10 42:24
**parts** 48:2
**passed** 47:22
**past** 12:10
**Paulsen** 42:19
**pay** 9:7 10:14 22:1 40:15,20,23,24 41:12 43:3 47:13 47:15 48:1 50:12
**paying** 11:11 41:8
**pending** 18:18,19 23:5,9 32:24
**people** 14:3 18:12 18:14 29:24 41:25 42:13,14 43:8 60:20 66:6
**per** 27:6
**percent** 40:22,23,24 48:10
**perform** 9:12 12:20 15:10 20:22 26:4 54:12
**performance** 12:18 14:19,22 23:6 27:2,5,9,9,11 28:2 28:4,7 43:20,22 44:15 45:1,12,23

46:15 61:16 62:9 63:4,10
**performed** 9:21
**performing** 9:21 13:2 20:25 24:1 26:9 31:3 52:16
**perhaps** 37:7 59:11
**period** 10:9 12:14 13:2 21:8 22:9,11 22:20 23:7,24,25 25:17 26:3 27:2 32:19
**permitted** 43:4
**PERS** 40:11,17,25 41:11 46:21 47:11 48:6,10
**persistent** 49:5
**person** 4:2 7:13 11:3 12:25 14:8 19:11 29:1,2 41:25 45:19
**personal** 36:20 39:11
**personally** 37:24
**personnel** 9:22 21:20,22 23:5,9 33:1 42:5 46:14 50:11,17
**persons** 35:23 36:4 36:7 38:12 39:21 39:23 45:24
**phonetic** 14:12 42:20
**place** 54:10 69:5
**placed** 37:6
**placement** 45:11 46:4 47:3
**plainly** 42:11
**plaintiff** 1:4,15 2:4 2:17
**Planning** 66:18
**playing** 66:11
**please** 2:14,19 3:5 18:10
**plus** 40:15,24
**point** 4:6 8:16 19:10 19:17,18 31:8 32:7 38:8 48:21 54:22 55:15 60:15
**points** 39:17
**policies** 43:5 45:17 45:22
**policy** 42:24 58:17 60:12,16 62:13,18 62:21
**politically** 14:8

**politics** 14:10
**poor** 27:9 28:7
**portion** 16:5
**posed** 51:1
**position** 3:10 5:13 6:16,18 7:2,7,8,10 7:13,14,15,17 8:1 8:12 9:2,8,13 10:13 11:9,11 20:19 22:19 26:4 26:13 31:12,17,20 36:18,22,24 39:7 39:7,13,15,16,19 40:20 41:12,13 43:17 46:3,6,9,22 47:24 48:18 49:20 49:24 50:25
**positions** 9:5
**practice** 3:16
**preparation** 6:25 23:4,19 26:14
**prepare** 45:15
**prepared** 20:1,15 20:19
**preparing** 45:20
**presence** 54:1
**presentation** 39:1 52:8
**presented** 32:15 38:16 66:15
**presently** 15:21,23 15:24
**pretty** 12:3,8 13:7 38:25 39:23 64:15 65:1
**previous** 62:25
**previously** 8:24 47:20
**primarily** 32:13 43:23 66:14
**primary** 4:21 10:4 26:4,5,8,10,13 44:20 45:25
**prior** 3:14,14 12:25 14:22 16:21 27:16 31:20 40:12 48:2 53:2 54:12 60:2 61:8 62:14
**privilege** 18:5 27:15 28:11 49:10 53:24
**probably** 3:23 7:21 8:21 12:3 18:5 21:12 22:8 25:8 25:25 28:21 34:21 49:9 58:2 59:24 67:16

**probationary** 40:21
**problem** 16:2 46:2 48:7 49:5
**problems** 26:17
**procedure** 42:24
**procedures** 11:22
**proceedings** 28:24
**process** 7:24 8:10 8:17
**produce** 53:4
**productive** 13:12
**projects** 13:19
**proper** 36:5
**properly** 46:1
**propose** 29:23
**proposed** 60:1
**protected** 53:23
**provide** 9:3 11:18 36:21 38:19
**provided** 4:24 5:2,4 5:8,10,11,14 24:5 35:23 36:7,8,15 36:16 37:17,18,21 38:12,13 39:21,22 49:1 56:13 58:21
**provides** 41:15
**providing** 5:23 19:20
**provision** 42:24
**provisions** 48:22 61:20,25 62:5
**public** 48:21 56:11
**published** 45:22
**punch** 65:13
**purpose** 18:12 19:19,20 29:21 30:4,5 55:13,18
**put** 40:19
**puts** 41:13
**putting** 66:2,10
**pyramids** 47:13
**P108** 57:16 60:8 66:20
**P110** 60:24
**P111** 60:23 61:2
**P94** 58:7

**Q**

**quality** 12:17 27:2,5
**quarter** 48:9
**question** 16:5 22:6 27:25 28:8 34:16 39:1,5,24 41:25 42:14 45:7 55:14
**questions** 11:2,20 11:21 28:15 39:3

66:1 68:18,19
**quite** 29:23 63:24

**R**

**R** 2:1
**raise** 2:20 13:13 14:15
**raises** 43:3
**rating** 8:7
**read** 6:23 36:12 37:2 60:4 62:10
**realize** 49:2
**really** 8:23 14:5 26:7 30:17,25 55:4 65:12 66:3,4
**reason** 4:20 37:9 46:11 49:17 63:7 65:20
**reasonably** 12:24
**recall** 6:17 8:14 10:5 15:4,14,18 16:23 17:3,18 20:4,7,16 22:16 23:23 24:15 27:8 29:6,7,8 30:10,11 30:13 31:7 32:23 33:2,6 52:9,14 53:22 56:6 57:6 68:6,9,16
**receive** 24:16
**received** 24:19
**recently** 37:2
**reclassified** 11:9
**recognize** 39:1 56:16
**recollection** 11:10 11:15 15:14 20:12 28:14 47:19 56:21 59:14,17,19,25
**recommendation** 8:5
**record** 2:2,15 27:21 27:22,23 34:24 35:2,3 63:15,18 63:19
**recording** 68:22 69:9
**reduced** 24:8 25:25
**Reeve** 66:17
**referred** 25:24 55:3 67:6
**referring** 24:2 39:23 55:5 60:18
**refers** 54:18,19 66:20
**reflected** 10:6 36:10

36:25 37:25 53:12
59:2,7 67:11
**refusal** 33:18
**regard** 46:23
**regarding** 21:17
  23:4,4 32:18
  60:12 66:23
**regardless** 33:15
**rehired** 40:12
**reign** 19:17
**rejected** 54:13
  58:24
**related** 10:5 11:21
  11:22 29:13,16
  44:22
**relating** 14:14
**Relations** 11:25
  14:14
**relationship** 11:17
  13:8
**relies** 45:15
**rely** 38:14
**remember** 15:6
  17:1 18:24 20:3,5
  28:1,3 29:4 46:24
  52:9 56:10
**repeat** 27:25
**report** 33:18
**reporter** 2:13
**reporting** 67:23
**represent** 4:7,22
  34:6 39:13
**representatives**
  13:8 21:17
**represented** 33:5
  39:7 40:25 62:18
**representing** 2:16
  4:23 5:22
**represents** 47:5
**request** 16:4 56:18
  56:19 57:3,7,15
  58:10 59:1,10,15
**requested** 56:25
**required** 40:17
  58:21 61:18
**requirements** 45:21
  47:6,9
**researched** 23:19
**residence** 14:24
  15:1 28:5,16
  61:15 62:8 65:11
**residency** 33:15,17
  59:12 60:12,17
  61:3,13 62:6,14
  62:16,22,24 65:2
  65:4,12,16,18

66:23 67:8,8,25
**resident** 65:5,6
**residing** 65:7
**resignation** 20:2,15
  20:19
**resigned** 8:25 18:16
  31:20 32:2,3
**resolution** 41:12,14
  41:16 61:19
**resolutions** 62:1
**resolve** 26:18
**resolving** 12:24
**resources** 7:6,14,20
  8:18,24 9:5,6,7,13
  9:14,15,16,20,23
  9:25 10:7,10,12
  10:19,21,21 11:3
  11:6,7,10,13
  20:23 22:18 29:13
  29:22 31:3,9,24
  32:1,6,8,10 36:3
  58:12
**respect** 42:22 43:1
  43:14 44:16 45:8
  46:18 47:10,25
  50:11
**respond** 23:10
  38:24 42:12
**responding** 27:17
  36:17
**response** 28:6 42:15
  49:9 51:11,18
**responses** 38:21
**responsibilities**
  61:17 62:9 63:4
**restroom** 13:24
**result** 24:6 40:13
  41:8 50:5 64:1
**retiree** 40:12 46:21
  47:11
**return** 34:14 54:11
  54:15
**returned** 50:1
**reveal** 55:17
**reverse** 10:15
**reverted** 10:10
**review** 60:1
**reviewed** 8:4
**revised** 7:17
**right** 2:20 4:24 6:3
  6:8 8:18 10:14
  15:23 23:7,8 25:7
  28:15 29:21 31:11
  32:7,8,12 34:10
  34:15 37:16,19,22
  37:22 38:5,9 40:2

42:2,17 43:21
44:1,19 46:14,15
49:18,24 50:14
51:7 52:3,7 54:19
57:1 58:14 59:3
60:17,25 61:9,12
61:12,17,20 62:13
62:15,18,22 63:1
63:4,9,11 64:7
65:15 66:16,23,24
67:7,9,12,18
**ripping** 67:17
**rising** 26:19
**role** 4:13 16:3,7
**room** 18:12
**roughly** 21:13
**round** 43:15
**routine** 3:16
**Roy** 1:7 69:6
**Roy's** 17:6
**rules** 36:5 46:14

———— S ————
**S** 2:1
**sake** 54:25
**salary** 41:1,5
**Salazar** 58:14 67:14
**same** 25:6,16,20
  41:17 46:22
**Sandberg** 1:21,21
  2:18,18 3:15 4:9
  4:14,15,20 15:21
  15:24 18:6 19:7
  19:16,22 27:16,21
  37:8,17,20,23
  38:5 41:24 42:3,8
  42:11,14 55:15
  63:17 68:19
**saying** 21:24 22:1
  22:15 24:21 37:24
  43:13 51:18 52:14
  64:5 65:1
**says** 10:24 40:3
  54:23,24 56:21
  58:14 60:9
**scheduled** 30:7
**schedules** 66:6
**scope** 24:1
**Scott** 1:11 2:3 3:1,6
  19:8 68:21 69:4
**screwed** 42:8
**se** 27:6
**second** 23:25,25
  24:2 25:17 26:2
  27:2 57:17 68:4
  68:16

**secretaries** 6:12
**secretary** 6:13,16
  6:17,19,19 16:25
**section** 58:10 61:3,3
  61:5,7 62:16,19
  63:13
**see** 3:16 10:16,18
  14:1,2 17:7 30:15
  32:16 40:7 43:23
  46:25 53:3,7
  54:20 57:23 58:12
  58:24 59:6,6 61:5
**seek** 30:2
**seem** 65:4
**seemed** 13:7,9 64:8
**seen** 4:7 20:18
**senators** 14:9
**sense** 63:8 65:21
**sent** 22:7,14 24:5
**sentiment** 30:15,16
**separate** 40:15
  59:18
**September** 3:11
  32:10,22 57:20
  68:14
**services** 4:25 5:12
  56:18
**serving** 2:12
**session** 5:9 58:11,15
  58:22,24 59:18
**set** 60:11
**sets** 5:18
**setting** 58:17
**several** 30:21 48:20
  59:8
**Sharilyn** 42:20
**Sharing** 16:19
**sheet** 58:3 59:15
**sheets** 56:17
**she'd** 53:5,6
**short-cut** 11:2
**show** 35:23 44:20
  45:2 65:13
**showed** 46:8,8
**shown** 41:18 49:22
**side** 66:4
**signature** 36:1 43:3
  43:18 44:5,10
  45:12 46:23 47:5
**signatures** 43:21
  44:13,14 46:5
  47:3
**signed** 43:25 44:7
**significant** 23:17
**similar** 63:25
**simultaneous** 34:22

**since** 3:11 6:23
**sit** 4:18 11:20 29:24
**sitting** 29:8 53:11
**situation** 19:4 28:18
  30:9 35:23 44:21
**situations** 36:1
**slid** 40:20
**solemnly** 2:20
**soliciting** 19:13
**some** 4:20 5:4,20
  6:23 8:16 9:20
  13:19 16:24 20:24
  22:3 23:10 26:12
  29:15,15,16 32:9
  34:21 36:9,10
  37:3 38:20 41:16
  43:18,19 47:25
  60:10,21,22 63:2
  63:7 65:20,23
  66:9 67:2,3
**somebody** 22:24
  23:14 30:2 46:13
  50:13 65:18,19
  66:7
**somehow** 34:11
  44:25 63:21 64:11
**someone** 7:16 9:12
**something** 9:2
  31:18 34:5 36:6
  43:8 59:19,21
  60:13 64:21
**sometime** 29:5
**sometimes** 11:21,22
  22:5 57:12
**somewhat** 4:13
  30:22 38:2
**son** 30:18
**sorry** 35:25 41:24
  42:9 47:19
**sort** 7:1 11:17,18
  14:6,8 21:22
  25:24 29:20 43:19
  57:11,14 66:9
**sought** 30:3
**sound** 4:5 69:9
**source** 16:20
**south** 30:23
**so-called** 34:17 35:7
**speaking** 27:24
**special** 13:19
**specific** 15:4,14
  17:3 23:3 30:13
  32:24 59:24 64:22
**specifically** 20:7
  29:6 56:7 68:6
**speech** 34:22