| | | | | |
|---|---|---|---|---|
| spend 14:13 | subsequently 50:2 | talking 29:9 30:3 | 36:10 37:5,11 | 21:2 33:3 56:13 |
| spent 48:22,22 | 54:14 | 39:25 | 38:4,25 39:2,23 | 68:13 |
| spoken 32:25 | substance 16:19 | tasks 57:13 | 40:7 42:23 43:8 | times 6:4 13:24 17:7 |
| spokesman 39:14 | 17:10 | team 29:19 | 45:8 47:20 49:1,9 | 28:24 67:2,13 |
| sporting 29:18 | substandard 27:12 | telephone 21:18,23 | 50:16,19 51:18 | 68:17 |
| staff 5:24 17:20 | suffered 46:22 | 29:1 | 55:20 59:22 63:15 | timesheet 52:17 |
| 18:2,14 19:2,11 | sufficient 20:11 | tell 15:3 18:10 | 64:3 | timesheets 52:8 |
| staffing 8:21 | suggesting 13:18 | 26:11 32:23 36:14 | thinking 16:16 | 53:12 |
| standing 14:1 49:3 | Suite 1:17,22 | 41:20 62:3 | Thomas 1:3 2:4 | title 6:18 7:14,15,17 |
| standpoint 12:20 | summarize 5:21 | telling 16:2 41:22 | 7:12,20 8:8,11,15 | 31:10 |
| 23:7 | 37:2 | ten 66:7 | 11:13 12:12 14:24 | today 4:4,18 39:3 |
| start 48:9 | summary 9:10 60:8 | terminable 48:19 | 16:22 17:14,19 | 41:21,22 |
| started 7:4 12:15 | summer 20:9 | terminate 50:5,20 | 18:3 19:3,25 20:6 | together 46:8 |
| 29:8 40:5 42:23 | supervise 13:17 | 50:23 51:5,20,22 | 20:8,14,19,21 | told 15:2 16:6,13 |
| starting 60:24 | supervisor 22:1 | 63:21 | 22:14,19 24:25 | 17:8 20:14 30:11 |
| starts 37:24 61:4 | 24:21 50:18 | terminated 21:5 | 26:3 28:2,4,15,17 | 30:12 32:16 |
| state 3:5 11:1 14:9 | supervisors 21:19 | 31:16 34:13 46:4 | 31:2,8 32:22 33:5 | topic 23:19 59:16 |
| 14:10 42:11 61:7 | 22:7 24:7,11,17 | 49:7,16,17,19,21 | 33:14 34:11 35:8 | track 40:11 |
| 61:18,20 62:1,5 | 24:25 25:4,10,11 | 49:23 51:6,9,15 | 36:1 42:25 43:8 | trail 66:9 |
| stated 39:16 | 25:12 26:21 | 51:19 64:1,12 | 43:11,13,18 44:17 | transcribed 69:8 |
| statement 56:10 | support 51:23 | 67:19,25 | 44:25 46:3,17 | TRANSCRIBER'S |
| 57:9,10,19 60:8,9 | 53:10 | terminating 55:12 | 47:2,25 49:7,16 | 69:1 |
| 60:11,14,16 62:13 | supported 34:11 | termination 33:14 | 49:21 50:1 51:2 | transcript 36:25 |
| 66:20 67:6 | suppose 64:18 | 33:21 34:12 46:10 | 51:15 52:5,8 54:6 | 37:4 69:4 |
| statements 27:8,10 | supposed 22:2 | 46:11,16 48:24 | 54:23 55:12 63:20 | travel 6:25 |
| 27:13 28:7,9 | 24:21,22,22,23 | 49:4,25 50:6,9,13 | 66:15,17 67:7 | trial 3:22,25 4:19 |
| 30:13 31:2 38:17 | supposedly 45:4 | 50:21,22 51:3,5 | 68:2 69:6 | 37:14 |
| 52:24 53:2 | 67:15 | 51:12,23 52:5 | though 51:4 | tried 58:18 |
| States 1:1 2:6 | sure 3:23 4:4 23:21 | Terry 1:17 2:16 | thought 56:12 60:5 | trip 68:7,9 |
| status 4:11 40:12 | 27:14,20 31:17 | 37:8 | 65:5,11 68:13 | trips 25:19,23 68:7 |
| 46:21 47:11 58:11 | 33:17 34:23 45:25 | testified 3:2 39:18 | thousands 50:4 | true 69:3 |
| stay 38:6 | 46:13 50:15 59:5 | 45:9 47:21 | three 6:23 7:3 12:5 | truth 2:22,22,23 |
| stayed 11:8 | 60:18 64:16,24 | testifying 3:24 | 14:9 18:19 30:1 | 54:22 |
| step 37:6 | 68:15 | testimony 2:21 39:4 | 32:14 40:22,24 | try 5:21 28:1 37:2,8 |
| Stephen 66:17 | surprised 20:10 | 39:6,20 68:1 | 53:7 65:17 66:19 | 37:14,20,25 |
| steps 40:21 | 52:10 | text 61:10 62:11,11 | through 21:14 22:9 | trying 19:16 43:12 |
| Steve 16:16,25 | swear 2:20 | Thank 2:19,25 | 34:20,24 35:5 | 43:15,17 46:24 |
| 17:10 | sworn 2:20 | their 26:21 36:4 | 36:12 38:19 59:9 | 55:4 |
| Steve's 17:6 | system 41:15,19 | 44:14 45:19,23,25 | 69:3 | Tuesday 17:25 18:1 |
| still 16:14 31:13 | | 61:17 64:9 65:20 | throughout 7:9 | turn 56:14 57:16 |
| 32:5,6,8 65:6,11 | — T — | themselves 2:14 | timber 14:11 | 58:7 |
| stop 19:10,14 | take 8:16 10:13 | theory 63:7 | time 5:20 12:15,18 | Turning 60:23 |
| stories 64:9 | 23:13 27:18 34:21 | thing 7:1 23:19 | 12:23 13:11,12,18 | two 12:5 15:5 17:23 |
| story 18:15 | 57:14 59:4 | 48:14 57:14 67:3 | 13:23 14:2,12,12 | 28:25 30:18 40:23 |
| straight-forward | taken 2:4 35:21 | 67:10 | 14:13 15:22 16:1 | 43:24 44:20 48:2 |
| 38:25 39:24 | 39:7 46:7 47:25 | things 4:17 6:5 10:7 | 16:9 19:20 20:6 | 48:9,9 53:7 68:1,6 |
| Street 2:9,11 65:25 | 48:11 49:4 | 14:3,4 18:17 | 21:5,8 22:9,14 | type 36:4 |
| stressful 30:22 | taking 11:12 53:8 | 22:23,23 23:1,3,3 | 23:17 27:5,22,23 | |
| strike 28:3 | talk 21:9 23:24 | 29:9,12,13,17,19 | 29:17,17 31:16,20 | — U — |
| stuff 14:4,14 30:4 | 24:11 29:17,25 | 29:23 33:19 37:24 | 32:19 34:21 35:2 | Um-hmm 23:12 |
| 37:14 | 30:1,1,2 31:6 | 45:25 52:12 53:8 | 35:3 37:4 40:13 | 25:22 45:3,10 |
| subject 18:4 20:6 | talked 17:20 19:6 | 53:9 60:19 | 40:14 46:20 48:15 | 57:24 |
| 43:2 | 20:10 22:10,20 | think 5:21 6:5 7:3 | 52:25 53:2 60:21 | under 35:24 39:4,6 |
| submission 60:2 | 25:17 26:3 50:11 | 13:11 17:24,25 | 62:10 63:13,18,19 | 61:12,12,13 62:25 |
| submitted 52:17 | 53:22,23 63:12,23 | 19:18 25:8 28:10 | 66:10 68:7,21 | 63:9 |
| subsequent 38:22 | 65:2 68:1,3 | 29:5 30:19 34:13 | timeframe 11:5 | underlined 61:4 |

underlying 61:10
  62:11
understand 9:15
  13:22 31:8 39:20
  49:20 50:25 51:3
  51:7,13
understanding 7:19
  9:19 10:1,2,25
  15:19 18:9 20:22
  21:1,16 22:19
  24:24 25:2,3,13
  26:12,13 30:14
  31:11,19,23 32:1
  33:16 34:19 35:6
  35:17,20 36:14
  45:14 52:23 54:5
  54:9 56:19 59:10
understandings
  31:21
understood 16:2
  26:6 41:24 65:8
union 13:8 18:18,19
  21:17,17 32:14,22
United 1:1 2:6
unless 61:15 62:8
  63:3,10 65:20
unrelated 29:17
until 11:4 21:4,5
  22:12 26:1 32:20
use 11:24 13:12,24
  18:23 38:14
used 38:9 65:24

V
v 1:5 2:4 69:6
vacancy 8:25
VANNEBERG 3:4
Vanover 42:19
various 6:5 29:9,12
  29:13 67:13
veering 55:15
Venneberg 1:17
  2:16,16 16:8
  19:16 37:16,19,22
  38:2,7 42:2,17
version 62:25
versus 25:15
very 14:7 34:16
via 21:18
video 2:3,10
videographer 2:12
view 12:17 26:2
  38:13,16
violated 42:25
violation 48:22
volume 53:4

voted 65:12

W
walk 12:10
walked 13:25
want 10:3 23:2 30:2
  30:17,25 34:5
  36:12,20 38:18
  67:3
wanted 4:4,11
  21:20 32:16 50:4
  50:23 51:20 59:20
  59:21 64:17
wanting 45:6
wants 8:22
Washington 1:18
wasn't 30:7
wasn't 19:9 22:22
  22:24,25 26:8,11
  34:16 59:1 62:3
  65:5,12
way 10:7 11:1 13:2
  29:23 41:2,6,9
  45:20 48:16 63:21
  63:24
week 12:5,6 15:5
  66:7
well 4:2 5:3,18 7:7
  9:7,15 12:20,22
  13:24 15:23 16:9
  20:9,16 21:3 22:1
  23:9 25:8 26:6,10
  26:12,14 27:7,8
  28:21,23 32:13,18
  34:13,16 35:21
  36:9,22 38:8,25
  39:18 41:24 43:2
  43:12 45:8 46:20
  46:20 48:2,14
  51:13 52:2 54:18
  55:1 56:20 61:18
  62:19 63:2,5
  64:14 65:1,7,9,17
  66:9,20 67:5
went 13:25 16:10
  17:23 20:21 22:11
  32:17 40:8 65:15
were 4:2 7:23 8:3
  8:20 9:5,10,21
  10:7 13:4 14:3,13
  18:11,18 21:7
  22:18,25 23:3
  25:6,23 26:21
  27:13 29:1,2,12
  29:16,18 30:24
  32:7,14 33:19,19

33:23,25 34:7
  35:6,6,9,9,10,12
  35:23,24 36:7,15
  38:9,12,17,18,20
  39:12,20,21 44:13
  48:15 52:12 53:2
  55:21,24 61:20,25
  62:4 64:10 67:14
  67:18
weren't 14:5 42:4
West 1:22
we're 2:2 3:16
  18:12 19:8 37:13
  37:25 41:22
we've 6:5 65:2,22
  67:15
while 15:10 34:24
whole 2:22 49:4
withdraw 3:21
witness 2:19 4:15
  4:15,16,16 55:17
word 40:2
words 15:14 27:24
  34:21 37:13 67:17
work 7:5,6 8:22
  11:18 13:20 15:10
  16:22 17:16,21
  24:22,22 29:11,24
  33:19 34:14 50:1
  52:16,18 53:3,4
  53:11 54:4,7,16
  54:24,25 55:2,8,8
  57:15 60:20 64:6
  64:19 65:22,24
  66:3,3,4,11 67:22
  67:23 68:2
worked 11:23 12:7
  14:8 25:11,13
  66:7
workforce 26:16
  55:6
working 11:17 13:7
  14:3 30:15 65:25
  66:6 67:15
wouldn't 20:10,15
  52:10
wrapping 18:17
written 5:10 20:18
  45:22
wrong 37:6 41:21
  43:13 45:5 48:16
wrongdoing 43:19
Wuestenfeld 1:21

X
X 48:5

Y
Ye 49:25
yeah 4:13 10:25
  19:15 25:14 28:1
  34:16 35:1 40:8
  46:25 52:1 54:21
  55:20 62:16,23
  63:7 64:16 65:9
  66:25
year 47:22
years 3:11 6:23 7:3
  7:8 11:8 14:9

0
036 62:19
038 62:20
075 35:16

1
1 18:21,25 19:1 21:6
  58:4,9 59:11 60:9
  66:21 67:9 69:3
1st 22:9 57:24
1:44 2:2
101 1:17
11 3:11
1100 1:22
1126 1:17
118 47:3
119 47:4
12 42:4,5
120 47:4
1225 41:16
13 34:10,11,20
  35:14,21
13th 69:11
1369 54:1 55:22
  60:1 61:8,13
  62:15,17 63:1,5,9
  65:15 66:14 67:20
15 57:2
19 1:12 2:9 69:5
19th 3:11
1995 3:11
1996 40:12

2
2:28 27:22
2:31 27:23
2:43 35:2
2:44 35:3
2001 11:5
2002 7:4 11:5
2003 7:4
2004 7:22 11:14
2005 12:12 14:22,25

16:21 20:9 21:3,6
  27:5 28:5,16
  30:20 33:20 47:20
  47:21 48:7,17
  55:12 56:9 57:2
  57:20 58:9 59:12
  60:10 67:9
2006 1:12 2:9 41:4
  47:19,20,21 69:5
  69:11
27 34:20

3
3:34 63:18,19
3:42 68:21
30 40:12 41:4 48:7
30th 18:25
30.20.016 61:3
  62:25
344 2:9

5
5:06-cv-00001 2:5
5:06-cv-00001-J...
  1:5 69:8

6
6 14:22 16:21 21:3
  27:5 57:20
6th 22:11
645 2:11
68 69:3

7
7th 17:24
701 1:22
74P 40:4,6

8
8 52:20 54:20
8th 1:22
8/15/05 56:23
892 2:11

9
90 41:13 48:4
90A 48:4
90G 48:3
90H 40:7,8
90M 48:3
90O 40:7,8
98337 1:18
99501 1:22 2:12