Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KETCHIKAN GATEWAY BOROUGH ) | |
| and ROY ECKERT, in his ) | |
| individual and official ) | |
| capacity. ) | |
| ) | |
| Defendants. ) | Case No. 5:06-cv-00001-JWS |
| ) | |

**NOTICE OF CONTINUATION OF EXHIBITS FOR MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Attached hereto is the continuation of exhibits for Defendants' Memorandum in Support of Motions For Partial Summary Judgment.

1.   Exhibit D

2.   Exhibit E

3.   Exhibit F

4.   Exhibit G-1

5.   Exhibit G-2

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

6. Exhibit H

7. Exhibit I

8. Exhibit J

9. Exhibit K

10. Exhibit L

11. Exhibit M

DATED this 31st day of October, 2006, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 31st
day of October, 2006 a copy of the
foregoing discovery responses
was served by regular U.S. Mail on:

Scott Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901

Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337

Terry A. Venneberg
1126 Highland Avenue, Ste. 101
Bremerton, Washington 98337

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

s/ Mark A. Sandberg

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363