**KETCHIKAN GATEWAY BOROUGH**                    **JOB DESCRIPTION**

---

POSITION:        HUMAN RESOURCES MANAGER/SAFETY OFFICER
                                MANAGER'S APPROVAL: _____

                                EFFECTIVE DATE: _____

REPORTS TO:    BOROUGH MANAGER        STATUS: EXEMPT
                                        NON-REPRESENTED

DEPARTMENT:    MANAGER'S OFFICE

---

Ketchikan Gateway Borough job descriptions are a management tool to help organize duties and provide employees with the employer's expectations with regard to a specific job classification. The duties listed are intended only as illustrations of the various types of work that may be performed. The omission of specific statements of duties does not exclude them from the position if the work is a reasonable assignment for the position.

## JOB SUMMARY:

**Human Resource Component:**

Performs a variety of complex administrative, technical and professional work in administering the personnel systems of the organization including classification compensation, recruitment, selection, labor relations, and training. Responsible for the organization, coordination, and administration of the day-to-day functions of the Borough's personnel management system, including recruitment, performance appraisals, pay adjustments, training, negotiation and administration of the labor contracts, maintenance of personnel files, and the implementation of the Borough's procedures under federal and state laws such as the FMLA, FLSA, ADA, PERA, and laws governing civil rights. Administer Family medical leave, workers compensation, Health insurance and workplace safety programs.

## ESSENTIAL JOB FUNCTIONS:

- Administers major personnel functions, including recruiting and hiring procedures, the performance appraisal system, the position evaluation system, programs and documents required by state and federal law, and other personnel functions as assigned.

- Remains current on new developments in public personnel administration and state and federal laws, regulations and rules relative to personnel administration; conduct personnel research as requested.

- Develops and maintains employee assistance, including but not limited to, FMLA, Workers Compensation, Health Insurance and Safety Programs for the Borough.

KETCHIKAN GATEWAY BOROUGH            JOB DESCRIPTION
## HUMAN RESOURCES MANAGER

- Provides information, deadlines, and reminders to departments and divisions on personnel procedures in areas such as hiring, performance appraisals, reclassifications, training, and discipline. Provide information to departments and divisions on labor contract requirements.

- Monitor Workers compensation and workplace safety.

- Administer health insurance and wellness programs.

- Provides assistance and guidance to employees with matters such as interpretation of labor contracts, employee rights and obligations, investigation and resolution of claims of harassment, discrimination, and threats of violence.

- In coordination with others; reviews, updates & recommends personnel policies and standard operating procedures, responds to emergencies, investigates grievances and human resource related complaints, administers grievance procedures, and prepares for and carries out collective bargaining agreement negotiations.

- Assists departments in determining relevant employee and supervisor training needs, conducts in-house training programs, schedules Borough-offered classes, locates courses or instructors for such training needs.

- Provides for safety training for Borough employees on a regular basis or as determined by management.

- Responsible for the maintenance of official and confidential personnel files to include grievance and incident files. Directs clerical functions associated with the maintenance of files, updating records, and processing personnel actions.

- Develops of cost control measures in connection with health insurance and other employee benefit programs as directed by Borough Manager.

- Prepares responses to salary surveys, EEO reports, requests for employment information, public requests for ADA accommodation, and public or agency requests for information.

- Responsible for job postings and advertising for available open positions, and special requirements.

- Reviews Personnel Action Forms, evaluations, and other personnel related documents prior to signature by the Borough Manager.

- Assists with development and maintenance of personnel policies, procedures, and forms. Conducts wage and salary surveys. Gathers other information and prepares



**KETCHIKAN GATEWAY BOROUGH**                                    **JOB DESCRIPTION**
**HUMAN RESOURCES MANAGER**

special reports on personnel issues, as requested.

- Responsible for development and maintenance of job descriptions and integrations of new positions with the appropriate pay scale and/or bargaining unit.

- Develops, maintains, conducts, new employee orientations for both union and non-union employees. Performs exit interviews for employees leaving the Borough.

- Research, prepare, and submit to the Borough Manager, agenda items and statements for Assembly meetings regarding personnel issues.

- Administer the operations of the Human Resources Department. Develop internal work procedures to assure consistent, quality human resources services. Monitor an control Human Resource expenditures in accordance with Borough policies.

## ADDITIONAL JOB DUTIES:

- Provide instruction to other employees of this or a similar job classification in all aspects of procedure and technique relating to the duties required by this job description unless such instruction requires a specialized certification which the employee doing the training does not have.

- Attend Borough Assembly meetings, and represent management at personnel related hearings and investigations as directed.

- Supervises employees assigned to human resources.

- Perform related other duties as directed.

## PHYSICAL ACTIVITIES INCLUDE:

Must be able to hear. Specific vision abilities include close vision, distance vision, color vision, peripheral vision, depth perception, and the ability to adjust focus. Ability to use hands to finger, handle, or operate objects, tools, or controls; reach with hands and arms; climb or balance; stoop, kneel, crouch; and taste or smell. Each of the listed activities also requires standing, sitting, walking, bending, stooping, climbing on stools and ladders, and routinely lift and carry items and boxes up to forty (40) pounds.

Driving a vehicle; using a personal computer and other typical office equipment.

## LICENSES:

Valid State of Alaska driver's license with an acceptable driving record.

| KETCHIKAN GATEWAY BOROUGH | JOB DESCRIPTION |
|---|---|
| **HUMAN RESOURCES MANAGER** | |

**QUALIFICATIONS:**

Knowledge of modern personnel principles and practices. Knowledge of state and federal laws and regulations applicable to personnel management. Demonstrated background in a collective bargaining atmosphere. Knowledge of college level business English, grammar, spelling, and punctuation. Ability to deal with people in a tactful and diplomatic manner. Ability to perform assigned administrative functions with general direction and minimum supervision. Ability to perform a variety of technical personnel functions. Ability to establish and maintain effective working relationships with management, employees, public and private officials, and the public. Ability to maintain confidentiality of personnel documents and information. Ability to express ideas and communicate effectively, both orally and in writing. Ability to analyze technical written materials. Skill in the use of computer hardware and software (to include WordPerfect software and the Internet) and other office equipment. Knowledge of principles/practices of gov'n purchasing and negotiation techniques. Knowledge of federal, state and local laws, codes and regulations, governing bidding procedures.

**JOB CONDITIONS:**

Normally works a forty hour week in an office setting. May be required to work extended hours and to attend occasional Assembly meetings.

**EDUCATION AND EXPERIENCE:**

Graduation from an accredited four-year college or university with a degree in human resources, public administration, business management, or closely related field; and two (2) years of experience in a human resources capacity.

Any combination of related education and/or related experience will be considered if the candidate possesses the demonstrated ability.