A

# Carolyn Thomas

**From:** Carolyn Thomas [carolynt@wallowa.us]
**Sent:** Wednesday, June 29, 2005 4:30 PM
**To:** 'Carolyn Thomas'; 'David Guzman'; 'David Taylor'; 'Dennis Finegan'; 'Eugene Martin'; 'Jerry Cegelske'; 'Mike Houts'; 'Rich McAlpin'; 'Roy Eckert'; 'Scott-Brandt Erichsen'; 'Steve Corporon'; 'Tim Garton'; 'Wendy Mackie'
**Subject:** Status of Human Resources Manager

There seems to be a lot of confusion regarding my status. I have been unable to pinpoint the source of the rumors, but these are the facts:

1. I am still employed full time by Ketchikan Gateway Borough as Human Resources Manager.
2. I am currently in Wallowa, Oregon.
3. I had Roy Eckert's permission and agreement to continue my employment in my current capacity while living here. Otherwise, I would not have left until at least December.
4. My e mail address has not changed. It is still Carolyn.Thomas@borough.ketchikan.ak.us.
5. My new phone number is 541-886-3183. That number rings in my office, but I also have an extension in my home and I will be glad to talk to any of you any time.
6. I am handling bargaining unit negotiations just like I was when I was still in Ketchikan.
7. I am to be consulted on any disciplinary matters just like I was when I was still in Ketchikan.
8. Any personnel issues are to be discussed with me just as if I was still in Ketchikan.
9. The personnel files are all in Ketchikan and are available only to the pertinent directors and managers and the Borough Attorney, and access to those files is to be requested through Holly Rosendin. When Holly is not in the office, the files will be locked. We take the confidentiality of personnel information very seriously.
10. I will be returning to Ketchikan from time to time when issues arise that require my attendance.

I think I have covered all of the rumors that I have heard about me, but rest assured I still have my job and I still take it seriously. Should you have any questions or concerns, please contact me via e mail or phone. I am just as accessible as I ever was and will continue to assist you with your day to day issues and concerns.

Carolyn L. Thomas
Human Resources Manager

Exhibit E
Page 1 of 1

P00001

10/24/2005