# KETCHIKAN GATEWAY BOROUGH
Office of the Borough Manager - 344 Front Street - Ketchikan, Alaska  99901

Roy Eckert
Borough Manager
(907) 228-6625
Fax: (907) 247-6625
mgr@borough.ketchikan.ak.us

# MEMORANDUM

DATE:   August 5, 2005

TO:     Carolyn Thomas

FROM:   Roy Eckert, Borough Manager

RE:     Work Location

On Tuesday, August 2nd, we discussed the confusion surrounding your working from your mother's home in Oregon. As we discussed, there are differences of opinion as to who said what and when, but that is not the subject of this memo.

During the Assembly Meeting on Monday, August 1, a statement was made by one Assembly member that there needs to be a policy or other form of official statement regarding work location requirements for all Borough employees, and it is in the manager's purview to make sure it happens. This is not the sole result of your working outside of the Borough - there have been other similar situations in the past that have been controversial, such as but not limited to, the former chief planner working from his home/office several blocks from the Borough offices. As we discussed on Tuesday, I told you that the policy is going to stand that all Borough employees will live in, reside in and work in the Borough, and will work in and on Borough property. I will also be drafting an amendment to the Personnel code that reflects this policy. This is standard policy in many Boroughs, Counties and Cities all across the United States.

When I first discussed this policy with you during our meeting, I told you that to continue employment with the Borough you would have to work here in Ketchikan, and you stated that this was not acceptable. After further discussion you said you would think it over and give me a reply as to what you would do.

I am not asking for your resignation and that is not the intention of this memo, but I need to know your decision as soon as possible, in any case by no later than Friday, August 12, 2005. If you decide to continue your employment with the Borough I need to have you available for work at the Borough offices on or before September 1st. If you elect to resign rather than return to work on September 1, 2005, you will be paid through that date as well as ant payments called for in the code. If there is a situation with your mother's health or other considerations that need to be addressed prior to your return to the Borough, please let me know what they are so they can be addressed. The September 1st time-line I feel gives adequate time to make arrangements to return to the office, and it will also allow me time

KB 330

Exhibit  F
Page  1  of  2

to determine adequate office space, for as you know office space is a constant problem here in the Borough.

I want you to know that I have repeatedly stated to staff and the Assembly that due to your efforts that we are in better shape with our union contracts than we have ever been, and have no grievances pending that I am aware of. That is a fact, and one that I will stand on. I feel that your efforts have been exemplary and we can be proud of your accomplishments here.

To avoid confusion, please acknowledge receipt of this memo, and keep a copy for your files.

*Roy Eckert* (signature)

Roy Eckert
Borough Manager

Received: Aug 5, 2005  3:45P
Date: *Caralyn* (signature)

reply delivered Aug 5, 2005 4:20P

KB 331

Exhibit F
Page 2 of 2