# KETCHIKAN GATEWAY BOROUGH

Human Resources Office • 344 Front Street • Ketchikan, Alaska 99901    Carolyn Thomas, Human Resources Manager
(907) 228-6625
Fax: (907) 247-6625

August 5, 2005

**RECEIVED**
AUG 0 5 2005
Borough Attorney's Office

Roy Eckert, Borough Manager
Ketchikan Gateway Borough
344 Front Street
Ketchikan, AK 99901

Dear Roy,

In February of this year, I had the first of a number of conversations with you regarding my mother's health and the fact that I might have to move to Oregon. I also discussed with you the fact that for the last two summers, Darrell had gone to Oregon for several months while I had stayed in Ketchikan, and that we didn't want to do that any more. I told you that eventually we would be moving to Oregon but that I needed to keep working for now. I do not remember exactly how it was presented, but some time in April while we were discussing my employment, you agreed to let me continue with my position as Human Resources Manager from Oregon. We agreed that with today's technology (phone, fax and computer) it was not necessary for me to be in Ketchikan all the time, but that I could commute back and forth when my presence was required in Ketchikan. I thanked you for the accommodation and told you how much I appreciated being allowed to continue with my job. You told me to let Greg Bjork know that I would need a laptop computer.

Over the course of the next couple of weeks, I let people know that I would be performing the duties of Human Resources Manager from Oregon, that I would have my same e mail address and my cell phone and that once I had my new phone number, I would notify them. I also spoke with some of our assembly members during that time, and let them know what I was doing. By the time I was ready to leave, it was common knowledge that I would be doing my job from Oregon.

On June 6, I worked until early afternoon and left for Seattle on a 5 o'clock jet.

On June 7, I was advised that in staff meeting that morning, you had announced I would be working on union contracts and job descriptions and my job would end the first of July. I was subsequently told that you informed people I had resigned. I was also told that you had told people you had discussed the occupation of my office with me and that I had recommended Lisa Machado occupy that office after I left, when, in fact, at the time I left town, Gisele Denton was the one who was going to be in that office. I was told you had informed supervisors that Lisa and Holly would be sharing Human Resources duties. I have been told that you offered my job to Eugene Martin. I have been told that you said I was working on special projects.

After being told all of these different things by several different employees, I called you. You assured me I had my job as long as I wanted it. I was absolutely shocked when you asked me if I had taken the personnel files. You told me that Mike Salazar was the one who had set the July 1 date for my resignation and that he was the one who had asked if I had taken the personnel files, so I called Mike. He told me he hadn't said anything of the kind. He also told me that he probably wouldn't have allowed me to keep my job indefinitely while I lived in Oregon because he didn't think it would work very well, but that he wasn't the borough manager, and it wasn't his call. You told me you hadn't told anyone I had resigned, that they had misunderstood, but several employees told me you had announced that I had resigned. I was also told that you had said I gave you a letter of resignation. I don't understand why you would have said that when you know that is just not true.

Toward the end of June, I was told that Eugene Martin had been directed by you to reopen negotiations with the bargaining units. Since negotiations had never been closed, I called Eugene to find out what was going on. He told me he was just doing what he was told to do. I told him I understood that. He asked me to bring him up to speed on negotiations and I told him it would not be necessary to do that because I was still Human Resources Manager and I would be completing negotiations.

Page 1

Exhibit G
Page 1 of 4

P00015

By this time, I had heard one rumor after another, yet when I asked you about them, you always told me it was a misunderstanding or you had not said it. You did, however, in one conversation, tell me that when I left, you had no idea how long I would be gone. I told you I would come back to Ketchikan any time my presence was needed. You said, "Well, when you left, I really wasn't sure what you were doing. I really wasn't." I replied to that absurdity by saying that we had certainly had enough conversations on the subject and how to make this arrangement satisfactory, that I knew you certainly did know what I was doing and that I was doing it with your approval. When you did not respond, I chalked your answer up to pre-occupation with your upcoming evaluation.

During all of this, I was receiving phone calls every day from employees who wanted to know if I was coming back to Ketchikan. I would explain the agreement to them and they would say, "Roy said you resigned." or "Roy said you are finished the end of June." Or "Roy said Lisa Machado is taking over Human Resources."

On June 29, 2005, I sent an e mail to all supervisors of the borough telling them I was still Human Resources Manager, that I was working out of Oregon and gave them my contact numbers. I told them that the purpose of the memo was to dispel the rumors that were circulating through the borough offices.

On July 1, 2005, I tried many times to contact you by phone to discuss union contracts with you. You either answered and said you were busy or you were not answering your phone, so I sent you an e mail.

On July 5, I was finally able to make phone contact with you and I explained that I had two bargaining units ready to take a contract to their members and I thought they could be ready by the first assembly meeting in August if that was what you wanted me to do. You told me you did not want the contracts or the job descriptions I was working on completed until September 30, because that was right before your evaluation. (Last week, you asked Holly if she had any of the new job descriptions. She didn't, because you had told me not to complete them until September 30.) You also told me not to discuss your request for delay with anyone. I sent you an e mail confirming your request. Your reply to me was quite upsetting and offensive. You basically accused me of trying to go around you and the Borough Attorney and take language straight to the Assembly. I was shocked by your response, and when I replied to your e mail I communicated that to you. Your reply to my reply was anything but pleasant. You also criticized me for sending the e mail to the supervisors and told me that correcting e mails were your "period of pervue". That was the first time you had mentioned anything about the memo. I was very surprised by the unpleasant tone of your e mail. I replied to you and said that because I was writing the e mail about myself, I had certainly not considered it offensive. In your e mail to me, you said that my e mail to supervisors had raised the rumors to an annoying level.

On July 15, 2005, I called to discuss something with Holly and she told me that you wanted to talk to me because Joanna Markell had been in. I spoke with you and you told me you didn't think I should talk to her because you didn't know what she wanted, but it was up to me. I received a voice mail from Joanna and after giving it some thought, returned her call as I felt refusing to acknowledge her would lead her to believe that I had something to hide. I subsequently e mailed you the gist of our conversation when I could not reach you by phone. I also told you that I had called Dick Burton and asked him why he had gone to the newspaper, since he knew before I left Ketchikan what I was going to do. He told me it was because he had been told Lisa Machado was replacing me and he didn't want someone unqualified in that position. The article was published in the July 16-17 Ketchikan Daily News. That is when I learned that you had told her the borough was "...still evaluating where we want to go" with the Human Resources position. That was certainly news to me. In an e mail to me, you told me that because of the newspaper article, your whole day had "been in the toilet".

The morning of Tuesday, July 19, I received another call from Joanna Markell. That is when I learned that you had told the Assembly my job would be finished August 1. That is also when I learned that I had been discussed the night before at the Borough Assembly meeting and that there was going to be an executive session on the agenda for the August 1 assembly meeting to discuss my position. Because my first knowledge of this came from the newspaper reporter, I told her I really couldn't comment because it was news to me. She apologized for being the one to tell me and our conversation was concluded.

On July 20, I e mailed a travel authorization request to Holly Rosendin. Since my position was being discussed at an assembly meeting, I certainly felt I had the right to be there. You denied my request, but you never discussed it with me. I now realize you probably didn't want me at that meeting.

Page 2

Exhibit G
Page 2 of 4

P00016