**KETCHIKAN GATEWAY BOROUGH**

Human Resources Office • 344 Front Street • Ketchikan, Alaska 99901    Carolyn Thomas, Human Resources Manager
(907) 228-6625
Fax: (907) 247-6625

D

August 12, 2005

<u>Sent as e mail attachment/signed hard copy to follow</u>

Roy Eckert, Borough Manager
Ketchikan Gateway Borough
344 Front Street
Ketchikan, AK  99901

Dear Roy,

This letter is in response to your memo to me dated August 5, 2005, in which you told me you would have to have my decision regarding moving back to Ketchikan no later than Friday, August 12, 2005. I responded to that memo 35 minutes later, and never heard from you until yesterday (August 11, 2005) when you added a paragraph to your reply to my e mail regarding negotiations. In your e mail you told me you did not get a chance to speak to me before I left and that you did not read my second letter until after 5:30 on Friday, but that you still needed to know my plans regarding my intentions for Borough employment by this afternoon (August 12, 2005).

May I remind you, Roy, that I spent 5 full days in the Reid Building. You and I had two conversations in that entire 5 days – both of which took place when I went to your office on my own, not because I was invited. The first conversation took place on Tuesday and the second one on Monday when I took you the new job descriptions and personnel matters that required your attention. The second meeting was interrupted when Lisa Machado walked in to remind you that you had a meeting. My point is, that in 5 days, you never once made any attempt to engage me in conversation.

I have read the minutes of the Borough Assembly meeting that I attended on August 1, 2005. They accurately reflect the discussion regarding Borough employees living inside the Borough. They do not say that the new policy you are going to submit to the Assembly for approval is to be applied to me. It does say, however, that Mr. Lybrand does not believe it is appropriate for an employee to be allowed to live outside the Borough, but if there is no rule to the contrary, then the Manager should make the decision. You made that decision, Roy, and with your promise of continued employment, I moved to Oregon. You cannot rescind that because you want to, and that is not what the Assembly suggested that you do.

I also read the minutes of the July 18, 2005 Borough Assembly meeting in which I was discussed openly, by name. You told them I was working strictly on union contracts and that you were in contact with me every day! You also told them that I would be finished by August 1. You have called me exactly twice since I have been gone from Ketchikan (both of which were in the first week I was gone) and you e mailed me only in reply to e mails I had sent to you. How was I supposed to be finished with union contracts by

Exhibit H           P00032
Page 1 of 2

August 1 when you had told me to "hold off" on them until September 30? You gave me that direction on July 5 and made your statement to the Assembly on July 18.

In the July 18 meeting, Assemblyman Kiffer asked that you contact the newspaper to request a clarification of a story than ran regarding the HR issue, as he would not like to have the article be the last word on the situation. I have never seen a clarifying article. Why is that?

There is one statement in your memo of August 5 with which I can certainly agree. That is….."On Tuesday, August 2nd, we discussed the confusion surrounding your working from your mother's home in Oregon." There certainly is confusion. For one thing, you know that my office is not in my mother's home. However, I am not confused about our agreement, and I did not create the confusion. Furthermore, I will not be the victim of this confusion.

There are two options available to the Borough, Roy. You can honor your verbal contract with me and allow me to continue as Human Resources Manager with all of my job responsibilities restored, or you can negotiate a settlement. I am not moving back to Ketchikan.

Sincerely,


Carolyn L. Thomas
Human Resources Manager

cc: Scott Brandt-Erichsen, Borough Attorney
    Borough Mayor
    Borough Assemblymen

Exhibit H
Page 2 of 2

P00033