# KETCHIKAN GATEWAY BOROUGH

## ORDINANCE NO. 1369

**AN ORDINANCE OF THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA, AMENDING PORTIONS OF KETCHIKAN GATEWAY BOROUGH CODE 30.10.011; 30.20.016 REGARDING BOROUGH EMPLOYEES RESIDENCY REQUIREMENTS; 30.30.036 REGARDING WORK SCHEDULING, AND 30.30.038 REGARDING WORK LOCATIONS; AND PROVIDING FOR AN EFFECTIVE DATE.**

### RECITALS

A.   WHEREAS the Assembly finds that efficient operations of the Borough workforce, adequate supervision and worker safety concerns require that Borough employees have their regular work places in Borough authorized facilities.

B.   WHEREAS the Assembly finds that the Borough's economic development objectives in promoting employment in the Borough justify a requirement that Borough employees paid with public funds reside in the Borough.

NOW, THEREFORE, IN CONSIDERATION OF THE ABOVE FACTS, IT IS ORDAINED BY THE ASSEMBLY OF THE KETCHIKAN GATEWAY BOROUGH, ALASKA as follows:

Section I: Amendment to the Ketchikan Gateway Borough Code 30.10.011, entitled **Scope and Applicability**, to read as follows:

**30.10.011. Scope and applicability.**

(a)   The personnel policies shall apply to all borough employees who are not subject to a collective bargaining agreement to the extent that such coverage is not otherwise limited expressly in these personnel policies, the Ketchikan Gateway Borough Code of Ordinances, and employment agreements negotiated for assembly appointed employees. These personnel policies shall apply to borough employees in a collective bargaining unit only to the extent that the section is listed in subsection (b) of this section or the relevant code section expressly provides for application to collective bargaining units. Sections 30.20.018, 30.30.040; and 30.30.041 of these personnel policies shall not apply to executive level employees who serve at the pleasure of the manager.

(b)   The following sections of this title apply to all borough employees, including those subject to a collective bargaining unit: Sections 30.20.016; 30.20.017; 30.30.005; 30.30.021; 30.30.022; 30.30.026; 30.30.027; 30.30.028; 30.30.029; 30.30.030; 30.30.031; 30.30.032; 30.30.033; 30.30.036; 30.30.037; 30.30.038; and Chapter 30.70.

(c)   Those responsibilities which are assigned to the borough manager in this title shall be exercised by the borough clerk for employees in the borough clerk's office and by the borough attorney for employees in the borough attorney's office.

Exhibit I    P00136    3
Page 1 of 3

ORDINANCE NO. 1369                                                      PAGE 2

Section 2. Amendment to the Ketchikan Gateway Borough Code 30.20.016, entitled Residency, to read as follows:

30.20.016. Residency. Residency within the borough shall not be a condition of initial appointment or selection as an employee. However, all employees shall and as a condition of their continued employment, reside within the corporate boundaries of the Borough within three months after the later of October 1, 2005, or their date of hire. The requirements of this section may be waived on the written recommendation of the Manager approved by motion or resolution of the Assembly based on a finding that such waiver is found to enhance the efficiency or effectiveness of the Borough work force. Such recommendation shall set forth the justification for the exception and any conditions which apply.[OR CONTINUED EMPLOYMENT, EXCEPT AS OTHERWISE REQUIRED BY STATE LAW, THE BOROUGH CODE OF ORDINANCES OR RESOLUTION; PROVIDED, HOWEVER, THAT AN EMPLOYEE'S RESIDENCE LOCATION SHALL NOT INTERFERE WITH THE DAILY PERFORMANCE OF AN EMPLOYEE'S DUTIES AND RESPONSIBILITIES.]

Section 3. Amendment to the Ketchikan Gateway Borough Code 30.30.036, entitled, Work scheduling to read as follows:

30.30.036. Work scheduling.
(a) Unless otherwise specified by job description, the borough manager may establish work hours and schedules for employees based upon the best interests of the borough and the particular needs of each department.

(b) The job descriptions shall assign employees to one (1) of two (2) general work schedules set forth below:

(1) Schedule A. The normal workweek shall be forty (40) hours, Monday through Friday, 8:00 a.m. to 5:00 p.m., with a one-hour lunch period. To meet the needs of the public, an emergency or other unusual circumstances, the borough manager, or a department head with the approval of the borough manager, may designate other hours of work.

When an employee is required to work in excess of forty (40) hours in any one (1) week, such time shall be paid for at the rate of time and one-half (1-1/2). All claims by employees for overtime shall be submitted to the department head. Overtime work done by employees should be performed only with prior written authorization of the department head or borough manager. Records of overtime work and payments shall be kept and maintained by the finance department and shall be public records. Unauthorized overtime will be paid, but, if determined by the department head or the borough manager to be unnecessary, may be subject to disciplinary action. Compensation time is not available and all hours of work in excess of forty (40) hours will be paid at a rate of time and one-half (1-1/2).

Regular department of transportation services employees shall work the same number of hours per subject month as other schedule A employees. Their work schedule may, however, differ from the other schedule A employees, and said work

Exhibit ___I___
Page 2 of 3

P00137

4

schedules shall be determined by the director of transportation services or his designee, and the borough manager.

(2) Schedule B. Professional or supervisory employees, or those who are assigned a work program which cannot be restricted to a schedule of specific hours, shall work the hours necessary to perform their duties without overtime compensation or compensatory leave.

[(3)](c)  A department may experiment with innovative or variable workweeks in order to meet the varying needs of the department. However, any variance from one of the two work schedules authorized by this section shall be only upon the written approval of the department head and the borough manager.

(d)[(4)]  Each department head shall ensure that his/her department maintains proper attendance, records and that the finance department and the borough manager are notified of all pertinent leave, pay and all such other personnel actions.

Section 4. Addition to Ketchikan Gateway Borough Code. A new section of the Ketchikan Gateway Borough Code is enacted to read as follows: Section **30.30.038** Work Location.

### 30.30.038 Work Location

Borough employees shall report to a regular work location designated by the Manager or designee. All regular work locations to which Borough employees report for work shall be controlled by the Borough, whether as a Borough owned or Borough leased facility. Where a Borough employee performs services which require movement from location to location, the regular work location shall be that designated site to which the employee routinely reports at the beginning of a shift. The provisions of this section may be waived only to the extent and upon the terms authorized by the manager in writing and approved by the Assembly by motion or resolution.

Section 5. This ordinance is effective as provided in Section 5.41.020 of the KGB Code of Ordinances.

ADOPTED this _____ day of _____, 2005.




Exhibit __1__
Page 3 of 3                    P00138       5