**KETCHIKAN GATEWAY BOROUGH**

344 FRONT STREET • KETCHIKAN, ALASKA 99901

OFFICE OF THE BOROUGH MANAGER, Roy Eckert • roy.eckert@borough.ketchikan.ak.us • 907/228-6641

September 26, 2005

Mrs. Carolyn Thomas
71735 Daurgherty Loop
Wallowa, WA  97885

Dear Carolyn,

At the Assembly meeting of September 19th, 2005, Ordinance 1369 was passed (copy attached) which requires all Borough personnel to live in and report to work in the Borough on or at Borough owned facilities.

The last time you were in Ketchikan we discussed your situation and at that time I had told you that I needed a decision about your returning to work at the Borough within 2 weeks. Your letter of August 5th made it clear that you did not intend to do so. However, I postponed taking any action until the Assembly had a chance to either approve or disapprove the ordinance, and to give you time to reconsider a decision. I know you will be in Ketchikan later this week, so I will have this letter hand-delivered to you instead of sending it through the mail. I would prefer to discuss this with you in person, but I will be out of State for several weeks which makes that impossible.

I need to have your final decision as to your intent to return to work here in Ketchikan by no later than Friday, October 7th. Please advise me in writing as to your intent, and deliver it to either Steve Corporon or Scott in my absence.

Sincerely,

Roy Eckert
Borough Manager
Ketchikan Gateway Borough

Exhibit J
Page 1 of 1

http://www.borough.ketchikan.ak.us                P00034