**KETCHIKAN GATEWAY BOROUGH**
Human Resources Office • 344 Front Street • Ketchikan, Alaska 99901      Carolyn Thomas, Human Resources Manager
(907) 228-6625
Fax: (907) 247-6625

October 7, 2005

Roy Eckert, Borough Manager
Ketchikan Gateway Borough
344 Front Street
Ketchikan, AK 99901

Dear Roy,

On September 26, you wrote a letter to me and then left it for Steve Corporon to hand deliver when I arrived in the office.

In your letter you made reference to Ordinance 1369 and attached a copy of that ordinance to your letter. I fail to understand the significance of that ordinance, since it became effective September 19, 2005 and my date of hire is March 29, 2004. Are you applying that ordinance to me?

Obviously, you want to be rid of me. Why is that? I have done an excellent job for this borough. I have completed every task assigned to me. One union contract was ratified a couple of months after I was hired. Negotiations with the other three were accomplished by me, single-handedly, and did not include pay increases. There has not been a single grievance filed during my tenure as Human Resources Manager. I have established a rapport with the unions that has resulted in working together rather than against one another. Job descriptions have been revised to fit the job actually being done. Unnecessary jobs have been eliminated.

In your letter, you said that you would rather have discussed this with me in person. I, too, would have preferred that. However, on Monday evening, you declined to take my call and have not yet returned my call, even though I left a message that I really needed to talk to you.

As for my final decision on my intent to return to Ketchikan, I gave you my final decision in August.

Sincerely,

Exhibit K
Page 1 of 1

Carolyn L. Thomas
Human Resources Manager

P00039