# KETCHIKAN GATEWAY BOROUGH

Office of the Borough Manager ▫ 344 Front Street ▫ Ketchikan, Alaska 99901

Roy Eckert
Borough Manager
(907) 228-6625
Fax: (907) 247-6625
mgr@borough.ketchikan.ak.us

October 13, 2005

Ms. Carolyn Thomas
71735 Daurgherty Loop
Wallowa, WA 97885

Dear Ms. Thomas:

On September 19, 2005, the Assembly adopted Ordinance 1369. This ordinance became effective October 4, 2005. In accordance with this ordinance the Borough code now requires all Borough employees to reside in the Borough. It also requires that the work location for Borough employees be in facilities owned or controlled by the Borough, unless authorized in writing by the manager and approved by the Assembly.

Accordingly, beginning October 4th, 2005, it will not be permissible under the code for you to perform your duties from Oregon. In your letter of October 7, 2005, you have communicated that you refuse to regularly report to a work location in Ketchikan. This position leaves me no choice but to terminate you for failure to comply with mandatory work rules set out in the Borough Code.

Prior to actual termination, however, I want to offer you the opportunity to present any and all information you wish to explain why you should not be terminated for this cause. Please meet with me on October 19th at 1:00 pm Alaska time for this purpose. It is my intention that this meeting would be taped to provide a clear record of your response. I will take into consideration any information you provide at that time. I will then make a final decision.

If you disagree with that decision, you will have the right to grieve the decision under KGB Code 30.30.041. Because it is a decision of the manager, you may elect to treat it as the step II decision and proceed to step III within the time permitted. If you do not wish to challenge the decision through the grievance process, it will be final.

Separately, Beginning October 17th, 2005 you are directed not to perform any Borough work outside of Borough offices unless authorized to do so in writing in advance. You will be paid only for time worked in accordance with this directive.

Sincerely,

Roy Eckert
Borough Manager

c:    Borough Attorney

Exhibit L
Page 1 of 1

P00040