

# KETCHIKAN GATEWAY BOROUGH

344 FRONT STREET • KETCHIKAN, ALASKA 99901

Office of the Borough Manager, Manager Roy Eckert • roy.eckert@borough.ketchikan.ak.us
907/228-6625 • Fax 907/247-6625

October 21, 2005

Carolyn Thomas
71735 Dourgherty Loop
Wallowa, Oregon 97885

**RECEIVED**
OCT 2 4 2005
Borough Attorney's Office

Dear Carolyn,

Thank you for meeting with me telephonically on October 19th to discuss your employment status. I have reviewed your comments and I can see no reason to not follow Ordinance 1369.

Many of your comments related to matters which are not relevant to the issue of whether you refuse to report to a work site in Ketchikan in a facility owned or controlled by the Borough which is central to this employment action. The only information relevant to the issues raised by the October 13, 2005 letter advising you of potential personnel action was the question of whether Ordinance 1369 would apply to you when you were hired prior to adoption of the ordinance.

I believe that an elected body may change requirements for employees from time to time, and the action taken by the Assembly is not in conflict with any employment requirements that I am aware of. Your situation is no different from the AMHS employees who lived in Juneau, and when that facility was moved to Ketchikan, the employees could either report to work in Ketchikan or no longer work for AMHS. An employee does not obtain a vested right to a particular desk, chair, or work location. The employer has the right to require that employees work only in approved locations. Therefore, I find that the fact that you were employed prior to adoption of Ordinance 1369 and its requirement that employees work only in Borough owned or controlled facilities is not relevant, and will not preclude application of that ordinance to you.

Again, after reviewing our conversation of last Wednesday, I can find no compelling reason to not require that the ordinance be complied with. Therefore you are terminated effective November 1, 2005. Please make arrangements to return any Borough equipment you may have as soon as possible.

This decision is a final decision. In accordance with KGB Code 30.30.041 you have the right to file a grievance regarding this action. Because this is a decision of the manager, any such grievance must be filed within 10 days, and will be at step III of the grievance process.

Sincerely,

Roy Eckert,
Borough Manager

Exhibit M
Page 1 of 1

KB 062

c   Scott Brandt-Erichsen, Borough Attorney
    Personnel File

http://www.borough.ketchikan.ak.us