```
Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

```
CAROLYN L. THOMAS,            )
                              )
        Plaintiff,            )
                              )
    v.                        )
                              )
KETCHIKAN GATEWAY BOROUGH     )
and ROY ECKERT, in his        )
individual and official       )
capacity.                     )
                              )
        Defendants.           ) Case No. 5:06-cv-00001-JWS
                              )
```

**NON-OPPOSED MOTION CONCERNING SCHEDULING**

Defendants have filed three motions for partial summary judgment, together with a combined memorandum and exhibits. The parties have conferred regarding scheduling of further briefing and have agreed as follows:

1. Plaintiff may have until the close of business on December 15, 2006 to oppose the motions for partial summary judgment; and

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

2.   Defendants may have until the close of business on December 29, 2006 to reply to any opposition memoranda.

The parties also respectfully request that oral argument be scheduled on the pending motions, at the Court's earliest convenience, for any time after January 15, 2007.  Counsel for defendants would prefer that oral argument be scheduled to occur in Anchorage.  Counsel for plaintiff has no preference, as between Anchorage and Ketchikan, for location of the hearing.

DATED this 30th day of October, 2006, in Anchorage, Alaska.

    s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Non-Opposed Motion Concerning Scheduling
*Thomas vs Ketchikan Gateway Borough*
Case No. 5:05-cv-00001-JWS
Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006 a copy of the foregoing discovery responses was served by regular U.S. Mail on:

Scott Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901

Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337

Terry A. Venneberg
1126 Highland Avenue, Ste. 101
Bremerton, Washington 98337

s/ Mark A. Sandberg

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363