```
Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528

Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KETCHIKAN GATEWAY BOROUGH and ROY ECKERT, in his individual and official capacity. | ) ) ) ) ) |
| Defendants. | ) Case No. 5:06-cv-00001-JWS ) |

**(PROPOSED) ORDER GRANTING NON-OPPOSED MOTION CONCERNING SCHEDULING**

This Court, having reviewed the Non-Opposed Motion Concerning Scheduling, IT IS HEREBY ORDERED that:

1. Plaintiff has until the close of business on December 15, 2006 to oppose the motions for partial summary judgment; and

2. Defendants have until the close of business on December 29, 2006 to reply to any opposition memoranda.

3. Oral argument on the pending motions is scheduled for _____ _____, 2007 in _____, Alaska.

DATE:_____          _____
                              Hon. John W. Sedwick
                              U.S. District Court Judge


CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2006 a copy of the foregoing discovery responses was served electronically on:

Scott Brandt-Erichsen
Borough Attorney
Ketchikan Gateway Borough
344 Front Street
Ketchikan, Alaska 99901

Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337

Terry A. Venneberg
1126 Highland Avenue, Ste. 101
Bremerton, Washington 98337

s/ Mark A. Sandberg_

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363