IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) |
| KETCHIKAN GATEWAY BOROUGH and ROY ECKERT, in his individual and official capacity. | ) |
| Defendants. | ) Case No. 5:06-cv-00001-JWS |

**ORDER GRANTING NON-OPPOSED MOTION CONCERNING SCHEDULING**

This Court, having reviewed the Non-Opposed Motion Concerning Scheduling, IT IS HEREBY ORDERED that:

1. Plaintiff has until the close of business on **December 15, 2006**, to oppose the motions for partial summary judgment; and

2. Defendants have until the close of business on **December 29, 2006,** to reply to any opposition memoranda.

3. Oral argument on the pending motions is scheduled for **February 6, 2007**, at **8:30 a.m.**, in **Anchorage.** Each side will be limited to **15 minutes**.

DATE: 11/2/06                    /s/
                    Hon. John W. Sedwick
                    U.S. District Court Judge

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363