Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
Telephone: (360) 782-4300
Facsimile: (360) 782-4358

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
Telephone: (360) 377-3566
Facsimile: (360) 377-4614

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KETCHIKAN GATEWAY BOROUGH, and ROY ECKERT, in his individual and official capacity;<br><br>    Defendants. | Case No. 5:06-cv-00001-JWS |

AFFIDAVIT OF TERRY A. VENNEBERG

STATE OF WASHINGTON )
                                ) ss.
KITSAP COUNTY          )

    I, Terry A. Venneberg, first being duly sworn, depose and state as follows:

AFFIDAVIT OF TERRY A VENNEBERG - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

1.     I am an attorney for plaintiff in this matter. I am over the age of 18 years, and competent in all respects to make this declaration.

2.     I am familiar with the files and exhibits in the above-referenced matter.

3.     Exhibit 1 is a true and correct copy of Carolyn Thomas' résumé [P50-53], as well as a true and correct copy of an excerpt from the Deposition of Carolyn Thomas, pp. 10-12, taken June 20, 2006.

4.     Exhibit 2 is a true and correct copy of the Personnel Action Form [P59-62] regarding Carolyn Thomas dated March 29, 2005.

5.     Exhibit 3 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, pp. 78-79, taken July 19, 2006, as well as a true and correct copy of the Personnel Action Form regarding Carolyn Thomas [KB34], dated November 4, 2005.

6.     Exhibit 4 is a true and correct copy of an excerpt from the Deposition of Carolyn Thomas, pp. 13-17, taken June 20, 2006.

7.     Exhibit 5 is a true and correct copy of an excerpt from the Deposition of Carolyn Thomas, p. 20, taken June 20, 2006.

8.     Exhibit 6 is a true and correct copy of an excerpt from the Deposition of Holly Rosendin, p. 10, taken July 20, 2006.

9.     Exhibit 7 is a true and correct copy of an e-mail from Carolyn Thomas to Roy Eckert [P8-9] dated July 15, 2005.

10.     Exhibit 8 is a true and correct copy of an article from the *Ketchikan Daily News* [P10] entitled "Boro HR director living in Oregon."

11.     Exhibit 9 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, p. 59, taken July 19, 2006.

12.     Exhibit 10 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, pp. 56-57, taken July 19, 2006.

AFFIDAVIT OF TERRY A VENNEBERG - Page 2

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

13. Exhibit 11 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, p. 60, taken July 19, 2006, as well as a true and correct copy of the 8/1/05 Ketchikan Gateway Borough Agenda Statement [KB340-341].

14. Exhibit 12 is a true and correct copy of the 7/18/05 Regular Assembly Meeting Minutes for the Ketchikan Gateway Borough Assembly [P76-90].

15. Exhibit 13 is a true and correct copy of the 8/1/05 Regular Assembly Meeting Minutes for the Ketchikan Gateway Borough Assembly [P91-104].

16. Exhibit 14 is a true and correct copy of a letter from Carolyn Thomas to Roy Eckert dated August 5, 2005 [KB319-322].

17. Exhibit 15 is a true and correct copy of a memorandum from Roy Eckert to Carolyn Thomas dated August 5, 2005 [KB330-331].

18. Exhibit 16 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, pp. 66-68, taken July 19, 2006.

19. Exhibit 17 is a true and correct copy of the KGB Code of Ordinances, Chapter 30.20 re Recruitment and Selection of Employees [P179-181].

20. Exhibit 18 is a true and correct copy of the 9/6/05 Ketchikan Gateway Borough Agenda Statement [P108-109].

21. Exhibit 19 is a true and correct copy of Ketchikan Gateway Borough Ordinance 1369 [P110-113].

22. Exhibit 20 is a true and correct copy of the 9/19/05 Regular Assembly Meeting Minutes for the Ketchikan Gateway Borough Assembly [P140-161].

23. Exhibit 21 is a true and correct copy of the Master List - Borough Managers Office Project Task Tracking obtained from the Ketchikan Gateway Borough website [P183-185].

24. Exhibit 22 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, p. 8, taken July 19, 2006.

AFFIDAVIT OF TERRY A VENNEBERG - Page 3

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

25. Exhibit 23 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, p. 12, taken July 19, 2006.

26. Exhibit 24 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, p. 4, taken July 19, 2006, as well as a true and correct copy of a letter from Roy Eckert to Carolyn Thomas dated October 21, 2005 [KB062].

27. Exhibit 25 is a true and correct copy of Dr. Gregory Baxter's expert report.

28. Exhibit 26 is a true and correct copy of Leland Wilson's expert report.

29. Exhibit 27 is a true and correct copy of an excerpt from the Deposition of Roy Eckert, pp. 18-23, taken July 19, 2006.

30. Exhibit 28 is a true and correct copy of an excerpt from the Deposition of Carolyn Thomas, p. 73, taken June 20, 2006.

31. Exhibit 29 is a true and correct copy of an excerpt from the Deposition of Carolyn Thomas, pp. 62-63, taken June 20, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Terry A. Venneberg

SUBSCRIBED AND SWORN to before me this 11 day of December 2006.

_____
Notary Public in and for Washington
My commission expires: 10/9/07

[Notary Seal: SANDRA J. WEBB, NOTARY PUBLIC, STATE OF WASHINGTON, 10-9-07]

AFFIDAVIT OF TERRY A VENNEBERG - Page 4

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax