## LIST OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Carolyn Thomas' Résumé [P50-53]; Excerpt from Deposition of Carolyn Thomas, pp. 10-12 |
| Exhibit 2 | Personnel Action Form re Carolyn Thomas dated 3/29/05 [P59-62] |
| Exhibit 3 | Excerpt from Deposition of Roy Eckert, pp. 78-79; Personnel Action Form re Carolyn Thomas dated 11/4/05 |
| Exhibit 4 | Excerpt from Deposition of Carolyn Thomas, pp. 13-17 |
| Exhibit 5 | Excerpt from Deposition of Carolyn Thomas, p. 20 |
| Exhibit 6 | Excerpt from Deposition of Holly Rosendin, p. 10 |
| Exhibit 7 | 7/15/05 e-mail from Carolyn Thomas to Roy Eckert re *Ketchikan Daily News* |
| Exhibit 8 | *Ketchikan Daily News* article "Boro HR director living in Oregon" |
| Exhibit 9 | Excerpt from Deposition of Roy Eckert, p. 59 |
| Exhibit 10 | Excerpt from Deposition of Roy Eckert, pp. 56-57 |
| Exhibit 11 | Excerpt from Deposition of Roy Eckert, p. 60; 8/1/05 Ketchikan Gateway Borough Agenda Statement [KB340-341] |
| Exhibit 12 | 7/18/05 Regular Assembly Meeting Minutes [P76-90] |
| Exhibit 13 | 8/1/05 Regular Assembly Meeting Minutes [P91-104] |
| Exhibit 14 | 8/5/05 letter from Carolyn Thomas to Roy Eckert [KB319-322] |
| Exhibit 15 | 8/5/05 memorandum from Roy Eckert to Carolyn Thomas [KB330-331] |
| Exhibit 16 | Excerpt from Deposition of Roy Eckert, pp. 66-68 |
| Exhibit 17 | KGB Code of Ordinances, Chapter 30.20 re Recruitment and Selection of Employees [P179-181] |
| Exhibit 18 | 9/6/05 Ketchikan Gateway Borough Agenda Statement [P108-109] |
| Exhibit 19 | Ketchikan Gateway Borough Ordinance 1369 [P110-113] |
| Exhibit 20 | 9/19/05 Regular Assembly Meeting Minutes [P140-161] |

| | |
|---|---|
| Exhibit 21 | Master List – Borough Managers Office Project Task Tracking [P183-185] |
| Exhibit 22 | Excerpt from Deposition of Roy Eckert, p. 8 |
| Exhibit 23 | Excerpt from Deposition of Roy Eckert, p. 12 |
| Exhibit 24 | Excerpt from Deposition of Roy Eckert, p. 4; 10/21/05 letter from Roy Eckert to Carolyn Thomas [KB062] |
| Exhibit 25 | Dr. Gregory Baxter's Expert Report |
| Exhibit 26 | Leland Wilson's Expert Report |
| Exhibit 27 | Excerpt from Deposition of Roy Eckert, pp. 18-23 |
| Exhibit 28 | Excerpt from Deposition of Carolyn Thomas, p. 73 |
| Exhibit 29 | Excerpt from Deposition of Carolyn Thomas, pp. 62-63 |