EXHIBIT 21

## MASTER LIST – BOROUGH MANAGERS OFFICE PROJECT TASK TRACKING

| X=done | Due Date | PROJECT NAME | Update | ACTION requested / Update |
|---|---|---|---|---|
| DONE | | Ordinances 1374 and 1375 rezoning | 10/17/05 | Adopted |
| DONE | | Resolution 1926 accepting payment from Home Fire and Safety Improvement for fire prevention | 10/17/05 | North Tongass Fire Department accepted grant |
| DONE | 9/19/05 | Ordinance 1369, employees living in Ketchikan | 9/19/05 | Ordinance adopted |
| DONE | | Ethanol Plant Lease in Ward Cove | 10/17/05 | informed Mr. Payne we signed sales agreement with Mr. Jenkins and gave him contact info |
| | ongoing | AMHS winter lay-up facility | 10/3/05 | AMHS signed MOA with Ketchikan Gateway Borough to Lease/purchase area at Ward Cove |
| | 1/5,6,7/06 | Work Session on Borough Goals | | Mayor set date, Harriett checking on available locations |
| | ongoing | Abandoned Boats on Gravina | 8/29/2005 | Working with the National Guard to get crew to go over and do controlled burn of the abandoned boats. |
| | ongoing | Airport Generator Install | 11/2/05 | Received change order from contractor |
| | ongoing | Airport HVAC System | 10/24/2005 | design people here to measure for chiller |
| | ongoing | Airport re-naming | 10/17/05 | Airport Manager report to Assembly. |
| | ongoing | Airport Water and Sewer Crossings | 10/14/05 | Sewer plans submitted to state DOT |
| | ongoing | Ultimate Float Plane Facility | 10/14/05 | Meeting planned to discuss Facility with users and DOT for end of November |
| | ongoing | Bear Valley Land Plan | 9/13/05 | Draft plan still under development, 75% complete. The staff consultant doing much of the mapping/planning work has been delayed due to preoccupation with his wife's bout with cancer. Work is expected to resume within two weeks and completed shortly thereafter. |
| | ongoing | Boundary Expansion | 11/21/05 | Borough Assembly meeting to set date of Public Hearing 30 days hence. Document complete |
| | ongoing | Carlanna Lake Trail | 10/17/05 | Borough staff to work with Ketchikan Trails Coalition to hold a public access easement across DNR land. |
| | 10/17/05 | Conflict of Interest Ordinance 1366 | 10/17/05 | Public hearing and revised ordinance presented for 2nd reading. |
| | ongoing | Consolidation Petition | 10/17/05 | Adopted Resolution 1930 declaring there is no objection to placing the question of adopting the Ketchikan Consolidation Commission petition before the voters of the Borough. |
| | ongoing | Downtown Development Plan | 10/6/2005 | Preparing letter and survey to send out to property owners in Newtown next week, met with property owner Tom Ferry to |

## MASTER LIST – BOROUGH MANAGERS OFFICE PROJECT TASK TRACKING

| X=done | Due Date | PROJECT NAME | Update | ACTION requested / Update |
|---|---|---|---|---|
| | | | | discuss issues with parking. Ongoing partnership with Historic Ketchikan. |
| | Auction completed 8/4/05 | East Ward Cove, Mud Bay, Carroll Inlet property auction | 11/7/05 | Agenda item by Roger Stone asking for commission on 4 parcels left over from auction |
| | ongoing | Fawn Mountain School | 11/2/2005 | The project continues to be on schedule, a time capsule was installed with the whole school, Mr. Martin and the Mayor in attendance. |
| | ongoing | Fawn Mtn Sports Field | 10/7/05 | R/M met with user groups and will develop a preliminary design and cost estimate. Target date for bidding is early December with award in January. Target completion date is April 1, 2006. |
| | ongoing | Gravina Power Line Crossing | 10/5/05 | City of Ktn requested easement for power line |
| | ongoing | Leask Lakes Easement | 10/3/05 | Assembly votes to continue with easement negotiations for public access |
| | 10/30/05 | Loring Harbor - ownership from DOT | 9/28/05 | Staff reviewing DOT indicating $160k for deferred maintenance upon transfer to KGB for future service area. DOT needs answer by October 30 |
| | 8/11/2005 | M/V Ellis replacement | 10/3/2005 | On Legislative funding request list sent to Stedman and Elkins 10-3-05 |
| | ongoing | M/V Ellis Maintenance funds | 10/3/05 | Requested funds on Legislative request list for ongoing maintenance until replacement. |
| | ongoing | Mike Smithers Pool Repairs / Replacement | 10/3/05 | On Legislative funding request list sent to Stedman and Elkins 10-3-05 |
| | ongoing | Mountain Point water system improvements | 9/1/05 | Public Works submitted grant application for $2,343,145. |
| | ongoing | N. Pt. Higgins Fire Hydrants | 9/24/05 | Chief Hull of NTF gave report to assembly on hydrant. If funding located it will be pursued. |
| | ongoing | North Gravina Service Area and road extension | 10/5/05 | Lands Committee met to discuss options for road construction, ramifications and costs for different alternatives, including LID's. Next step: preparing costs analysis. |
| | ongoing | North Tongass Fire Department building Station #8 | 9/13/05 | Contract completion date for building construction is 12/15/05 |
| | ongoing | North Tongass Fire Dept building Station #6 | 10/17/05 | Contract completion date for building construction is 12/15/05. Authorization to extend lease for Station granted, negotiating rate. |
| | ongoing | Schoenbar School Remodel | 11/7/05 | RFP award for legal services expected to be awarded |
| | 9/19/05 | Secon Project on Revilla Road | 10/17/05 | Staff preparing agenda item for 10/17 |
| | ongoing | Shipyard Completion | 10/3/2005 | On Legislative funding request list sent to Stedman and Elkins 10-3-05 |
| | ongoing | South Tongass Service | 9/8/05 | Borough Manager and Public Works |

## MASTER LIST – BOROUGH MANAGERS OFFICE PROJECT TASK TRACKING

| X=done | Due Date | PROJECT NAME | Update | ACTION requested / Update |
|---|---|---|---|---|
| | | Area | | Director attended Service Area Meeting. Discussed changes in Borough Code regarding water charges for schools and water hook-up requirements. |
| | ongoing | South Tongass Water and Sewer Crossings | 8/29/05 | Added to Legislative funding request list |
| | ongoing | Status of school district 190k equipment, 150k tech etc. | 9/27/05 | Mike Houts working with Harry Martin |
| | ongoing | Street Improvements | 9/14/05 | Awaiting more information from City. |
| | 9/27/05 | Tideland Ownership of ATS 698b in Mud Bay | 9/21/05 | Opinion received on transfer, response sent to DNR |
| | ongoing | Tongass Coast Aquarium | 9/21/05 | Added to legislative funding request 06 |
| | ongoing | Ward Cove Sludge Press Facility | 9/13/05 | Jim Voetberg - Continued removal of stockpiled sludge at Ward Cove is approximately 50% complete. |
| | ongoing | West Ward Cove purchase proposal from Mr. Falconer/ Renaissance | 10/14/05 | Signed Purchase and sales agreement received with 50k check from Mr. Falconer, minor changes made and agreed to. |
| | ongoing | White Cliff School Redevelopment | 10/3/05 | On Legislative funding request list sent to Stedman and Elkins 10-3-05 with input from KAAHC |
| | ongoing | Whitman Lake to Roosevelt Drive Water Project | 10/3/05 | On Legislative funding request list sent to Stedman and Elkins 10-3-05 |
| | | | | |
| | | | | |