## PROOF OF SERVICE

I am employed in Kitsap County, State of Washington. I am over the age of eighteen (18) years and not a party to the within-entitled action. My business address is 1126 Highland Avenue, Bremerton, Washington 98337.

On December 12, 2006, I served the following OPPOSITION TO MOTION FOR SUMMARY JUDGMENT and AFFIDAVIT OF TERRY A. VENNEBERG on the interested parties in this action by electronically filing a true copy thereof with the United States District Court for the District of Alaska at Ketchikan, pursuant to the CM/ECF procedures in the U.S. District Court for the District of Alaska Local Rules and FRCP 5(b)(2)(D).

By automatic service, the Notice of Electronic Filing will be generated by CM/ECF and electronically mailed to the offices of the consenting addressees as follows:

Mark A. Sandberg
Sandberg, Wuestenfeld & Corey
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
msandberg@aol.com

By: /s/ Jo Webb
Jo Webb