**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

***Carolyn Thomas v. Ketchikan Gateway Borough***

THE HONORABLE JOHN W. SEDWICK          5:06-cv-00001 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          **January 26, 2007**

Defendants' motion for partial summary judgment at docket 14 is scheduled for oral argument at 8:30 a.m. on February 6, 2007.  In order to facilitate the court's deliberation on the motion, the parties are directed to jointly file a copy of any employment contracts executed by plaintiff Carolyn Thomas and defendant Ketchikan Gateway Borough for the Human Resources Manager position.  The parties shall jointly file a copy of any employment contracts no later than February 1, 2007.