Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, ) | |
| Plaintiff, ) | |
| vs. ) | |
| KETCHIKAN GATEWAY BOROUGH, ) and ROY ECKERT, in his individual ) and official capacity; ) | |
| Defendants. ) | Case No. 5:06-cv-00001-JWS |

STIPULATION

The parties stipulate, pursuant to F.R.C.P. 41(a), that all claims against defendant Roy Eckert, both in his individual and official capacity, be dismissed from this lawsuit with prejudice, each side to bear its own costs and attorney fees. This stipulation shall have no effect as to claims brought and currently pending against defendant Ketchikan Gateway Borough in this action.

STIPULATION - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

DATED this 29th day of January, 2007.

By:  /s/ Terry A. Venneberg
 Terry A. Venneberg
 Alaska Bar No. 8706056
 1126 Highland Avenue, Suite 101
 Bremerton, Washington 98337
 Telephone: (360) 377-3566
 Fax: (360) 377-4614
 E-mail: tavlaw@qwest.net
 Attorney for Plaintiff


By:  /s/ Mark A. Sandberg
 Mark A. Sandberg
 Alaska Bar No. 7510084
 Sandberg, Wuestenfeld & Corey
 701 W. 8th Avenue, Suite 1100
 Anchorage, Alaska 99501
 Telephone: (907) 276-6363
 Fax: (907) 276-3528
 E-mail: msandberg@aol.com
 Attorney for Defendants


ORDER

IT IS SO ORDERED.

_____
John W. Sedwick
U.S. District Court Judge

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566