Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>KETCHIKAN GATEWAY BOROUGH,<br>and ROY ECKERT, in his individual<br>and official capacity;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:06-cv-00001-JWS |

AMENDED STIPULATION

    The parties stipulate, pursuant to F.R.C.P. 41(a), that all claims against defendant Roy Eckert, in his individual and official capacity, be dismissed from this lawsuit with prejudice, each side to bear its own costs and attorney fees. This stipulation shall have no effect as to claims brought and currently pending against defendant Ketchikan Gateway Borough in this action.

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

DATED this 29th day of January, 2007.

By: _____/s/ Terry A. Venneberg_____
        Terry A. Venneberg
        Alaska Bar No. 8706056
        1126 Highland Avenue, Suite 101
        Bremerton, Washington 98337
        Telephone: (360) 377-3566
        Fax: (360) 377-4614
        E-mail: tavlaw@qwest.net
        Attorney for Plaintiff

By: _____/s/ Mark A. Sandberg_____
        Mark A. Sandberg
        Alaska Bar No. 7510084
        Sandberg, Wuestenfeld & Corey
        701 W. 8th Avenue, Suite 1100
        Anchorage, Alaska 99501
        Telephone: (907) 276-6363
        Fax: (907) 276-3528
        E-mail: msandberg@aol.com
        Attorney for Defendants

ORDER

IT IS SO ORDERED.

_____
      John W. Sedwick
      U.S. District Court Judge

This will certify that I caused
a copy of the foregoing to be
served by the CM/ECF system
on M. Sandberg, Esq., M. White, Esq.
and S. Brandt-Erichsen, Esq. on
January 29, 2007.

/s/ Terry A. Venneberg
_____

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566