Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, )<br><br>  Plaintiff, )<br><br>vs. )<br><br>KETCHIKAN GATEWAY BOROUGH, )<br>and ROY ECKERT, in his individual )<br>and official capacity; )<br><br>  Defendants. ) | Case No. 5:06-cv-00001-JWS |

STIPULATION IN RESPONSE TO ORDER

  COME NOW the parties, by and through counsel, and provide the following response to this Court's Order of January 26, 2007, which requested that the parties "jointly file a copy of any employment contracts executed by plaintiff Carolyn Thomas and defendant Ketchikan Gateway Borough for the Human Resources Manager position."

  The parties hereby stipulate to the following statement of facts and law:  Thomas did not enter into a separate written employment contract with KGB for the Human Resources Manager

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

position. Thomas and KGB, however, did enter into a contract concerning her employment as

Human Resources Manager, the terms of which were set out in the applicable laws and policies

adopted pursuant to the Borough Code and applicable state law.

DATED this 29th day of January, 2007.

By:    /s/ Terry A. Venneberg
          Terry A. Venneberg
          Alaska Bar No. 8706056
          1126 Highland Avenue, Suite 101
          Bremerton, Washington 98337
          Telephone: (360) 377-3566
          Fax: (360) 377-4614
          E-mail: tavlaw@qwest.net
          Attorney for Plaintiff


By:    /s/ Mark A. Sandberg
          Mark A. Sandberg
          Alaska Bar No. 7510084
          Sandberg, Wuestenfeld & Corey
          701 W. 8th Avenue, Suite 1100
          Anchorage, Alaska 99501
          Telephone: (907) 276-6363
          Fax: (907) 276-3528
          E-mail: msandberg@aol.com
          Attorney for Defendants


This will certify that I caused
a copy of the foregoing to be
served by the CM/ECF system
on M. Sandberg, Esq., M. White, Esq.
and S. Brandt-Erichsen, Esq. on
January 29, 2007.

/s/ Terry A. Venneberg
_____

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566