Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

CAROLYN L. THOMAS, )
 )
   Plaintiff, )
 )
 )
vs. )
 )
KETCHIKAN GATEWAY BOROUGH, )
and ROY ECKERT, in his individual )
and official capacity; )
 )
   Defendants. )
_____ ) Case No. 5:06-cv-00001-JWS

NOTICE

   Plaintiff hereby gives notice of filing the attached Amended Stipulation to Dismiss Claims Against Defendant Roy Eckert, and proposed Order.

   DATED this 30th day of January, 2007.

By:   /s/ Terry A. Venneberg
   Terry A. Venneberg
   Alaska Bar No. 8706056
   1126 Highland Avenue, Suite 101
   Bremerton, Washington 98337
   Telephone: (360) 377-3566
   Fax: (360) 377-4614
   E-mail: tavlaw@qwest.net
   Attorney for Plaintiff

NOTICE - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

1  This will certify that I caused a copy of the foregoing to be served by the CM/ECF system
2  on M. Sandberg, Esq., M. White, Esq. and S. Brandt-Erichsen, Esq. on
3  January 30, 2007.

4  /s/ Terry A. Venneberg

5  _____

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566