Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

| | |
|---|---|
| CAROLYN L. THOMAS, | ) |
| Plaintiff, | ) |
| vs. | ) |
| KETCHIKAN GATEWAY BOROUGH, and ROY ECKERT, in his individual and official capacity; | ) |
| Defendants. | ) Case No. 5:06-cv-00001-JWS |

NOTICE OF FILING PROPOSED ORDER

Plaintiff hereby gives notice of filing the attached proposed Order concerning the parties' Stipulation to dismiss all claims against defendant Roy Eckert in this action.

NOTICE OF FILING PROPOSED ORDER - Page 1

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

DATED this 31st day of January, 2007.

By:    /s/ Terry A. Venneberg
Terry A. Venneberg
Alaska Bar No. 8706056
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
Telephone: (360) 377-3566
Fax: (360) 377-4614
E-mail: tavlaw@qwest.net
Attorney for Plaintiff

This will certify that I caused a copy of the foregoing to be served by the CM/ECF system on M. Sandberg, Esq., M. White, Esq. and S. Brandt-Erichsen, Esq. on January 31, 2007.

/s/ Terry A. Venneberg

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566