Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

CAROLYN L. THOMAS, )
)
   Plaintiff, )
)
vs. )
)
KETCHIKAN GATEWAY BOROUGH, )
and ROY ECKERT, in his individual )
and official capacity; )
)
   Defendants. )
_____ )   Case No. 5:06-cv-00001-JWS

[PROPOSED] ORDER

    The parties having stipulated, pursuant to F.R.C.P. 41(a), to the dismissal with prejudice of all claims brought against defendant Roy Eckert in this action, with all parties to bear their own costs and fees therein,

    IT IS ORDERED that all claims brought against defendant Roy Eckert in this action are hereby dismissed with prejudice, with all parties to bear their own costs and fees therein.

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

[PROPOSED] ORDER - Page 1

1

DATED this _____ day of _____, 2007.

2

3

4

5
                                                      John W. Sedwick

6
                                                      U.S. District Court Judge

7

8

9

10

11 This will certify that I caused a copy of the foregoing to be served by the CM/ECF system

12 on M. Sandberg, Esq., M. White, Esq. and S. Brandt-Erichsen, Esq. on

13 January 31, 2007.

14 /s/ Terry A. Venneberg

15 _____

16

17

18

19

20

21

22

23

24

25

26

27

28

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566