```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

CAROLYN L. THOMAS            vs. KETCHIKAN GATEWAY BOROUGH ET AL

BEFORE THE HONORABLE JOHN W. SEDWICK   CASE NO. 5:06-cv-00001-JWS

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:    TERRY VENNEBERG

               DEFENDANT:    MARK SANDBERG

PROCEEDINGS: ORAL ARGUMENT ON DEFENDANT KETCHIKAN GATEWAY
             BOROUGH'S MOTION FOR PARTIAL SUMMARY JUDGMENT
             (DKT 14) HELD FEBRUARY 6, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:32 a.m. court convened.

Oral arguments heard.

Court heard. Matter taken **UNDER ADVISEMENT,** written ruling to issue.

At 8:59 a.m. court adjourned.

DATE:    February 6, 2007       DEPUTY CLERK'S INITIALS:   amk