RECEIVED
FEB 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

CAROLYN L. THOMAS, )
    Plaintiff, )
)
vs. )
)
KETCHIKAN GATEWAY BOROUGH, )
and ROY ECKERT, in his individual )
and official capacity; )
)
    Defendants. )
) Case No. 5:06-cv-00001-JWS

ORDER

The parties having stipulated, pursuant to F.R.C.P. 41(a), to the dismissal with prejudice of all claims brought against defendant Roy Eckert in this action, with all parties to bear their own costs and fees therein,

IT IS ORDERED that all claims brought against defendant Roy Eckert in this action are hereby dismissed with prejudice, with all parties to bear their own costs and fees therein.

DATED this 8th day of February, 2007.

REDACTED SIGNATURE

John W. Sedwick
U.S. District Court Judge