**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

CAROLYN L. THOMAS,
    Plaintiff,

                                Case Number 5:06-cv-00001-JWS

v.

KETCHIKAN GATEWAY BOROUGH,
    Defendant.                 **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant Ketchikan Gateway Borough recover of the plaintiff Carol L. Thomas its costs of action.

APPROVED:

_/s/_____
John W. Sedwick
United States District Judge

_____
Date: February 9, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                    _Ida Romack_
                              Ida Romack, Clerk of Court

[506cv1JWS-judgment-Ketchikan Gateway Borough.wpd]{JMT2.WPT*Rev.3/03}