Michael N. White
Friedman, Rubin & White
1126 Highland Avenue
Bremerton, Washington 98337
(360) 782-4300

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
(360) 377-3566

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KETCHIKAN

CAROLYN L. THOMAS, )
    Plaintiff, )
   )
vs. )
   )
KETCHIKAN GATEWAY BOROUGH, )
and ROY ECKERT, in his individual )
and official capacity; )
   )
    Defendants. )
_____ )   Case No. 5:06-cv-00001-JWS

## STIPULATION

The parties stipulate, pursuant to F.R.C.P. 41(a), that all remaining claims, including any claim for costs or fees, in this action be dismissed in this lawsuit with prejudice, with all parties to bear their own costs and attorney fees.

STIPULATION - Page 1

Terry A. Venneberg
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566
(253) 377-4614 fax

DATED this 9th day of February, 2007.

By: /s/ Terry A. Venneberg
Terry A. Venneberg
Alaska Bar No. 8706056
1126 Highland Avenue, Suite 101
Bremerton, Washington 98337
Telephone: (360) 377-3566
Fax: (360) 377-4614
E-mail: tavlaw@qwest.net
Attorney for Plaintiff

By: /s/ Mark A. Sandberg
Mark A. Sandberg
Alaska Bar No. 7510084
Sandberg, Wuestenfeld & Corey
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: (907) 276-6363
Fax: (907) 276-3528
E-mail: msandberg@aol.com
Attorney for Defendants

This will certify that I caused
a copy of the foregoing to be
served by the CM/ECF system
on M. Sandberg, Esq., M. White, Esq.
and S. Brandt-Erichsen, Esq. on
February 9, 2007.

/s/ Terry A. Venneberg
_____

**Terry A. Venneberg**
Attorney at Law
1126 Highland Avenue
Suite 101
Bremerton WA 98337
(360) 377-3566